AO 440 (Rev. 1/90) Summons in a Civil Action

**Issued by the**
**UNITED STATES DISTRICT COURT**

Southern                DISTRICT OF                Florida

FORT LAUDERDALE DIVISION

AUSTIN TUPLER TRUCKING, INC., et al

V.

SUPPORT TRUCKING GROUP, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:
**00-6223**

CIV-GOLD

MAGISTRATE JUDGE
SIMONTON

TO:  Oscar Suarez
     1840 Fairview Village Drive #4
     West Palm Beach, Florida 33406

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY [name and address]

   Charles S. Caulkins, Esquire
   FISHER & PHILLIPS LLP
   NationsBank Tower
   One Financial Plaza, Suite 2300
   Fort Lauderdale, Florida 33394

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox                          FEB 1 5 2000
CLERK                                    DATE

_[signature]_
DEPUTY CLERK