AO 440 (Rev. 1/90) Summons in a Civil Action

# Issued by the
## UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | Florida |
|---|---|---|

FORT LAUDERDALE DIVISION

00 FEB 15 AM 11:39

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

AUSTIN TUPLER TRUCKING, INC., et al

V.

SUPPORT TRUCKING GROUP, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CIV - GOLD

00 - 6223

TO:   Juan Aragones

MAGISTRATE JUDGE
SIMONTON

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY [name and address]

Charles S. Caulkins, Esquire
FISHER & PHILLIPS LLP
NationsBank Tower
One Financial Plaza, Suite 2300
Fort Lauderdale, Florida 33394

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox
CLERK

/s/ N. Jordan
DEPUTY CLERK

DATE: FEB 15 2000