AO 440 (Rev. 1/90) Summons in a Civil Action

# Issued by the
# UNITED STATES DISTRICT COURT

Southern _____ DISTRICT OF _____ Florida

00 FEB 15 AM 11:35
CLERK U.S. MADDOX
S.D. OF FLA.-FTL

FORT LAUDERDALE DIVISION

AUSTIN TUPLER TRUCKING, INC., et al

V.

SUPPORT TRUCKING GROUP, et al

TO:   Ilceane Sforca

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   **CIV - GOLD**

**00 - 6223**

MAGISTRATE JUDGE
SIMONTON

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY [name and address]

   Charles S. Caulkins, Esquire
   FISHER & PHILLIPS LLP
   NationsBank Tower
   One Financial Plaza, Suite 2300
   Fort Lauderdale, Florida 33394

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK _____  DATE   FEB 1 5 2000

DEPUTY CLERK