AO 440 (Rev. 1/90) Summons in a Civil Action

## Issued by the
## UNITED STATES DISTRICT COURT

00 FEB 15 AM 11: 16

Southern DISTRICT OF Florida

CLERK U.S. DIST. CT.
FORT LAUDERDALE DIVISION-FTL

AUSTIN TUPLER TRUCKING, INC., et al

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

SUPPORT TRUCKING GROUP, et al

**00-6223 CIV - GOLD**

TO: Eduardo Rodriguez
575 West 16th Street
Hialeah, Florida 33010

MAGISTRATE JUDGE
SIMONTON

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY [name and address]

Charles S. Caulkins, Esquire
FISHER & PHILLIPS LLP
NationsBank Tower
One Financial Plaza, Suite 2300
Fort Lauderdale, Florida 33394

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox                          FEB 15 2000
CLERK                                    DATE

DEPUTY CLERK

20
/BR