AO 440 (Rev. 1/90) Summons in a Civil Action

# Issued by the
# UNITED STATES DISTRICT COURT

__Southern__    DISTRICT OF    __Florida__

FORT LAUDERDALE DIVISION

AUSTIN TUPLER TRUCKING, INC., et al

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: 00-6223-CIV-GOLD

SUPPORT DUMP TRUCKING GROUP, INC., et al

TO:   Reynaldo Rodriguez
      2769 West 71st Place
      Hialeah, Florida 33016

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY [name and address]

   Charles S. Caulkins, Esquire
   FISHER & PHILLIPS LLP
   NationsBank Tower
   One Financial Plaza, Suite 2300
   Fort Lauderdale, Florida 33394

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox

CLERK
_Martha Diaz_
DEPUTY CLERK

DATE  2/24/00

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
               Date                Signature of Server

                                   _____
                                   Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure