UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

NIGHT BOX FILED

07 2000

CLERK, USDC / SDFL / WPB

AUSTIN TUPLER TRUCKING, INC., et al

      Plaintiff,

vs.

SUPPORT TRUCKING GROUP, et al

      Defendants.
_____/

CASE NO: 00-6223-CIV-GOLD

Magistrate Judge: Simonton

**DEFENDANT TURGEMAN'S MOTION FOR EXTENSION OF TIME**

COMES NOW the Defendant, ISAAC TURGEMAN, by and through his undersigned counsel, and pursuant to Federal Rules of Civil Procedure 6(b), moves this Court for an extension of time in which to answer Plaintiff's Complaint and as grounds therefore states:

1. This is a case that involves allegations of Sherman and Clayton Act violations with as many as 300 potential defendants.

2. On February 17, 2000 counsel for Plaintiffs caused service of their Complaint on Defendant TURGEMAN.

3. Undersigned counsel was hired by Defendant Turgeman on March 1, 2000 to represent him in this matter.

MAR 9 2000

Rec'd In MIA Dkt _____

4. Undersigned counsel and counsel for Plaintiffs have begun discussions 2regarding early resolution of this case and with additional time, may resolve their issues resulting in a release of Defendant Turgeman.

5. This Motion is being prepared in good faith and was not done to delay or prejudice any of the parties.

WHEREFORE, counsel for defendant TURGEMAN requests this Court grant an extension of thirty (30) days in which counsel will attempt to resolve issues related to this lawsuit and if not so resolved, to file an Answer to Plaintiff's complaint.

I HEREBY CERTIFY I have contacted Edward H. Trent, Esq., counsel for Plaintiffs and I am authorized to represent to this Court that Mr. Trent is in agreement with the relief requested in this Motion.

I HEREBY CERTIFY a true and correct copy of the foregoing was faxed to Mr. Edward H. Trent, Esq., Fisher & Phillips LLP, NationsBank Tower, One Financial Plaza, Suite 2300, Fort Lauderdale, Florida 33394, Facsimile Number 954-525-8739 on this 8th day of March, 2000.

Terry R. Swartz
Fl. Bar No: 114928
Sonneborn Rutter Cooney
Klingensmith & Eyler P.A.
1545 Centrepark Drive North
Post Office Box 024486
West Palm Beach, Florida 33402-4486
Telephone : (561) 684-2000
Facsimile: (561) 684-2312
Attorneys for **Isaac Turgeman**