IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)

AUSTIN TUPLER, INC. et al.,                          CASE NO.: 00-6223 CIV Gold
                           Plaintiffs,               Magistrate Judge Simonton

vs.

SUPPORT TRUCKING GROUP, et al,

                           Defendants.
_____/

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME
### TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants, Owners Association of Palm Beach and Broward County, Oscar

Suarez, Victor Morales, Jose Matos, Ilceane Sforca, Jorge Valiente, Daniel Balazi, and

Ossie Fernandez, by and through their undersigned counsel moves this Court of a

fourteen (14) day enlargement of time within which to serve its responsive pleadings or

Motion directed to Plaintiff's Complaint, and in support thereof states:

1.     Plaintiff served a Complaint on Oscar Suarez on February 15, 2000.

2.     Plaintiff served a Complaint on Victor Morales on February 16, 2000.

3.     Upon information and belief, Plaintiff has not yet served the remaining

       Defendants.

4.     On February 24, 2000 Plaintiff served a First Amended Complaint.

5.     The Complaint seeks Injunctive Relief and alleges violations of Federal

       and State antitrust statutes and tortious interference with contractual and

       business relations.

6.     Due to the complexity of the allegations and the number of Defendants

MAR 1 0 2000

Rec'd in MIA Dkt _____

involved, the Defendants need additional time to respond to the allegations.

7.    In accordance with Local General rule 7.1(A)(3), counsel for Plaintiff, has contact the Defense counsel and who represented that Defendant does not object to the enlargement of time requested by Defendant herein.

8.    Defendants request fourteen additional days or until March 20, 2000 in which to respond.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by Facsimile and U.S. mail to: **Edward Trent, Esq.,** Fisher & Phillips, LLP. 2300 Nationsbank Tower One Financial Plaza Fl. Lauderdale, Florida 33394-0005 (954/525-8739). on this _____ day of March, 2000.

STROLLA & SCOTT, P.A.
The Guaranty Building
120 South Olive Avenue Suite 303
West Palm Beach, FL 33401
Phone: (561) 802-3132
Fax: (561) 802-3121

CATHLEEN SCOTT, ESQUIRE
Florida Bar No.: 135331