UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



AUSTIN TUPLER TRUCKING, INC., et al

       Plaintiff,

vs.

SUPPORT TRUCKING GROUP, et al

       Defendants.

CASE NO: 00-6223-CIV-GOLD

Magistrate Judge: Simonton

**ORDER ON DEFENDANT TURGEMAN'S MOTION FOR EXTENSION OF TIME**

=========================================

THIS CAUSE, having come before this Court on Defendant TURGEMAN's Motion For Extension of Time, and after due deliberation and being otherwise fully advised in the premises it is:

ORDERED AND ADJUDGED:

_granted._

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this 9 day of March, 2000.

UNITED STATES DISTRICT JUDGE

Copies Furnished To:

Terry Swartz, Esq., P. O. Box 024486, W. Palm Beach, FL  33402
Edward H. Trent, Esq., One Financial Plaza, Suite 2300, Ft. Lauderdale, FL 33394