IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)



AUSTIN TUPLER, INC. et al.,　　　　　　CASE NO.: 00-6223 CIV Gold
　　　　　　Plaintiffs,　　　　　　　　　Magistrate Judge Simonton
vs.

SUPPORT TRUCKING GROUP, et al,

　　　　　　Defendants.
_____/

### ORDER ON DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

This matter came before the Court on Defendants' Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Complaint, The Court, having reviewed the Motion, and being duly advised in the premises, it is hereby,

ORDERED AND ADJUDGED, that the Defendants' Motion for Enlargement of Time To Respond to Plaintiff's Complaint is hereby **Granted**. Defendants shall serve their Response on or before March 20, 2000.

DONE AND ORDERED in Chambers this 13 day of March, 2000, at West Palm Beach, Florida.

Honorable ~~Magistrate Judge Simonton~~
United States District Court Judge