IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)



AUSTIN TUPLER, INC. et al.,                          CASE NO.: 00-6223 CIV Gold
                         Plaintiffs,                 Magistrate Judge Simonton

vs.

SUPPORT TRUCKING GROUP, et al,

                         Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

Defendants, by and through their undersigned counsel, pursuant to Local Rule

3.9, hereby provide Notice to this court that the following similar actions are pending:

(1)    Siboney Contracting Co., v. Owners Association of Palm Beach and
       Broward County, et al., United States District Court, Southern District
       (Northern Division), **Case No.: 00-8149 CIV Zloch**, Magistrate Judge
       Seltzer.

(2)    Palm Beach Aggregates, Inc. v. Owners Association of Palm Beach and
       Broward County, et al., Fifteenth Judicial Circuit of Florida, Palm Beach
       County Case No. **CL 00-1701 AG.**


I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished
by Facsimile and U.S. mail to: **Edward Trent, Esq.,** Fisher & Phillips, LLP. 2300
Nationsbank Tower One Financial Plaza Fl. Lauderdale, Florida 33394-0005 (954/525-
8739). on this $20$ day of March, 2000.

STROLLA & SCOTT, P.A.
The Guaranty Building
120 South Olive AvenueSuite303
West Palm Beach, FL 33401
Phone: (561) 802-3132
Fax: (561) 802-3123

_____
CATHLEEN SCOTT, ESQUIRE
Florida Bar No.: 135331

37