IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)



AUSTIN TUPLER, INC. et al.,
              Plaintiffs,
vs.

**CASE NO.: 00-6223 CIV Gold**
Magistrate Judge Simonton

SUPPORT TRUCKING GROUP, et al,

              Defendants.
_____/

## STATEMENT OF UNDISPUTED FACTS
## IN SUPPORT OF SUMMARY JUDGMENT

(1)    Truckers were not under contractual obligation to haul for the brokers at the time they refused to accept future job assignments.

(2)    The brokers subject of this lawsuit commonly used the 1980 rate sheet to bid jobs and determine the rates at which to pay brokers.

(3)    The rate sheet utilized, was a commonly used form in the industry and is used as a guide to quote jobs.

(4)    The truckers did not engage in price fixing and merely proposed changes in the method brokers quoted their jobs.

(5)    The purpose for forming the Association was for legal representation.

(6)    The truckers had no improper motive to establish a monopoly in forming the organization.

(7)    The individual defendants are currently working.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by Facsimile and U.S. mail to: **Edward Trent, Esq.,** Fisher & Phillips, LLP. 2300 Nationsbank Tower One Financial Plaza Fl. Lauderdale, Florida 33394-0005 (954/525-8739). on this ___ day of March, 2000.

STROLLA & SCOTT, P.A.
The Guaranty Building
120 South Olive Avenue Suite 303
West Palm Beach, FL 33401
Phone: (561) 802-3132
Fax: (561) 802-3121

_____
CATHLEEN SCOTT, ESQUIRE
Florida Bar No.: 135331