FILED BY_____D.C.

2000 MAR 30  AM 9: 13

CLERK_____CT.
S.D. OF FLA - MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6223-CIV-GOLD/Simonton

AUSTIN TUPLER TRUCKING, INC., JUNER
HAULING CORPORATION, RETRANCA
EQUIPMENT & TRUCKING CORP.,TRUCK
BROKERAGE BY NATIONAL, INC., and
EASTMAN AGGREGATES

   Plaintiffs,

vs.

SUPPORT DUMP TRUCKING GROUP, INC.,
JUAN ARAGONES, OSCAR DE LEON,
REYNALDO RODRIGUEZ, RAFAEL D.
JIMENEZ, NORVEL IGARZA, ALAYN
HERNANDEZ, EDUARDO RODRIGUEZ,
OSMELY JIMENEZ, OSCAR SUAREZ,
JULIO GOMEZ, RIGODERTO PUPO,
RENIER MARTINEZ, GIRALDO VICTORIA,
VICTOR MORALES, JOHN DOE 1 through 300,
OWNERS ASSOCIATION OF PALM BEACH
AND BROWARD COUNTY, CHARLES LUQUE,
JORGE VALIENTE, JOSE MATOS, ISAAC
TURGEMAN, ILCEANE SFORCA, OSSIE
FERNANDEZ, and DANIEL BALAZI

   Defendants.

_____/

**PLAINTIFFS' AUSTIN TUPLER**
**TRUCKING, INC., ET. AL.'S**
**MOTION FOR ENTRY OF**
**DEFAULT AGAINST**
**DEFENDANTS CHARLES**
**LUQUE, OSMELY JIMENEZ,**
**AND RIGODERTO PUPO**

   Pursuant to Rule 55(a), Fed. R. Civ. P., Plaintiffs Austin Tupler Trucking, Inc., Juner Hauling

Corporation, Retranca Equipment & Trucking Corp., Truck Brokerage by National, Inc., and

Eastman Aggregates (collectively "the Plaintiffs"), file this Motion for Entry of Default Against

Defendants Charles Luque, Osmely Jimenez, and Rigoderto Pupo. As grounds therefore, Plaintiffs state:

1.      Defendant Charles Luque was served with the original Complaint filed in this case on February 19, 2000, at 6:36 a.m. with service at his residence at 4701 Lyons Road, #212, Coconut Creek, Florida 33073, upon his wife, Kathy Steinhauf. A copy of the Amended Complaint was served on Charles Luque on February 24, 2000. See Exhibit A. Pursuant to Rule 15, Fed. R. Civ. P., Charles Luque had until March 14, 2000, to "plead or otherwise defend" the allegations in Plaintiffs' Amended Complaint. To date, Mr. Luque has made no appearance or filed any pleading or defense to the allegations contained in the Amended Complaint.

2.      Defendant Osmely Jimenez was served with the original Complaint on February 16, 2000, at 6:13 a.m. by personal service at 2624 Riverside Drive, Coral Springs, Florida 33065. Mr. Jimenez was also served with a copy of the Amended Complaint on February 24, 2000. See Exhibit A. Pursuant to Rule 15, Fed. R. Civ. P., Mr. Jimenez had until March 14, 2000, "to plead or otherwise defend" against the allegations set forth in the Amended Complaint. To date, Mr. Jimenez has made no appearance in this case or filed any pleading or defense to the allegations contained in the Amended Complaint.

3.      Defendant Rigoderto Pupo was served with the original Complaint in this case on February 15, 2000, at 9:05 p.m. by personal service at his residence of 1555 West 44th Place, #338, Hialeah, Florida 33012. Mr. Pupo was also served with a copy of the Amended Complaint on February 24, 2000. See Exhibit A. Pursuant to Rule 15, Fed. R. Civ. P., Mr. Pupo had until March 14, 2000, "to plead or other defend" against the allegations set forth in the Amended Complaint. To

date, Mr. Pupo has made no appearance or filed any pleading or defense to the allegations contained in the Amended Complaint.

