UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### CLERK'S DEFAULT

Austin Tupler Trucking,

    Plaintiff(s),

v.

Osmely Jimenez,
,

    Defendant(s).
_____/

CASE NO. 00-6223-CV-ASG

FILED by _____ D.C.

Mar 30, 2000

CLARENCE MADDOX
CLERK
U.S. DIST. CT.
S.D. OF FLA.

It appearing that the defendant(s) herein, **Osmely Jimenez,**, is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) Osmely Jimenez,, as of course, on this date March 30, 2000.

**CLARENCE MADDOX**
CLERK OF COURT

By: _____
    Deputy Clerk