UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### CLERK'S DEFAULT

Austin Tupler Trucking,        CASE NO. 00-6223-CV-ASG

    Plaintiff(s),

v.

**Rigoderto Pupo**,
,

    Defendant(s).
_____/

FILED by ____ D.C.
Mar 30, 2000
CLARENCE MADDOX
CLERK
U.S. DIST. CT.
S.D. OF FLA.

It appearing that the defendant(s) herein, **Rigoderto Pupo,** , is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) Rigoderto Pupo,, as of course, on this date March 30, 2000.

**CLARENCE MADDOX**
CLERK OF COURT

By: _____
    Deputy Clerk

