UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6223-CIV-GOLD/SIMONTON

AUSTIN TUPLER TRUCKING, INC., et. al,

  Plaintiffs,

vs.

SUPPORT DUMP TRUCKING GROUP,
INC., et. al,

  Defendants.
_____/



## ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

**THIS CAUSE** comes before the court upon plaintiff's motion for preliminary injunction (DE # 44, 45). The court hereby sets the motion for a hearing before this court on **May 12, 2000 at 1:30 PM.** The court has set aside one hour for this hearing. The defendants are to submit a response to plaintiff's motion within 20 days of this order. The parties shall also be prepared to argue any other pending dispositive or non-dispositive motions at the hearing.

**DONE AND ORDERED** in Chambers at Miami, Florida, this _31_ day of March, 2000.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Simonton

(It shall be the responsibility of plaintiff's counsel to
ensure that any interested parties in addition to the

Page 2                  **UNITED STATES DISTRICT COURT**
                                                       **SOUTHERN DISTRICT OF FLORIDA**

ones listed in the service list below are notified of this hearing).

James C. Polkinghorn
Richard Diaz
Hosey Hernandez
Cathleen A. Scott
Angel Ruiz
Terry Swartz