AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 2/18/00 1:35PM |
|---|---|
| NAME OF SERVER (PRINT) CARL GARRITANI | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. VERONICA VALIENTE, SPOUSE/CO-RESIDENT

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2/28/00
                Date              Signature of Server

                                  Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO-440 (Rev. 1/90) Summons in a Civil Action

# Issued by the
## UNITED STATES DISTRICT COURT

Southern _____ DISTRICT OF _____ Florida

FORT LAUDERDALE DIVISION

**RUSH**

00 FEB 15 AM 11:32

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

**PRIORITY**

AUSTIN TUPLER TRUCKING, INC., et al

V.

SUPPORT TRUCKING GROUP, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CIV - GOLD

00-6223



KEVIN J O'CONNOR
P.O. BOX 741062
BOYNTON BEACH, FL 33474

TO:   Jorge Valiente

8546 Sterling Lane
Port Richey, FL 34668
727-845-4794

MAGISTRATE JUDGE
SIMONTON

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY [name and address]

Charles S. Caulkins, Esquire
FISHER & PHILLIPS LLP
NationsBank Tower
One Financial Plaza, Suite 2300
Fort Lauderdale, Florida 33394

| ASG | X | |
|---|---|---|
| 2-18-00 | | |
| 1617 | | **SERVED** |
| DATE: | 2/18/00 | |
| TIME: | 1:31p | |
| WHO: | Jorge Valiente w/f | |

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox                             FEB 1 5 2000
_____                   _____
CLERK                                       DATE