AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 2-15-00 @ 6:45 pm |
|---|---|
| NAME OF SERVER (PRINT) BARBARA O'CONNOR | TITLE Process Server PS 891 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1840 Fairview Villas Dr #4, WPB, FL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| Travel | Services | Total |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2-15-00
         Date

Signature of Server: Barbara O'C___
PO Box 741062
Boynton Bch, FL 33472
Address of Server

[1]. As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 1/90) Summons in a Civil Action

**RUSH**

## Issued by the
## UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   Florida

FILED BY _____ D.C.

00 FEB 15 AM 11:44

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

FORT LAUDERDALE DIVISION

AUSTIN TUPLER TRUCKING, INC., et al

V.

SUPPORT TRUCKING GROUP, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**00-6223**

TO:  Oscar Suarez
     1840 Fairview Village Drive #4
     West Palm Beach, Florida 33406

MAGISTRATE
SIMONTON

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY [name and address]

Charles S. Caulkins, Esquire
FISHER & PHILLIPS LLP
NationsBank Tower
One Financial Plaza, Suite 2300
Fort Lauderdale, Florida 33394

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox                              FEB 1 5 2000

CLERK                                         DATE

DEPUTY CLERK