AO 440 (Rev. 1/90) Summons in a Civil Action

00 CV 6223

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 2-17-00 @ 5:15pm |
|---|---|
| NAME OF SERVER (PRINT) Barbara O'Connor | TITLE Process Server #591 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 2520 Egret Lake Dr @ Greenacres, FL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-17-00
             Date

Signature of Server

PO Box 741062
Boynton Bch, FL 33474
Address of Server

[1]. As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 1/90) Summons in a Civil Action

# Issued by the
# UNITED STATES DISTRICT COURT

___Southern___ DISTRICT OF ___Florida___

00 FEB 15 AM 11:34

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

FORT LAUDERDALE DIVISION

AUSTIN TUPLER TRUCKING, INC., et al

V.

SUPPORT TRUCKING GROUP, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 00-6223 CIV-GOLD

TO: Isaac Turgeman
2520 Egret Lake Dr
Greenacres, FL 33413
(561) 967-3583

MAGISTRATE JUDGE SIMONTON

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY [name and address]

Charles S. Caulkins, Esquire
FISHER & PHILLIPS LLP
NationsBank Tower
One Financial Plaza, Suite 2300
Fort Lauderdale, Florida 33394

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox
CLERK

_A. Jordan_
DEPUTY CLERK

FEB 1 5 2000
DATE