VERIFIED RETURN OF SERVICE
**UNITED STATES DISTRICT COURT**
**Southern District of Florida**

Case Number: 00-6223-CIV-GOLD

Action Date: ,

Austin Tupler Trucking Inc      Plaintiff

vs.

Support Trucking Group      Defendant

For: Charles S. Caulkins, Esquire
c/o Fisher & Phillips, LLP
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394

Received by Attorney Services by Kevin J. O'Connor on February 15, 2000 at 12:00 PM to be served on **CHARLES LUQUE**, 4701 Lyons Road, #212, Coconut Creek, FL .

I, Kevin O'Connor, who being duly sworn, depose and say that on Saturday, February 19, 2000, at 6:36 AM, I:

SUBSTITUTE SERVED the within named person by leaving a true copy of the 20 Day Summons in a Civil Case/Complaint at their usual place of abode, with the date and hour of service endorsed thereon by me, to a person residing therein who is 15 years of age or older to wit: with Taffy Steinhoff Wife, co-resident and informing said person of the contents thereof, pursuant to F.S. 84.031(1).

MILITARY STATUS: Based on my direct inquiry of Taffy Steinhoff, Charles Luque is not in the MILITARY SERVICE of the United States Government.

I do hereby acknowledge that I am a Process Server SPS #276 in the county in which service was effected in accordance with Florida Statutes, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true. F.S. 92.525(2) February 22, 2000

**Kevin O'Connor**, Process Server SPS #276

**Attorney Services by Kevin J. O'Connor**
P.O. Box 741062
Boynton Beach, FL, 33474
(561) 963-0531

Our Job Serial Number: 469

AO 440 (Rev. 1/90) Summons in a Civil Action

## Issued by the
## UNITED STATES DISTRICT COURT

FILED BY _____ 55

DO FEB 15 AM 11: 30

Southern                    DISTRICT OF                    CLARENCE MADDOX
                                                           CLERK U.S. DIST. CT.
                                                           S.D. OF FLA.-FTL

FORT LAUDERDALE DIVISION

AUSTIN TUPLER TRUCKING, INC., et al

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: **CIV - GOLD**

SUPPORT TRUCKING GROUP, et al

**00-6223**

TO:    Charles Luque

10120 Boca Entrada Blvd
Boca Raton 33428
483-0748

MAGISTRATE JUDGE
SIMONTON

4701 Lyons Rd #212
Coconut Creek

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve
upon PLAINTIFF'S ATTORNEY [name and address]

Charles S. Caulkins, Esquire
FISHER & PHILLIPS LLP
NationsBank Tower
One Financial Plaza, Suite 2300
Fort Lauderdale, Florida 33394

2-15-00
SE___ LARRY STEINHOLTZ / son was wife
DI 2-15-00        6:36 c
PS ___ Info Con
VIN/ O CONNOR   SPS/CPS # 276

an answer to the complaint which is herewith served upon you, within ___20___ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so,
judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox

FEB 1 5 2000

CLERK                                              DATE

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐    Served personally upon the defendant.  Place where served: _____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐    Returned unexecuted: _____
_____
_____

☐    Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date                      Signature of Server

                                        _____
                                        Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure