## VERIFIED RETURN OF SERVICE
## UNITED STATES DISTRICT COURT
### Southern District of Florida

Case Number: 00-6223-CIV-GOLD

Action Date:

Austin Tupler Trucking Inc    Plaintiff

vs.

Support Trucking Group    Defendant


For: Charles S. Caulkins, Esquire
c/o Fisher & Phillips, LLP
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394


Received by Attorney Services by Kevin J. O'Connor on February 15, 2000 at 12:00 PM to be served on **RIGODERTO PUPO**, 1555 W. 44 Place, #338, Hialeah, FL.

I, Kevin O'Connor, who being duly sworn, depose and say that on Tuesday, February 15, 2000, at 9:05 PM, I:

**INDIVIDUALLY SERVED** the within named Rigoderto Pupo by delivering a true copy of the 20 Day Summons in a Civil Case/Complaint, with the date and hour endorsed thereon by me, at 1555 W. 44 Place, #338, Hialeah, FL.

MILITARY STATUS: Based on my direct inquiry thereof, Rigoderto Pupo is not in the MILITARY SERVICE of the United States Government.


I do hereby acknowledge that I am a Process Server CPS #995 in the county in which service was effected in accordance with Florida Statutes, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true. F.S. 92.525(2) February 22, 2000

Kevin O'Connor, Process Server CPS #995

**Attorney Services by Kevin J. O'Connor**
P.O. Box 741062
Boynton Beach, FL, 33474
(561) 963-0531

Our Job Serial Number: 462

AO 440 (Rev. 1/90) Summons in a Civil Action

## Issued by the
### UNITED STATES DISTRICT COURT

**RUSH**

Southern _____ DISTRICT OF _____ Florida

### FORT LAUDERDALE DIVISION

AUSTIN TUPLER TRUCKING, INC., et al

v.

SUPPORT TRUCKING GROUP, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **CIV - GOLD 00-6223**

TO:  Rigoderto Pupo
1555 West 44th Place #338
Hialeah, Florida

MAGISTRATE JUDGE
SIMONTON

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY [name and address]

Charles S. Caulkins, Esquire
FISHER & PHILLIPS LLP
NationsBank Tower
One Financial Plaza, Suite 2300
Fort Lauderdale, Florida 33394

SERVED
DT. 2-15-00
PS
KEVIN J. O'CONNOR  SPS/CPS

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox

FEB 1 5 2000

CLERK

DATE

DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                Signature of Server

                               _____
                               Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure