**VERIFIED RETURN OF SERVICE**
**UNITED STATES DISTRICT COURT**
**Southern District of Florida**

Case Number: 00-6223-CIV-GOLD

Action Date:
S.D. OF FLA - HIA

Austin Tupler Trucking Inc     Plaintiff:

vs.

Support Trucking Group     Defendant:


For: Charles S. Caulkins, Esquire
c/o Fisher & Phillips, LLP
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394


Received by Attorney Services by Kevin J. O'Connor on February 15, 2000 at 3:00 PM to be served on **NORVEL IGARZA**, 1421 W. 29 Street, Hialeah, FL .


I, Jose Espino, who being duly sworn, depose and say that after a due and diligent search for Norvel Igarza, I could not locate Norvel Igarza within the county.

I, therefore return this writ without service upon Norvel Igarza for the reason listed below.

*Comments:* Address does not exist. No Service per Attorney.
Could not be served at address given of 2990 W. 9 Avenue, Hialeah as it is the Lozano Residence.


I do hereby acknowledge that I am a Process Server CPS #303 in the county in which service was effected in accordance with Florida Statutes, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true. F.S. 92.525(2) March 21, 2000

Jose Espino, Process Server CPS #303

**Attorney Services by Kevin J. O'Connor**
P.O. Box 741062
Boynton Beach, FL, 33474
(561) 963-0531

Our Job Serial Number: 733

AO 440 (Rev. 1/90) Summons in a Civil Action

**RUSH**

130373

# Issued by the
## UNITED STATES DISTRICT COURT

Southern _____ DISTRICT OF _____ Florida

### FORT LAUDERDALE DIVISION

FEB 1 ?

AUSTIN TUPLER TRUCKING, INC., et al

V.

SUPPORT TRUCKING GROUP, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **CIV - GOLD**

**00-6223**

Kevin O'Connor

TO: Norvel Igarza
2990 West 9th Avenue
Hialeah, Florida

1421 W 29th ST
Hialeah, FL
(305) 823-1635

MAGISTRATE JUDGE
SIMONTON

M/S
FS 28

J. Esp.

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY [name and address]

Charles S. Caulkins, Esquire
FISHER & PHILLIPS LLP
NationsBank Tower
One Financial Plaza, Suite 2300
Fort Lauderdale, Florida 33394

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox _____ DATE  FEB 1 5 2000
CLERK

_____
DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        Signature of Server _____
             Date

                                         Address of Server _____

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure