VERIFIED RETURN OF SERVICE
UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 00-6223-CIV-GOLD

Action Date: ,

Austin Tupler Trucking Inc     Plaintiff

vs.

Support Trucking Group     Defendant

For: Charles S. Caulkins, Esquire
c/o Fisher & Phillips, LLP
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394

Received by Attorney Services by Kevin J. O'Connor on February 15, 2000 at 12:00 PM to be served on **RENIER MARTINEZ**, 266 E. 47 Street, Hialeah, FL .

I, Jose Espino, who being duly sworn, depose and say that on Friday, February 18, 2000, at 4:55 PM, I:

SUBSTITUTE SERVED the within named person by leaving a true copy of the 20 Day Summons in a Civil Case/Complaint at their usual place of abode, with the date and hour of service endorsed thereon by me, to a person residing therein who is 15 years of age or older to wit: with Yecenia Martinez White Female, co-resident and informing said person of the contents thereof, pursuant to F.S. 84.031(1).

MILITARY STATUS: Based on my direct inquiry of Yecenia Martinez, Renier Martinez is not in the MILITARY SERVICE of the United States Government.

I do hereby acknowledge that I am a Process Server CPS #303 in the county in which service was effected in accordance with Florida Statutes, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true. F.S. 92.525(2) February 24, 2000

Jose Espino / Process Server CPS #303

**Attorney Services by Kevin J. O'Connor**
P.O. Box 741062
Boynton Beach, FL, 33474
(561) 963-0531

Our Job Serial Number: 483

AO 440 (Rev. 1/90) Summons in a Civil Action

130527   **RUSH** Je

## Issued by the
## UNITED STATES DISTRICT COURT

FILED BY _____ D.C.

00 FEB 15 AM 11:23

Southern    DISTRICT OF    Florida

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

FORT LAUDERDALE DIVISION

AUSTIN TUPLER TRUCKING, INC., et al

V.

SUPPORT TRUCKING GROUP, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CIV - GOLD

00 - 6223

PROCESS SERVICES INC.
MURRAY DEAL 474-4057

TO:   Renier Martinez

266 E 72 ST
Hialeah, FL

REC'D: 2/18 · WIF.

MAGISTRATE JUDGE
SERVED ON: Yesenia Martinez
POSITION - RELATIONSHIP: wife
DATE Feb 18   TIME: 4:55 PM

Jose Espin 303 #
SIGNATURE & PRINT NAME

CERTIFIED PROCESS SERVER IN THE
17th JUDICIAL CIRCUIT COURT

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY [name and address]

Charles S. Caulkins, Esquire
FISHER & PHILLIPS LLP
NationsBank Tower
One Financial Plaza, Suite 2300
Fort Lauderdale, Florida 33394

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox                    FEB 1 5 2000
CLERK                              DATE

Q. Jordan
DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                  Signature of Server

_____
Address of Server

AO 440 (Rev. 1/90) Summons in a Civil Action

[1]. As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure