**VERIFIED RETURN OF SERVICE**
**UNITED STATES DISTRICT COURT**
**Southern District of Florida**

Case Number: 00-6223-CIV-GOLD

Action Date: ,

Austin Tupler Trucking Inc    Plaintiff

vs.

Support Trucking Group    Defendant

For: Charles S. Caulkins, Esquire
c/o Fisher & Phillips, LLP
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394

Received by Attorney Services by Kevin J. O'Connor on February 15, 2000 at 12:00 PM to be served on **JUAN ARAGONES**, 12840 NW 11 Terrace, Miami, FL 33182.

I, Jose Espino, who being duly sworn, depose and say that on Thursday, February 17, 2000, at 7:30 PM, I:

SUBSTITUTE SERVED the within named person by leaving a true copy of the 20 Day Summons in a Civil Case/Complaint at their usual place of abode, with the date and hour of service endorsed thereon by me, to a person residing therein who is 15 years of age or older to wit: with Enriquez Hernandez Son, co-resident and informing said person of the contents thereof, pursuant to F.S. 84.031(1).

MILITARY STATUS: Based on my direct inquiry of Enriquez Hernandez, Juan Aragones is not in the MILITARY SERVICE of the United States Government.

I do hereby acknowledge that I am a Process Server CPS #303 in the county in which service was effected in accordance with Florida Statutes, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true. F.S. 92.525(2) February 24, 2000

Jose Espino, Process Server CPS #303

Attorney Services by Kevin J. O'Connor
P.O. Box 741062
Boynton Beach, FL, 33474
(561) 963-0531

Our Job Serial Number: 482

AO 440 (Rev. 1/90) Summons in a Civil Action

**RUSH**

130379

## Issued by the
## UNITED STATES DISTRICT COURT

FILED BY _____ D.C.

00 FEB 15 AM 11:40

Southern  DISTRICT OF  Florida

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

FORT LAUDERDALE DIVISION

Kevin O'Connor

AUSTIN TUPLER TRUCKING, INC., et al

V.

SUPPORT TRUCKING GROUP, et al

TO: Juan Aragones

(305) 225-3165
12840 NW 117th Prr
Miami, 33162

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CIV-GOLD

00-6223 (Sor)

FEB 17 2000

Name Enriquez Hernandez
Date Feb 17
Time 7:30 A
By Jose Espin
C.P.S. # 303

MAGISTRATE JUDGE
SIMONTON

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY [name and address]

Charles S. Caulkins, Esquire
FISHER & PHILLIPS LLP
NationsBank Tower
One Financial Plaza, Suite 2300
Fort Lauderdale, Florida 33394

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox
CLERK

FEB 15 2000
DATE

DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
           Date                          Signature of Server

                                         _____
                                         Address of Server

[1.] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

**VERIFIED RETURN OF SERVICE**
**UNITED STATES DISTRICT COURT**
**Southern District of Florida**

FILED BY _____ D.C.

2000 APR -4 PM 3:08

Case Number: 00-6223-CIV-GOLD
S.D. OF FLA - MIA

Action Date: ,

Austin Tupler Trucking Inc     Plaintiff

vs.

Support Trucking Group     Defendant

For: Charles S. Caulkins, Esquire
c/o Fisher & Phillips, LLP
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394

Received by Attorney Services by Kevin J. O'Connor on February 15, 2000 at 12:00 PM to be served on **ALAYIN HERNANDEZ**, 12401 W. Okeechobee Road, #34, Hialeah Gardens, FL 33016.

I, Kevin O'Connor, who being duly sworn, depose and say that on Tuesday, February 15, 2000, at 6:51 PM, I:

SUBSTITUTE SERVED the within named person by leaving a true copy of the 20 Day Summons in a Civil Case/Complaint at their usual place of abode, with the date and hour of service endorsed thereon by me, to a person residing therein who is 15 years of age or older to wit: with Lourdes Castaneda Wife, co-resident and informing said person of the contents thereof, pursuant to F.S. 84.031(1).

MILITARY STATUS: Based on my direct inquiry of Lourdes Castaneda, Alayin Hernandez is not in the MILITARY SERVICE of the United States Government.

I do hereby acknowledge that I am a Process Server CPS #995 in the county in which service was effected in accordance with Florida Statutes, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true. F.S. 92.525(2) February 22, 2000

Kevin O'Connor, Process Server CPS #995

**Attorney Services by Kevin J. O'Connor**
P.O. Box 741062
Boynton Beach, FL, 33474
(561) 963-0531

Our Job Serial Number: 461

AO 440 (Rev. 1/90) Summons in a Civil Action

**RUSH**

## Issued by the
## UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida

00 FEB 15 AM 11: 43

CLERK U.S. MADDOX
S.D. OF FLA.-FTL

FORT LAUDERDALE DIVISION

AUSTIN TUPLER TRUCKING, INC., et al

V.

SUPPORT TRUCKING GROUP, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **CIV - GOLD**
**00 - 6223**

TO:  Alayin Hernandez
     12401 West Okeechobee Road #34
     Hialeah Gardens, Florida 33016

MAGISTRATE JUDGE
SIMONTON

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY [name and address]

Charles S. Caulkins, Esquire
FISHER & PHILLIPS LLP
NationsBank Tower
One Financial Plaza, Suite 2300
Fort Lauderdale, Florida 33394

SERVED Lourdes Castaneda q/
DT. 2-15-00
PS
KEVIN O'CONNOR SPS/CPS

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox
CLERK

FEB 1 5 2000
DATE

DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                  Date                        Signature of Server

_____
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure