**VERIFIED RETURN OF SERVICE**
**UNITED STATES DISTRICT COURT**
**Southern District of Florida**

Case Number: 00-6223-CIV-GOLD

Action Date: ,

Austin Tupler Trucking Inc   Plaintiff

vs.

Support Dump Trucking Group Inc   Defendant

For: Charles S. Caulkins, Esquire
c/o Fisher & Phillips, LLP
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394

Received by Attorney Services by Kevin J. O'Connor on February 24, 2000 at 4:00 PM to be served on **REYNALDO RODRIGUEZ**, 2769 W. 71 Place, Hialeah, FL 33016.

I, Jose Espino, who being duly sworn, depose and say that on Thursday, February 24, 2000, at 6:00 PM, I:

**INDIVIDUALLY SERVED** the within named Reynaldo Rodriguez by delivering a true copy of the 20 Day Summons in a Civil Case/Complaint, with the date and hour endorsed thereon by me, at 2769 W. 71 Place, Hialeah, FL 33016.

**MILITARY STATUS:** Based on my direct inquiry thereof, Reynaldo Rodriguez is not in the MILITARY SERVICE of the United States Government.

I do hereby acknowledge that I am a Process Server CPS #303 in the county in which service was effected in accordance with Florida Statutes, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true. F.S. 92.525(2) March 1, 2000

Jose Espino, Process Server CPS #303

**Attorney Services by Kevin J. O'Connor**
P.O. Box 741062
Boynton Beach, FL, 33474
(561) 963-0531

Our Job Serial Number: 550

AO 440 (Rev. 1/90) Summons in a Civil Action

**RUSH**

## Issued by the
## UNITED STATES DISTRICT COURT

130991

_____Southern_____ DISTRICT OF _____Florida_____

FORT LAUDERDALE DIVISION

Kevin O'Connor

AUSTIN TUPLER TRUCKING, INC., et al

v.

SUPPORT DUMP TRUCKING GROUP, INC., et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 00-6223-CIV-GOLD

PROCESS SERVICES INC.
MURRAY DEAL 474-4857
**FEB 24 2000**

DATE Feb 24  TIME 6:00 PM

C.P.S. J Espin 303

SIGNATURE & PRINT NAME

CERTIFIED PROCESS SERVER IN THE
_____ th JUDICIAL CIRCUIT

TO: Reynaldo Rodriguez
2769 West 71st Place
Hialeah, Florida 33016

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY [name and address]

Charles S. Caulkins, Esquire
FISHER & PHILLIPS LLP
NationsBank Tower
One Financial Plaza, Suite 2300
Fort Lauderdale, Florida 33394

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Murray Deal

**Clarence Maddox**
CLERK

2/24/00
DATE

Martha Diaz
DEPUTY CLERK

AO 440 (Rev.

Service

NAME

Ch

As t