**VERIFIED RETURN OF SERVICE**
**UNITED STATES DISTRICT COURT**
**Southern District of Florida**

Case Number: 00-6223-CIV-GOLD

Action Date: ,

Austin Tupler Trucking Inc   Plaintiff

vs.

Support Dump Trucking Group Inc   Defendant

For: Charles S. Caulkins, Esquire
c/o Fisher & Phillips, LLP
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394

Received by Attorney Services by Kevin J. O'Connor on February 24, 2000 at 4:00 PM to be served on **SUPPORT DUMP TRUCKING GROUP INC**, c/o Hosey Hernandez, Esq.,, 2701 S. Bayshore Drive, Suite 602, Coconut Grove, FL 33133

I, Miguel Delgado, who being duly sworn, depose and say that on Friday, February 25, 2000, at 11:45 AM, I:

**SERVED** the within named Support Dump Trucking Group Inc by delivering a true copy of the 20 Day Summons in a Civil Case/Complaint with the date and hour endorsed thereon by me to Hosey Hernandez, Esquire, Registered Agent.

I do hereby acknowledge that I am a Process Server CPS #558 in the county in which service was effected in accordance with Florida Statutes, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true. F.S. 92.525(2)  March 1, 2000

Miguel Delgado, Process Server CPS #558

**Attorney Services by Kevin J. O'Connor**
P.O. Box 741062
Boynton Beach, FL, 33474
(561) 963-0531

Our Job Serial Number: 549

AO 440 (Rev. 1/90) Summons in a Civil Action

**RUSH**

## Issued by the
## UNITED STATES DISTRICT COURT

130900

Southern         DISTRICT OF         Florida

### FORT LAUDERDALE DIVISION

Kevin O'Connor

AUSTIN TUPLER TRUCKING, INC., et al

V.

SUPPORT DUMP TRUCKING GROUP, INC., et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 00-6223-CIV-GOLD

PROCESS SERVICES INC.
474-4357

FEB 24 2000

Hosey Hernandez
2/25/00      11:45 A.M.

C.P.S. Miguel Delgado

SIGNATURE & PRINT NAME

CERTIFIED PROCESS SERVER IN THE
11th JUDICIAL CIRCUIT COURT

TO:  Support Dump Trucking Group, Inc.
     c/o Hosey Hernandez, Esq.
     Hosey Hernandez, P.A.
     Coconut Grove Bank Building
     2701 South Bayshore Drive, Suite 602
     Coconut Grove, Florida 33133

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY [name and address]

Charles S. Caulkins, Esquire
FISHER & PHILLIPS LLP
NationsBank Tower
One Financial Plaza, Suite 2300
Fort Lauderdale, Florida 33394

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox                            2/24/00

CLERK  Martha Diaz                         DATE

DEPUTY CLERK

inform

Ex

1. As to who