VERIFIED RETURN OF SERVICE
UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by _____ D.C.

2000 APR -4 PM 3:06

Case Number: 00-6223-CIV-GOLD
S.D. OF FLA - MIA
Action Date: ,

Austin Tupler Trucking Inc    Plaintiff

vs.

Support Trucking Group    Defendant

For: Charles S. Caulkins, Esquire
c/o Fisher & Phillips, LLP
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394

Received by Attorney Services by Kevin J. O'Connor on February 15, 2000 at 12:00 PM to be served on **JOHN DOE ASSOCIATION, A/K/A THE COMMISSION**, c/o Oscar DeLeon, 13424 NW 6 Street, Miami, FL 33182.

I, Kevin O'Connor, who being duly sworn, depose and say that on Wednesday, February 16, 2000, at 5:17 AM, I:

**SERVED** the within named John Doe Association, a/k/a The Commission by delivering a true copy of the 20 Day Summons in a Civil Case/Complaint with the date and hour endorsed thereon by me to Oscar DeLeon, President.

I do hereby acknowledge that I am a Process Server CPS #995 in the county in which service was effected in accordance with Florida Statutes, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true. F.S. 92.525(2) February 22, 2000

Kevin O'Connor, Process Server CPS #995

**Attorney Services by Kevin J. O'Connor**
P.O. Box 741062
Boynton Beach, FL, 33474
(561) 963-0531

Our Job Serial Number: 464

AO 440 (Rev. 1/90) Summons in a Civil Action

**RUSH**

## Issued by the
## UNITED STATES DISTRICT COURT

00 FEB 15 AM 11: 07

_____Southern_____ DISTRICT OF _____Florida_____

MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA.-FTL

FORT LAUDERDALE DIVISION

AUSTIN TUPLER TRUCKING, INC., et al

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:

SUPPORT TRUCKING GROUP, et al

**CIV - GOLD**
**00 - 6223**

TO:   John Doe Association a/k/a The Commission
      c/o Oscar DeLeon
      13424 Northwest 6th Street
      Miami, Florida  33182

**MAGISTRATE JUDGE**
**SIMONTON**

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY [name and address]

Charles S. Caulkins, Esquire
FISHER & PHILLIPS LLP
NationsBank Tower
One Financial Plaza, Suite 2300
Fort Lauderdale, Florida 33394

2-15-00
S: Oscar DeLeon
D: 2-16-00
PS
KEVIN J. O'CONNOR   SPS/CPS # 995

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox
CLERK

February 15, 2000
DATE

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
            Date                        Signature of Server

                                        _____
                                        Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure