IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale Division)

2000 APR -5 PM 12: 26

CLERK, U.S. DIST. CT.
S.D. OF FLA - MIA

| | |
|---|---|
| AUSTIN TUPLER, INC. et al., | **CASE NO.: 00-6223 CIV Gold** |
| Plaintiffs, | Magistrate Judge Simonton |
| vs. | |
| SUPPORT TRUCKING GROUP, et al, | |
| Defendants. | |
| _____/ | |

### PLAINTIFF COUNSEL'S NOTICE OF CHANGE OF ADDRESS

The undersigned attorney hereby gives notice that **effective April 10, 2000,** that the law firm of Strolla & Scott, P.A. formerly located at 120 South Olive Avenue, Suite 303, West Palm Beach, Florida 33401, is moving to the following location: **The Comeau Building, 319 Clematis Street, Suite 801 West Palm Beach, FL 33401.** The phone number and facsimile will remain the same at (561) 802-3132 and the fax at (561) 802-3121.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail to: **Edward Trent, Esq.**, Fisher & Phillips, LLP. 2300 Nationsbank Tower One Financial Plaza Fl. Lauderdale, Florida 33394-0005 on **April 1, 2000.**

> STROLLA & SCOTT, P.A.
> The Comeau Building
> 319 Clematis Street Suite 801
> West Palm Beach, Florida 33401
> Telephone 561-802-3132
> Facsimile 561-802-3121
>
> _____
> CATHLEEN SCOTT, ESQUIRE
> Florida Bar No.: 135331