UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AUSTIN TUPLER TRUCKING, INC.,

    Plaintiff,

vs.    CASE NO: 00-6223-CIV-GOLD/MONTON

SUPPORT TRUCKING GROUP, et al.,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney hereby appears as counsel in behalf of the Defendant, JULIO GOMEZ, on the above styled cause of action, and requests copies of any and all pleadings or notices be furnished to the undersigned.

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court, mailed and faxed to Edward H. Trent, Esq. at Fisher & Phillips, LLP, Nations Bank Tower, One Financial Plaza, Suite 2300, (954) 525-8739, Fort Lauderdale, Florida 33394, on this 13th day of April, 2000.

LAW OFFICES OF MANUEL F. FENTE, P.A.
Attorneys for Defendant Julio Gomez
1110 Brickell Avenue, Seventh Floor
Miami, Florida 33131
Phone: (305) 372-1350
Fax: (305) 373-5111

RAUL FLORES, ESQ.
FLORIDA BAR NO. 0085080