IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

AUSTIN TUPLER, INC. et al.,           CASE NO.: 00-6223 CIV Gold
         Plaintiffs,           Magistrate Judge Simonton
vs.

SUPPORT TRUCKING GROUP, et al,

         Defendants.
_____/

## NOTICE OF DISMISSAL OF PENDENCY OF OTHER SIMILAR ACTIONS

Defendants, by and through their undersigned counsel, pursuant to Local Rule 3.9, hereby provide Notice to this court that the following similar actions which were pending have been dismissed:

(1)    <u>Siboney Contracting Co., v. Owners Association of Palm Beach and Broward County, et al.</u>, United States District Court, Southern District (Northern Division), **Case No.: 00-8149 CIV Zloch**, Magistrate Judge Seltzer.

(2)    <u>Palm Beach Aggregates, Inc. v. Owners Association of Palm Beach and Broward County, et al.</u>, Fifteenth Judicial Circuit of Florida, Palm Beach County Case No. **CL 00-1701 AG.**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail to: **Edward Trent, Esq.,** Fisher & Phillips, LLP. 2300 Nationsbank Tower One Financial Plaza Fl. Lauderdale, Florida 33394-0005, Richard Diaz, Esquire, 2701 Southwest 3rd Avenue, Miami, Fl 33127-2335, Hosey Hernandez, Esquire, Coconut Grove Bank Building, 2701 South Bayshore Drive, Suite 602, Coconut Grove, FL 33133, Angel Ruiz, Esquire, Gomez, Del Pino & Ruiz, P.A., 1835 West Flagler Street,

Miami, FL 33135, and Terry Schwartz, Esquire, Sonneborn Rutter Cooney, et al., 1545 Centrepark Drive North, West Palm Beach, FL 33401 on this 17th day of April, 2000.

STROLLA & SCOTT, P.A.
The Comeau Building
319 Clematis Street Suite 801
West Palm Beach, Florida 33401
Telephone 561-802-3132
Facsimile 561-802-3121

_____
CATHLEEN SCOTT, ESQUIRE
Florida Bar No.: 135331