UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6223-CIV-GOLD/SIMONTON

AUSTIN TUPLER TRUCKING, INC., et.al.,

    **Plaintiffs,**

vs.

SUPPORT DUMP TRUCKING GROUP,
INC. et.al.,

    **Defendants**
_____/



## RESPONSE AND OBJECTION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

    Defendant, JULIO GOMEZ, by and through undersigned counsel and pursuant to this court's Order of March 31, 2000, submits this his response and objection to Plaintiff's Motion for Preliminary Injunction and in support thereof alleges as follows:

    1.    The Plaintiffs filed their first amended complaint dated February 4, 2000 against several defendants.

    2.    Plaintiffs have also filed a Motion for Preliminary Injunction, which is presently set for hearing before this Court on May 12, 2000.

    3.    Plaintiffs' complaint and motion for injunction are based on an alleged work stoppage by the named Defendants as independent trucking contractors who had established agreements with Plaintiffs.

    4.    Defendant, JULIO GOMEZ, alleges he does not have any agreements with Plaintiffs and does not work for any of the named Plaintiffs and therefore this defendant had no reason to become involved in any of the alleged activities. Regardless of the



Page 2 of 3

result of the alleged activities Defendant JULIO GOMEZ would not be affected or gain any benefit.

5. Defendant JULIO GOMEZ has never participated in any of the work stoppage or illegal boycotts alleged in Plaintiff's complaint.

6. Defendant, JULIO GOMEZ, admits he is an independent trucker contractor, however he is not a member and has never been a member of any support dump trucking group or owners association of Palm Beach or Broward County.

7. Defendant, JULIO GOMEZ, is an independent trucking contractor whose only agreements have been with Medley Carriers, Inc. and Statewide Carriers, Inc. hauling ash from Indian Town to Orlando, and hydro conduits out of Dade County Florida.

8. Defendant, JULIO GOMEZ, continued to work his trucks pursuant to the agreement with the above mentioned corporations during the time of the alleged incidents in Plaintiff's complaint and did not participate in any in any way of the alleged incidents.

9. In fact, the only area where this Defendant is mentioned in all of Plaintiff's pleadings is in the Motion for Preliminary Injunction at paragraph 21 where this Defendant is stated to have been involved in a shooting of a truck being driven by a driver leaving Rinker FEC aggregate pit in Dade County. This paragraph is supported by an affidavit labeled as Exhibit 34 where it mentions that Defendant, Julio Gomez's personal vehicle was involved in the shooting by an unknown defendant.

10. Defendant, JULIO GOMEZ, denies that his truck was involved in any such shooting.

11. Defendant, JULIO GOMEZ, by and through his attorney is presently setting down the deposition of the affiant who gave the testimony as to the allegations in

paragraph 24 exhibit 34 and will provide this court with evidence he or his personal vehicle were not involved in any of the incidents, specifically the incident alleged in paragraph 21 of Plaintiff's Motion for Preliminary Injunction.

12. Therefore, with the exception of Defendant, JULIO GOMEZ, being an independent trucking contractor this Defendant denies all the allegations raised in paragraphs 1 through 46 of Plaintiff's Motion for Preliminary Injunction and demand strict proof thereof.

13. Attached is Defendant's affidavit in support of this response labeled as Defendant's Exhibit 1.

WHEREFORE based on the above and the attached affidavit, Defendant, JULIO GOMEZ, requests this honorable court deny Plaintiff's Motion for Preliminary Injunction.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of Defendant JULIO GOMEZ response to Plantiff's, Austin Tupler Trucking, Inc., et.al., Motion for Preliminary Injunction was served by U.S. Mail to: Edward H. Trent, Esq., Fisher & Phillips LLP, NationsBank Tower, One Financial Plaza, Suite 2300, Fort Lauderdale, Florida 33394.

Respectfully submitted this 19th day of April, 2000.

MANUEL F. FENTE, P.,A
1110 Brickell Avenue
Seventh Floor
Miami, Florida 33131
Office: (305) 372-1350
Fax: (305) 373-5111

RAUL FLORES, ESQ.
FBN 0085080

## AFFIDAVIT OF JULIO GOMEZ

STATE OF FLORIDA      )
                      )SS
PALM BEACH COUNTY     )

  I, JULIO GOMEZ, being first duly sworn, depose and state that I am over eighteen (18) years of age, that I am sui juris and this Affidavit is made in support of my response to Plaintiff's Motion for Preliminary Injunction. I further state as follows:

  1. I am an independent truck owner and operator who does business in Dade County, Indian Town and Orlando, Florida.

  2. As an independent truck owner I do not have any agreements nor have I performed any work for any of the brokerage companies mentioned in Plaintiffs' complaint.

  3. That the only companies I have contracted to work for as an independent truck owner has been with Medley Carriers and Statewide Carriers, Inc.

  4. That I have not participated or been involved in any of the work stoppage and strike incidents mentioned in Plaintiffs' complaint.

  5. That I have never joined or participated with any group of independent truckers in Broward, Palm Beach or any other place.

  6. That as an independent truck owner who does not work for any of the Plaintiffs I would not have been affected nor would I gain anything by participating in the alleged incidents.

  7. That during the alleged work stoppage and strike incidents mentioned in Plaintiffs' complaint my trucks continued to work and I did not have any involvement in these incidents.

  8. That my personal vehicle as mentioned in paragraph 21 of Plaintiffs' Motion for Preliminary injunction was not involved in a shooting of another truck during the strike.



DEFENDANT'S EXHIBIT
_1_

# AFFIDAVIT OF JULIO GOMEZ

I JULIO GOMEZ state that I have read the forgoing Affidavit consisting of eight (8) paragraphs and swear and affirm that it is true and correct to the best of my knowledge.

                                                                                   _____
                                                                                              JULIO GOMEZ

STATE OF FLORIDA        )
                                              )   SS:
COUNTY OF                       )

BEFORE ME, the undersigned authority, personally appeared JULIO GOMEZ to me well known to be the person described in and who executed the forgoing instrument, and acknowledged to and before me that he executed said instrument for the purposes stated therein, this 20th day of April, 2000.

                                                                       _____
                                                                       Notary Public
                                                                       My Commission Expires.

```
OFFICIAL NOTARY SEAL
YOLANDA FLORES
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC719412
MY COMMISSION EXP. FEB. 23, 2002
```