

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NUMBER 00-6223-Civ-Gold/Simonton

AUSTIN TUPLER TRUCKING, INC.
et al.

    Plaintiff,

v.

SUPPORT TRUCKING GROUP,
et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

COMES NOW, Richard J. Diaz, Esq., and enters his Notice of Appearance on behalf of Defendants John Doe Association, a/k/a The Commission n/k/a Support Dump Trucking Group, Inc., Juan Aragones, Oscar de Leon, Reynaldo Rodriguez, Rafael D. Jimenez, Norvel Igarza, Alayn Hernandez, Eduardo Rodriguez, Osmeli Jimenez, Oscar Suarez, Julio Gomez, Rigoderto Pupo, Renier Martinez, Geraldo Victoria, Victor Morales, Osier Fernandez and Daniel Balazi relating the above captioned matter.

                              Respectfully Submitted,



Richard J. Diaz
F.B.N. 0767697
2701 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-1122
Facsimile: (305) 285-0354
e-mail: rick@rjdpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 18TH day of April, 2000 to Charles S. Caulkins, Esq., Fisher & Phillips LLP, 2300 NationsBank Tower, One Financial Plaza, Ft. Lauderdale, FL 33394 and Hosey Hernandez, Esq., 2701 S. Bayshore Drive, Suite 602, Coconut Grove, FL 33133.

Richard J. Diaz, Esq.

mswd\fed\sdtg\noa\mvg