UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NUMBER 00-6223-Civ-Gold/Simonton

AUSTIN TUPLER TRUCKING, INC.
et al.

    Plaintiff,

v.

SUPPORT TRUCKING GROUP,
et al.,

    Defendants.
_____/

SUPPLEMENT TO DEFENDANTS, JOHN DOE ASSOCIATION A/K/A THE COMMISSION, N/K/A SUPPORT DUMP TRUCKING GROUP, INC., JUAN ARAGONES, OSCAR DE LEON, RAFAEL D. JIMENEZ, ALAYN HERNANDEZ, RENIER MARTINEZ, AND JOHN DOES NUMBER 1 - 900'S MOTION TO DISMISS FOR LACK OF VENUE PURSUANT TO RULE 12(b)(3) OF THE FEDERAL RULES OF CIVIL PROCEDURE

COME NOW, newly named Defendants, Reinaldo Rodriguez, Norvel Igarza, Eduardo Rodriguez, Osmeli Jimenez, Oscar Suarez, Julio Gomez, Rigoderto Pupo, Geraldo Victoria, and Victor Morales, and hereby join in the previously filed Defendants, John Doe Association a/k/a The Commission, n/k/a Support Dump Trucking Group, Inc., Juan Aragones, Oscar De Leon, Rafael D. Jimenez, Alayn Hernandez, Renier Martines, and John Does Number 1 - 900's Motion to Dismiss for Lack of Venue Pursuant to Rule 12(b)(3) of the

Federal Rules of Civil Procedure and shall now be deemed additional defendants to the Group 1 Defendants.

Respectfully Submitted,

*[signature]*

Richard J. Diaz
F.B.N. 0767697
2701 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-1122
Facsimile: (305) 285-0354
e-mail: rick@rjdpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 18TH day of April, 2000 to Charles S. Caulkins, Esq., Fisher & Phillips LLP, 2300 NationsBank Tower, One Financial Plaza, Ft. Lauderdale, FL 33394 and Hosey Hernandez, Esq., 2701 S. Bayshore Drive, Suite 602, Coconut Grove, FL 33133.

*[signature]*

Richard J. Diaz, Esq.

mswd\fed\sdtg\supp2mot2dism\mvg