UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6223-Civ-Gold/Simonton

AUSTIN TUPLER TRUCKING, INC.
et. al.

    Plaintiff,

vs.

SUPPORT TRUCKING GROUP,
et. al.

    Defendants.
_____/

## NOTICE OF APPEARANCE

**COMES NOW**, Hosey Hernandez, Esq., and enters his Notice of Appearance on behalf of Defendants John Doe Association, a/k/a The Commission n/k/a Support Dump Trucking Group, Inc., Juan Aragones, Oscar de Leon, Reynaldo Rodriguez, Rafael D. Jimenez, Norvel Igarza, Alayn Hernandez, Eduardo Rodriguez, Osmeli Jimenez, Oscar Suarez, Julio Gomez, Rigoderto Pupo, Renier Martinez, Geraldo Victoria, Victor Morales, Osier Fernandez, and Daniel Balazi relating the above captioned matter

ENVELOPES NOT PROVIDED



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was Mailed to:

Charles S. Caulkins, Esq., Fisher & Phillips, LLP, 2300 Nations Bank Tower, One Financial Plaza, Ft. Lauderdale, Florida 33394 and Richard J. Diaz, Esq., 2701 S.W. 3rd Avenue, Miami, Florida, 33129 on this 26th day of April, 2000.

Respectfully submitted,

HOSEY HERNANDEZ, ESQ.
2701 S. Bayshore Drive
Suite #: 602
Coconut Grove, Fl. 33133
(305) 858-9020

BY:_____
HOSEY HERNANDEZ, ESQ.
F.B.N.: 852176