UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6223-CIV-GOLD/SIMONTON

AUSTIN TUPLER TRUCKING, INC.,

        Plaintiff,

vs.

SUPPORT TRUCKING GROUP, et al.,

        Defendant.            /



## ORDER SETTING STATUS CONFERENCE

    A status conference is hereby set before the Honorable Alan S. Gold, at the United States District Court, Courtroom Ten, Tenth Floor, 301 North Miami Avenue, Miami, Florida, on **May 2, 2000 at 8:45 a.m.** The parties shall be prepared to argue, at the Court's discretion, the merits of any pending pretrial motions. The court has set aside **15 minutes** for this conference. **Please notify the court immediately at (305) 523-5580 of any disposition or settlement of this case.**

    DONE AND ORDERED in chambers at Miami, Florida, this ___ day of April, 2000.

                              THE HONORABLE ALAN S. GOLD
                              UNITED STATES DISTRICT JUDGE

cc: **(via telefax to counsel)**
**U.S. Magistrate Judge Andrea Simonton**
**Charles Caulkins, Esq. & Edward Trent, Esq. (954) 525-8739**
NationsBank Tower
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394
**Hosey Hernandez, Esq. (305) 858-6097**
2701 S. Bayshore Drive, Suite 602
Coconut Grove, FL 33133
**Richard Diaz, Esq. (305) 285-0354**
2701 S.W. 3rd Avenue
Miami, FL 33129
**Raul Flores, Esq. (305) 373-5111**
1110 Brickell Drive, 7th Floor
Miami, FL 33131
**Cathleen Scott, Esq. (561) 802-3121**
319 Clematis Street., Suite 801
West Palm Beach, FL 33401
**Terry R. Swartz, Esq. (561) 684-2312**
1545 Centrepartk Drive North
P.O. Box 024486
West Palm Beach, FL 33402-4486

