UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6223-CIV-GOLD/SIMONTON

AUSTIN TUPLER TRUCKING, INC.,

          **Plaintiff,**

vs.

SUPPORT TRUCKING GROUP, et al.,

_____**Defendant.**_____/



FILED by _____ D.C.

APR 2 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

A telephonic status conference is hereby set before the Honorable Alan S. Gold, at the United States District Court, Courtroom Ten, Tenth Floor, 301 North Miami Avenue, Miami, Florida, on **May 2, 2000 at 8:45 a.m.** Counsel for Plaintiff shall coordinate and initiate the telephone conference on the above date and time. The parties shall be prepared to argue, at the Court's discretion, the merits of any pending pretrial motions. The court has set aside **15** minutes for this conference. **Please notify the court immediately at (305) 523-5580 of any disposition or settlement of this case.**

DONE AND ORDERED in chambers at Miami, Florida, this ____ day of April, 2000.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc: **(via telefax to counsel)**
**U.S. Magistrate Judge Andrea Simonton**
**Charles Caulkins, Esq. & Edward Trent, Esq. (954) 525-8739**
NationsBank Tower
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394
**Hosey Hernandez, Esq. (305) 858-6097**
2701 S. Bayshore Drive, Suite 602
Coconut Grove, FL 33133
**Richard Diaz, Esq. (305) 285-0354**
2701 S.W. 3rd Avenue
Miami, FL 33129
**Raul Flores, Esq. (305) 373-5111**
1110 Brickell Drive, 7th Floor
Miami, FL 33131
**Cathleen Scott, Esq. (561) 802-3121**
319 Clematis Street., Suite 801
West Palm Beach, FL 33401
**Terry R. Swartz, Esq. (561) 684-2312**
1545 Centrepartk Drive North
P.O. Box 024486
West Palm Beach, FL 33402-4486

