UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6223-CIV-GOLD/SIMONTON

AUSTIN TUPLER TRUCKING, INC., et. al,

    Plaintiffs,

vs.

SUPPORT DUMP TRUCKING GROUP,
INC., et. al,

    Defendants.
_____/

## ORDER FOLLOWING STATUS CONFERENCE

**THIS CAUSE** comes before the court after the status conference held on Tuesday, May 2, 2000. The court is considering converting the hearing on Friday, May 12, 2000 into a hearing on the pending dispositive motions. Depending on the court's decision on those motions, the court will establish a procedure and schedule for the consideration of plaintiffs' motion for preliminary injunction. In order for the court to allocate its resources efficiently and improve management of this case, the court requires from the parties the following information:

1)     A status report divided up by County describing which plaintiffs and which defendants are involved in the claims relating to that County and which pending motions (i.e., motion to dismiss / summary judgment, motion for preliminary injunction) relate to that County.

2)     A list of the witnesses, if any, that the parties desire to bring before the court to address the motion for preliminary injunction, including the approximate time



Page 2                                           UNITED STATES DISTRICT COURT
                                                 SOUTHERN DISTRICT OF FLORIDA

        required for direct, cross, redirect, and recross.

3)     A statement of each parties' priorities in the court's resolution of pending motions, including any recommendations for proceeding on those motions.

The parties' responses should be filed with this court no later than 5:00 PM on Monday, May 8, 2000.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3 day of May, 2000.

                                      THE HONORABLE ALAN S. GOLD
                                      UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Simonton

(It shall be the responsibility of plaintiffs' counsel to ensure that any interested parties in addition to the ones listed in the service list below are notified of this hearing).

Richard Diaz
Cathleen Scott
Edward Trent
Raul Flores