UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAY 04 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Austin Tupler Trucking, Et Al   CASE #: 00-6223CIV
vs.
Support Dump Trucking Group     JUDGE: Alan S. Gold
                                DATE: 5-2-2000

DEPUTY CLERK: Valarie Thompkins    REPORTER: Joseph A. Millikan

## MINUTES

TYPE OF PROCEEDING:

Status Conference ✓   Pre-Trial Conference ___

Other _____

Criminal Defendant _____

Deft's Counsel  Raul Flores

Pltf's Counsel  Edward Trent

### SETTING

DISCOVERY CUT OFF DATE: __/__/__

PRE-TRIAL MOTIONS FILED BY: __/__/__

ORAL ARGUMENT ON MOTION TO BE SET FOR: __/__/__

PRE-TRIAL CONFERENCE SET FOR: __/__/__

PRE-TRIAL STIPULATION TO BE FILED BY: __/__/__

TRIAL SET FOR: __/__/__

STATUS CONFERENCE SET FOR: __/__/__

TRIAL CONTINUED TO: __/__/__

STATUS Hearing Held By Telephone

( NOTES TO DOCKET CLERK )