UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 006223-CIV-GOLD/Simonton



AUSTIN TUPLER TRUCKING, INC., et al

    Plaintiff,

vs.

SUPPORT TRUCKING GROUP, Inc., et. al,

    Defendants.

**DEFENDANT TURGEMAN'S RESPONSE TO THE COURT'S ORDER FOLLOWING STATUS CONFERENCE**

==================================================

    COMES NOW Defendant TURGEMAN by and through his undersigned counsel and files his response to this Court's ORDER FOLLOWING STATUS CONFERENCE and states as follows:

1) Allegations concerning Defendant TURGEMAN relate to Palm Beach and Broward Counties. At this time, this Defendant has no pending motions before this Court.

2) Defendant TURGEMAN does not expect to produce nor examine any witnesses.

3) Defendant TURGEMAN has interest only in the Motion for Preliminary Injunction.

SONNEBORN RUTTER COONEY KLINGENSMITH & EYLER P.A.
1545 Centrepark Drive North, P. O. Box 024486, West Palm Beach, Florida 33402-4486  Tel: 561-684-2000

Respectfully submitted this 4TH day of May, 2000.

                                              Terry R. Swartz
                                              Fl. Bar No.: 114928
                                              Sonneborn Rutter Cooney
                                              Klingensmith & Eyler P.A.
                                              1545 Centrepark Drive North
                                              Post Office Box 024486
                                              West Palm Beach, Florida 33402-4486
                                              Telephone: 561-684-2000
                                              Facsimile: 561-684-2312
                                              Attorneys for **Isaac Turgeman**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of DEFENDANT TURGEMAN'S RESPONSE TO THE COURT'S ORDER FOLLOWING STATUS CONFERENCE was served by First Class United States mail this 4th day of May, 2000 upon the following:

Edward Trent, Esq.
Fisher & Phillips LLP
One financial Plaza, Suite 2300
Fort Lauderdale, Florida 33394
Attorneys for Plaintiffs

Raul Flores, Esq.
Law Offices of Manuel F. Fente, P.A.
1110 Brickell Avenue, Seventh Floor
Miami, Florida 33131
Attorneys for Julio Gomez

Hosey Hernandez, Esq.
Hosey Hernandez, P.A.
Coconut Grove Bank Building
2701 South Bayshore Drive, Suite 602
Coconut Grove, Florida 33133
Attorneys for Support Dump Trucking Group, Inc.,

Richard Diaz, Esq.
Richard Diaz, P.A.
2701 Southwest 3d Avenue
Miami, Florida 33127-2335
Attorneys for Support Dump Trucking Group, Inc., Juan Aragones, Oscar De Leon, Reynaldo Rodriguez Rafael Jimenez, Norvel Igarza, Alayn Hernandez, Eduardo Rodriguez, Osmeli Jimenez, Oscar Suarez, Julio Gomez, Rigoderto Pupo, Renier Martinez, Geraldo victoriz, Victor Morales, Ossie Fernandez and Daniel Balazi

Cathleen A. Scott, Esq.
Strolla & Scott, P.A.
The Comeau Building
319 Clematis Street, Suite 801
West Palm Beach, Florida 33401
Attorneys for the Owners Assoc. of Palm Beach County, Oscar Suarez, Victor Morales, Jose Matos, Iceane Sforca, Jorge Valiente, Daniel Balazi and Ossie Fernandez