4.      Neither Charles Luque, Osmely Jimenez, nor Rigoderto Pupo are infants or incompetent persons.

5.      As a result of Defendants Charles Luque, Osmely Jimenez, and Rigoderto Pupo's failure to make any appearance in this case as required by the Federal Rules of Civil Procedure, Plaintiffs are entitled to the entry of default against these Defendants pursuant to Rule 55, Fed. R. Civ. P.

Accordingly, Plaintiffs respectfully request the Clerk enter a default against Defendants Charles Luque, Osmely Jimenez, and Rigoderto Pupo.

Respectfully submitted this 27th day of March, 2000.

By: _____

FISHER & PHILLIPS LLP
NationsBank Tower
One Financial Plaza, Suite 2300
Fort Lauderdale, Florida 33394
Telephone:     (954) 525-4800
Facsimile:     (954) 525-8739

Charles S. Caulkins
(Fla. Bar No. 0461946)
James C. Polkinghorn
(Fla. Bar No. 0376892)
Edward H. Trent
(Fla. Bar No. 0957186)
Attorneys for Plaintiffs.

3

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of PLAINTIFFS' AUSTIN TUPLER TRUCKING,

INC., ET. AL.'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS CHARLES

LUQUE, OSMELY JIMENEZ, AND RIGODERTO PUPO was served by First Class United States

mail this 27th day of March, 2000, upon the following:

Richard Diaz, Esq.
Richard A. Diaz, P.A.
2701 Southwest 3rd Avenue
Miami, Florida 33127-2335
Attorneys for Support Dump
Trucking Group, Inc., Juan Aragones,
Oscar De Leon, Rafael D. Jimenez,
Alayn Hernandez, and Renier Martinez

Hosey Hernandez, Esq.
Hosey Hernandez, P.A.
Coconut Grove Bank Building
2701 South Bayshore Drive, Suite 602
Coconut Grove, Florida 33133
Attorneys for Support Dump Trucking
Group, Inc.

Cathleen A. Scott, Esq.
Strolla & Scott, P.A.
120 South Olive Avenue, Suite 303
West Palm Beach, Florida 33401-5532
Attorneys for the Owners Assoc. of
Palm Beach and Broward County,
Oscar Suarez, Victor Morales, Jose
Matos, Ilceane Sforca, Jorge Valiente,
Daniel Balazi and Ossie Fernandez

Angel Ruiz, Esq.
Gomez, Del Pino & Ruiz, P.A.
1835 West Flagler Street
Miami, Florida 33135
Attorneys for Julio Gomez

Terry R. Swartz, Esq.
Sonneborn Rutter Cooney
Klingensmith & Eyler, P.A.
1545 Centrepark Drive North
West Palm Beach, Florida 33401
Attorneys for Isaac Turgeman

Individual Defendants:

Reynaldo Rodriguez
2769 West 71st Place
Hialeah, Florida 33016

Norvel Igarza
2990 West 9th Avenue
Hialeah, Florida 33012

4

Eduardo Rodriguez
575 West 16th Street
Hialeah, Florida 33010

Osmely Jimenez
2624 Riverside Drive
Coral Springs, Florida 33065

Rigoderto Pupo
1555 West 44th Place #338
Hialeah, Florida  33012

Charles Luque
4701 Lyons Road, #212
Coconut Creek, Florida 33073

Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION


AUSTIN TUPLER TRUCKING, INC., JUNER
HAULING CORPORATION, RETRANCA
EQUIPMENT & TRUCKING CORP., TRUCK
BROKERAGE BY NATIONAL, INC., and
EASTMAN AGGREGATES

    Plaintiffs,        CASE NO.: 00-6223-CIV-GOLD

vs.

SUPPORT DUMP TRUCKING GROUP, INC.,   Magistrate Judge:  Simonton
JUAN ARAGONES, OSCAR DE LEON,
REYNALDO RODRIGUEZ, RAFAEL D.
JIMENEZ, NORVEL IGARZA, ALAYN
HERNANDEZ, EDUARDO RODRIGUEZ,
OSMELY JIMENEZ, OSCAR SUAREZ,
JULIO GOMEZ, RIGODERTO PUPO,
RENIER MARTINEZ, GIRALDO VICTORIA,
VICTOR MORALES, JOHN DOE 1 through 300,
OWNERS ASSOCIATION OF PALM BEACH
AND BROWARD COUNTY, CHARLES LUQUE,
JORGE VALIENTE, JOSE MATOS, ISAAC
TURGEMAN, ILCEANE SFORCA, OSSIE
FERNANDEZ, and DANIEL BALAZI

    Defendants.
_____/

## AFFIDAVIT OF MICHELE REILLY

STATE OF FLORIDA  )
        ) SS
COUNTY OF BROWARD )


  1.  My name is Michele Reilly and I am a secretary with the law firm of Fisher &

Phillips, LLP.



2.      I am giving this Affidavit freely and voluntarily without any promise of reward or threat of reprisal.

3.      On February 24, 2000, I sent via United States First Class Mail, postage prepaid, the First Amended Complaint, Request for Injunctive Relief and Demand for Jury Trial in the above styled case, to the following individuals at their respective address:

    a.      Juan Aragones
            12840 NW 11th Terrace
            Miami, FL 33182

    b.      Isaac Turgeman
            2520 Egret Lake Drive
            Greenacres, FL 33413

    c.      Oscar Suarez
            1840 Fairview Villas Drive, #4
            West Palm Beach, FL 33406

    d.      Charles Luque
            4701 Lyons Road, #212
            Coconut Creek, FL 33073

    e.      Osmely Jimenez
            2624 Riverside Drive
            Coral Springs, FL 33065

    f.      Oscar DeLeon
            13424 NW 6 Street
            Miami, FL 33182

    g.      Julio Gomez
            418 W. 13th Street
            Hialeah, FL 33010

    h.      Rigoderto Pupo
            1555 W. 44th Place, #338
            Hialeah, FL 33012

                                                    _____
                                                    Initials

i.      Alayin Hernandez
          12401 W. Okeechobee Road, #34
          Hialeah Gardens, FL 33016

j.      Renier Martinez
          266 E. 47th Street
          Hialeah, FL 33013

4.     The referenced defendants were originally served with a Summons and the Complaint and Request for Injunctive Relief at these addresses as noted on the returns of service which are attached hereto.

I swear and affirm that the foregoing affidavit consisting of four (4) numbered paragraphs is true and correct to the best of my knowledge.

_____
MICHELE REILLY, Affiant

Date: March **8** , 2000.

The foregoing instrument was acknowledged before me this **8** day of March , 2000

Signer identified by:

☒ Personal Knowledge; or

☐ Production of Identification

_____
Type of Identification Produced

_____
(Signature of Notary-State of Florida)

_____
(Print, Type, or Stamp Commissioned
Name of Notary Public)

My commission expires on:

Katharine A. Kilfeather
MY COMMISSION EXPIRES
MARCH 12, 2000
#CC 539230
Bonded thru
Troy Fain Insurance
NOTARY PUBLIC, STATE OF FLORIDA

3

VERIFIED RETURN OF SERVICE
**UNITED STATES DISTRICT COURT**
**Southern District of Florida**

*GHT. 05813.5*

Case Number: 00-6223-CIV-GOLD

Action Date: ,

Austin Tupler Trucking Inc    Plaintiff

vs.

Support Trucking Group    Defendant

For: Charles S. Caulkins, Esquire
c/o Fisher & Phillips, LLP
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394

Received by Attorney Services by Kevin J. O'Connor on February 15, 2000 at 12:00 PM to be served on **JUAN ARAGONES**, 12840 NW 11 Terrace, Miami, FL 33182.

I, Jose Espino, who being duly sworn, depose and say that on Thursday, February 17, 2000, at 7:30 PM, I:

SUBSTITUTE SERVED the within named person by leaving a true copy of the 20 Day Summons in a Civil Case/Complaint at their usual place of abode, with the date and hour of service endorsed thereon by me, to a person residing therein who is 15 years of age or older to wit: with Enriquez Hernandez Son, co-resident and informing said person of the contents thereof, pursuant to F.S. 84.031(1).

MILITARY STATUS: Based on my direct inquiry of Enriquez Hernandez, Juan Aragones is not in the MILITARY SERVICE of the United States Government.

I do hereby acknowledge that I am a Process Server CPS #303 in the county in which service was effected in accordance with Florida Statutes, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true. F.S. 92.525(2) February 24, 2000

COPY

**Jose Espino**, Process Server CPS #303

**Attorney Services by Kevin J. O'Connor**
P.O. Box 741062
Boynton Beach, FL, 33474
(561) 963-0531

Our Job Serial Number: 482

VERIFIED RETURN OF SERVICE
**UNITED STATES DISTRICT COURT**
**Southern District of Florida**

*EHT. 05813-5*

Case Number: 00-6223-CIV-GOLD

Action Date: ,

Austin Tupler Trucking Inc      Plaintiff

vs.

Support Trucking Group      Defendant

For: Charles S. Caulkins, Esquire
c/o Fisher & Phillips, LLP
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394

Received by Attorney Services by Kevin J. O'Connor on February 15, 2000 at 12:00 PM to be served on **ISAAC TURGEMAN**, 2520 Egret Lake Drive, Greenacres, FL 33413.

I, Barbara O'Connor, who being duly sworn, depose and say that on Thursday, February 17, 2000, at 8:15 PM, I:

**INDIVIDUALLY SERVED** the within named Isaac Turgeman by delivering a true copy of the 20 Day Summons in a Civil Case/Complaint, with the date and hour endorsed thereon by me, at 2520 Egret Lake Drive, Greenacres, FL 33413.

MILITARY STATUS: Based on my direct inquiry thereof, Isaac Turgeman is not in the MILITARY SERVICE of the United States Government.

I do hereby acknowledge that I am a Process Server CPS #891 in the county in which service was effected in accordance with Florida Statutes, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true. F.S. 92.525(2) February 22, 2000

COPY

Barbara O'Connor, Process Server CPS #891

**Attorney Services by Kevin J. O'Connor**
P.O. Box 741062
Boynton Beach, FL, 33474
(561) 963-0531

Our Job Serial Number: 468

VERIFIED RETURN OF SERVICE
**UNITED STATES DISTRICT COURT**
**Southern District of Florida**

*EHT. 05813·5*

Case Number: 00-6223-CIV-GOLD

Action Date: ,

| Austin Tupler Trucking Inc | Plaintiff |
|---|---|

vs.

| Support Trucking Group | Defendant |
|---|---|

For: Charles S. Caulkins, Esquire
c/o Fisher & Phillips, LLP
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394

Received by Attorney Services by Kevin J. O'Connor on February 15, 2000 at 12:00 PM to be served on **OSCAR SUAREZ**, 1840 Fairview Villas Drive, #4, West Palm Beach, FL 33406.

I, Barbara O'Connor, who being duly sworn, depose and say that on Tuesday, February 15, 2000, at 6:45 PM, I:

**INDIVIDUALLY SERVED** the within named Oscar Suarez by delivering a true copy of the 20 Day Summons in a Civil Case/Complaint, with the date and hour endorsed thereon by me, at 1840 Fairview Villas Drive, #4, West Palm Beach, FL 33406.

MILITARY STATUS: Based on my direct inquiry thereof, Oscar Suarez is not in the MILITARY SERVICE of the United States Government.

I do hereby acknowledge that I am a Process Server CPS #891 in the county in which service was effected in accordance with Florida Statutes, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true. F.S. 92.525(2) February 22, 2000

COPY

**Barbara O'Connor**, Process Server CPS #891

**Attorney Services by Kevin J. O'Connor**
P.O. Box 741062
Boynton Beach, FL, 33474
(561) 963-0531

Our Job Serial Number: 467

VERIFIED RETURN OF SERVICE
UNITED STATES DISTRICT COURT
Southern District of Florida

*EHT. 05813.5*

Case Number: 00-6223-CIV-GOLD

Action Date: ,

Austin Tupler Trucking Inc    Plaintiff

vs.

Support Trucking Group    Defendant

For: Charles S. Caulkins, Esquire
c/o Fisher & Phillips, LLP
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394

Received by Attorney Services by Kevin J. O'Connor on February 15, 2000 at 12:00 PM to be served on **CHARLES LUQUE**, 4701 Lyons Road, #212, Coconut Creek, FL .

I, Kevin O'Connor, who being duly sworn, depose and say that on Saturday, February 19, 2000, at 6:36 AM, I:

SUBSTITUTE SERVED the within named person by leaving a true copy of the 20 Day Summons in a Civil Case/Complaint at their usual place of abode, with the date and hour of service endorsed thereon by me, to a person residing therein who is 15 years of age or older to wit: with Taffy Steinhoff Wife, co-resident and informing said person of the contents thereof, pursuant to F.S. 84.031(1).

MILITARY STATUS: Based on my direct inquiry of Taffy Steinhoff, Charles Luque is not in the MILITARY SERVICE of the United States Government.

I do hereby acknowledge that I am a Process Server SPS #276 in the county in which service was effected in accordance with Florida Statutes, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true. F.S. 92.525(2) February 22, 2000

**Kevin O'Connor**, Process Server SPS #276

**Attorney Services by Kevin J. O'Connor**
P.O. Box 741062
Boynton Beach, FL, 33474
(561) 963-0531

Our Job Serial Number: 469

VERIFIED RETURN OF SERVICE
**UNITED STATES DISTRICT COURT**
**Southern District of Florida**

*EHT 05813.5*

Case Number: 00-6223-CIV-GOLD

Action Date: ,

| | |
|---|---|
| Austin Tupler Trucking Inc | Plaintiff |
| vs. | |
| Support Trucking Group | Defendant |

For: Charles S. Caulkins, Esquire
c/o Fisher & Phillips, LLP
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394

Received by Attorney Services by Kevin J. O'Connor on February 15, 2000 at 12:00 PM to be served on **OSMELY JIMENEZ**, 2624 Riverside Drive, Coral Springs, FL 33065.

I, Kevin O'Connor, who being duly sworn, depose and say that on Wednesday, February 16, 2000, at 6:13 AM, I:

**INDIVIDUALLY SERVED** the within named Osmely Jimenez by delivering a true copy of the 20 Day Summons in a Civil Case/Complaint, with the date and hour endorsed thereon by me, at 2624 Riverside Drive, Coral Springs, FL 33065.

MILITARY STATUS: Based on my direct inquiry thereof, Osmely Jimenez is not in the MILITARY SERVICE of the United States Government.

I do hereby acknowledge that I am a Process Server SPS#276 in the county in which service was effected in accordance with Florida Statutes, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true. F.S. 92.525(2) February 22, 2000

COPY

**Kevin O'Connor**, Process Server SPS#276

**Attorney Services by Kevin J. O'Connor**
P.O. Box 741062
Boynton Beach, FL, 33474
(561) 963-0531

Our Job Serial Number: 466

VERIFIED RETURN OF SERVICE
UNITED STATES DISTRICT COURT
Southern District of Florida

*EHT 05813.5*

Case Number: 00-6223-CIV-GOLD

Action Date: ,

Austin Tupler Trucking Inc    Plaintiff

vs.

Support Trucking Group    Defendant

For: Charles S. Caulkins, Esquire
c/o Fisher & Phillips, LLP
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394

Received by Attorney Services by Kevin J. O'Connor on February 15, 2000 at 12:00 PM to be served on **OSCAR DELEON**, 13424 NW 6 Street, Miami, FL 33182.

I, Kevin O'Connor, who being duly sworn, depose and say that on Wednesday, February 16, 2000, at 5:17 AM, I:

**INDIVIDUALLY SERVED** the within named Oscar DeLeon by delivering a true copy of the 20 Day Summons in a Civil Case/Complaint, with the date and hour endorsed thereon by me, at 13424 NW 6 Street, Miami, FL 33182.

MILITARY STATUS: Based on my direct inquiry thereof, Oscar DeLeon is not in the MILITARY SERVICE of the United States Government.

I do hereby acknowledge that I am a Process Server CPS #995 in the county in which service was effected in accordance with Florida Statutes, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true. F.S. 92.525(2) February 22, 2000

COPY

_____
**Kevin O'Connor**, Process Server CPS #995

**Attorney Services by Kevin J. O'Connor**
P.O. Box 741062
Boynton Beach, FL, 33474
(561) 963-0531

Our Job Serial Number: 465

VERIFIED RETURN OF SERVICE
**UNITED STATES DISTRICT COURT**
**Southern District of Florida**

*EHT. 05813.5*

Case Number: 00-6223-CIV-GOLD

Action Date: ,

| | |
|---|---|
| Austin Tupler Trucking Inc | Plaintiff |
| vs. | |
| Support Trucking Group | Defendant |

For: Charles S. Caulkins, Esquire
c/o Fisher & Phillips, LLP
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394

Received by Attorney Services by Kevin J. O'Connor on February 15, 2000 at 12:00 PM to be served on **JULIO GOMEZ**, 418 W. 13 Street, Hialeah, FL .

I, Kevin O'Connor, who being duly sworn, depose and say that on Wednesday, February 16, 2000, at 4:56 AM, I:

**INDIVIDUALLY SERVED** the within named Julio Gomez by delivering a true copy of the 20 Day Summons in a Civil Case/Complaint, with the date and hour endorsed thereon by me, at 418 W. 13 Street, Hialeah, FL .

MILITARY STATUS: Based on my direct inquiry thereof, Julio Gomez is not in the MILITARY SERVICE of the United States Government.

I do hereby acknowledge that I am a Process Server CPS #995 in the county in which service was effected in accordance with Florida Statutes, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true. F.S. 92.525(2) February 22, 2000

COPY

_____
**Kevin O'Connor**, Process Server CPS #995

**Attorney Services by Kevin J. O'Connor**
P.O. Box 741062
Boynton Beach, FL, 33474
(561) 963-0531

Our Job Serial Number: 463

VERIFIED RETURN OF SERVICE
**UNITED STATES DISTRICT COURT**
**Southern District of Florida**

*EHT  05813.5*

Case Number: 00-6223-CIV-GOLD

Action Date: ,

Austin Tupler Trucking Inc    Plaintiff

vs.

Support Trucking Group    Defendant

For: Charles S. Caulkins, Esquire
c/o Fisher & Phillips, LLP
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394

Received by Attorney Services by Kevin J. O'Connor on February 15, 2000 at 12:00 PM to be served on **RIGODERTO PUPO**, 1555 W. 44 Place, #338, Hialeah, FL .

I, Kevin O'Connor, who being duly sworn, depose and say that on Tuesday, February 15, 2000, at 9:05 PM, I:

**INDIVIDUALLY SERVED** the within named Rigoderto Pupo by delivering a true copy of the20 Day Summons in a Civil Case/Complaint, with the date and hour endorsed thereon by me, at 1555 W. 44 Place, #338, Hialeah, FL .

MILITARY STATUS: Based on my direct inquiry thereof, Rigoderto Pupo is not in the MILITARY SERVICE of the United States Government.

I do hereby acknowledge that I am a Process Server CPS #995 in the county in which service was effected in accordance with Florida Statutes, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true. F.S. 92.525(2) February 22, 2000

COPY

_____
**Kevin O'Connor**, Process Server CPS #995

**Attorney Services by Kevin J. O'Connor**
P.O. Box 741062
Boynton Beach, FL, 33474
(561) 963-0531

Our Job Serial Number: 462

VERIFIED RETURN OF SERVICE
**UNITED STATES DISTRICT COURT**
**Southern District of Florida**

*EHT*
*05813.5*

Case Number: 00-6223-CIV-GOLD

Action Date: ,

Austin Tupler Trucking Inc        Plaintiff

vs.

Support Trucking Group        Defendant

For: Charles S. Caulkins, Esquire
c/o Fisher & Phillips, LLP
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394

Received by Attorney Services by Kevin J. O'Connor on February 15, 2000 at 12:00 PM to be served on **ALAYIN HERNANDEZ**, 12401 W. Okeechobee Road, #34, Hialeah Gardens, FL 33016.

I, Kevin O'Connor, who being duly sworn, depose and say that on Tuesday, February 15, 2000, at 6:51 PM, I:

SUBSTITUTE SERVED the within named person by leaving a true copy of the 20 Day Summons in a Civil Case/Complaint at their usual place of abode, with the date and hour of service endorsed thereon by me, to a person residing therein who is 15 years of age or older to wit: with Lourdes Castaneda Wife, co-resident and informing said person of the contents thereof, pursuant to F.S. 84.031(1).

MILITARY STATUS: Based on my direct inquiry of Lourdes Castaneda, Alayin Hernandez is not in the MILITARY SERVICE of the United States Government.

I do hereby acknowledge that I am a Process Server CPS #995 in the county in which service was effected in accordance with Florida Statutes, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true. F.S. 92.525(2) February 22, 2000

COPY

_____
**Kevin O'Connor**, Process Server CPS #995

**Attorney Services by Kevin J. O'Connor**
P.O. Box 741062
Boynton Beach, FL, 33474
(561) 963-0531

Our Job Serial Number: 461

VERIFIED RETURN OF SERVICE
**UNITED STATES DISTRICT COURT**
**Southern District of Florida**

*EHT. 05813.5*

Case Number: 00-6223-CIV-GOLD

Action Date: ,

Austin Tupler Trucking Inc        Plaintiff

vs.

Support Trucking Group        Defendant

For: Charles S. Caulkins, Esquire
c/o Fisher & Phillips, LLP
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394

Received by Attorney Services by Kevin J. O'Connor on February 15, 2000 at 12:00 PM to be served on **RENIER MARTINEZ**, 266 E. 47 Street, Hialeah, FL .

I, Jose Espino, who being duly sworn, depose and say that on Friday, February 18, 2000, at 4:55 PM, I:

SUBSTITUTE SERVED the within named person by leaving a true copy of the 20 Day Summons in a Civil Case/Complaint at their usual place of abode, with the date and hour of service endorsed thereon by me, to a person residing therein who is 15 years of age or older to wit: with Yecenia Martinez White Female, co-resident and informing said person of the contents thereof, pursuant to F.S. 84.031(1).

MILITARY STATUS: Based on my direct inquiry of Yecenia Martinez, Renier Martinez is not in the MILITARY SERVICE of the United States Government.

I do hereby acknowledge that I am a Process Server CPS #303 in the county in which service was effected in accordance with Florida Statutes, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true. F.S. 92.525(2) February 24, 2000



**Jose Espino**, Process Server CPS #303

**Attorney Services by Kevin J. O'Connor**
P.O. Box 741062
Boynton Beach, FL, 33474
(561) 963-0531

Our Job Serial Number: 483