UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6223-CIV-GOLD/Simonton



AUSTIN TUPLER TRUCKING, INC., JUNER
HAULING CORPORATION, RETRANCA
EQUIPMENT & TRUCKING CORP.,TRUCK
BROKERAGE BY NATIONAL, INC., and
EASTMAN AGGREGATES

       Plaintiffs,

vs.

SUPPORT DUMP TRUCKING GROUP, INC.,
JUAN ARAGONES, OSCAR DE LEON,
REYNALDO RODRIGUEZ, RAFAEL D.
JIMENEZ, NORVEL IGARZA, ALAYN
HERNANDEZ, EDUARDO RODRIGUEZ,
OSMELY JIMENEZ, OSCAR SUAREZ,
JULIO GOMEZ, RIGODERTO PUPO,
RENIER MARTINEZ, GIRALDO VICTORIA,
VICTOR MORALES, JOHN DOE 1 through 300,
OWNERS ASSOCIATION OF PALM BEACH
AND BROWARD COUNTY, CHARLES LUQUE,
JORGE VALIENTE, JOSE MATOS, ISAAC
TURGEMAN, ILCEANE SFORCA, OSSIE
FERNANDEZ, and DANIEL BALAZI

       Defendants.
_____/

**PLAINTIFFS AUSTIN TUPLER TRUCKING, INC., ET. AL.'S RESPONSE TO COURT'S MAY 3, 2000 ORDER FOLLOWING STATUS CONFERENCE**

       Pursuant to this Court's May 3, 2000 Order Following Status Conference, Plaintiffs Austin Tupler Trucking, Inc. et. al. provide the following information in response to the Court's requests.

As referenced herein, "the Dade County Defendants" consist of Support Dump Trucking Group, Inc.,



Juan Aragones, Oscar de Leon, Reynaldo Rodriguez, Rafael Jimenez, Norvel Igarza, Alayn Hernandez, Eduardo Rodriguez, Osmely Jimenez, Oscar Suarez, Rigoderto Pupo, Renier Martinez, Giraldo Victoria, Victor Morales and an undetermined number of John Doe Defendants represented by Messers. Diaz and Hernandez. "The Palm Beach County Defendants" refers to the Owners Association of Palm Beach and Broward County, Jorge Valiente, Jose Matos, Ilceane Sforca, Ossie Fernandez, Daniel Balazi and an undetermined number of John Doe Defendants. Defendants Charles Luque, Osmely Jimenez, and Rigoderto Pupo have been defaulted and appropriate motions will be filed. Plaintiffs have resolved their disputes with Defendants Julio Gomez and Isaac Turgeman and appropriate motions will be filed.

1.  Status report divided up by County describing which plaintiffs and which defendants are involved in the claims relating to that County in which pending motions (i.e., motions to dismiss/summary judgment, motion for preliminary injunction) relate to that County.

**Response:** Currently pending before this Court is Plaintiffs' Motion for Preliminary Injunction. This Motion applies to all of the Defendants listed in this case. There are two aspects to Plaintiffs' Motion for Preliminary Injunction. One concerns the work stoppage that occurred in February 2000, and applies to all Defendants. The second concerns continuing violations that are occurring in Dade County, and applies, at this time, only to the Dade County Defendants. All Plaintiffs are involved in the claims in this Motion.

Also pending before the Court is Defendants Owners Association of Palm Beach and Broward County et. al.'s Motion to Dismiss or in the Alternative Motion for Summary Judgment and their accompanying Motion to Strike Untimely Statement of Disputed Facts. These Motions were filed on behalf of the Palm Beach Defendants and involve all Plaintiffs.

2

Also pending before this Court is Defendants Support Dump Trucking Group, Inc. et. al.'s Motion to Dismiss for Lack of Venue filed on behalf of the Dade County Defendants. This Motion also involves all Plaintiffs.

2.  A list of the witnesses, if any, that the parties desire to bring before the Court to address the Motion for Preliminary Injunction, including the approximate time required for direct, cross, redirect, and recross.

**Response:** In support of their Motion for Preliminary Injunction, Plaintiffs will be prepared to present the following witnesses who either provided affidavits in support of the Motion for Preliminary Injunction or are referenced in materials filed in support of the Motion. They are:

| | |
|---|---|
| Franklin Villaroel | Tupler Head Dispatcher |
| Austin Tupler | Austin Tupler Trucking, Inc. |
| Bernie Eastman | Eastman Aggregates |
| Angel Carballido | Malnat, Inc. |
| Gustavo Luntoro | Loma Trucking, Inc. |
| Rene Arencidia | Overland Carriers |
| Gerry Fernandez | Austin Tupler Trucking, Inc. |
| Enrique Acosta | Truck Brokerage By National, Inc. |
| Jose Niebla | Rinker Materials Corporation |
| Pablo Coto | Rinker Materials Corporation |
| Ramon Gonzalez | Rinker Materials Corporation |
| James Giglio | Rinker Materials Corporation |
| Joel Velazquez | Rinker Materials Corporation |
| Angel Trujillo | Retranca Equipment & Trucking Corporation |
| Jeff Bailey | Rinker Material Corporation |
| Tony Angotti | Austin Tupler Trucking, Inc. |
| Ivett Perea | Truck Brokerage By National, Inc. |
| Cecilio Gil | Austin Tupler Trucking, Inc. |
| Isaac Turgeman | Defendant |
| Dagoberto Munoz | Austin Tupler Trucking, Inc. |
| Inocente Vilche | Austin Tupler Trucking, Inc. |
| Felix Munoz | Austin Tupler Trucking, Inc. |
| Pedro Rodriguez | GM Roca & Son, Inc. |
| Randy Ready | Repo. |
| Hector Gonzalez | Austin Tupler Trucking, Inc. |
| Marc Tupler | Austin Tupler Trucking, Inc. |
| J. C. Alvarez | Juner Hauling Corporation. |

Plaintiffs estimate the direct examination for most witnesses will take approximately 10 minutes or less with a few witnesses taking up to 20 minutes. Additionally, Plaintiffs plan on presenting a portion of the video tape of activities that have occurred in Dade County that may last approximately 15 minutes. Plaintiffs are unable to estimate the length of any cross-examination by the Defendants, and any redirect will depend on the length and subject matter of the cross-examination.

    3.    A statement of each party's priorities and the Court's resolution of pending motions, including any recommendations for proceeding on these motions.

**Response**: Given the on-going activities by the Dade County Defendants, Plaintiffs' priority is that the hearing on their Motion for Preliminary Injunction be held as soon as possible. However, the issues raised in the Plaintiffs' Motion for Preliminary Injunction address issues raised in the Palm Beach Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment. Because no testimony will be taken on the Palm Beach Defendants' Motion, an argument on the substantive legal issues raised by their Motion may solidify the issues and, ultimately, expedite the entry of an appropriate injunction. As a result, Plaintiffs do not oppose the Court's apparent predisposition to have argument on the defense motions first. Additionally, Plaintiffs do not anticipate that any argument on the Dade County Defendants' Motion to Dismiss for Lack of Venue will be lengthy or have any effect on Plaintiffs' Motion for Preliminary Injunction.

    Respectfully submitted this 8th day of May, 2000.

By: _____

| | |
|---|---|
| FISHER & PHILLIPS LLP | Charles S. Caulkins |
| NationsBank Tower | (Fla. Bar No. 0461946) |
| One Financial Plaza, Suite 2300 | James C. Polkinghorn |
| Fort Lauderdale, Florida 33394 | (Fla. Bar. No. 0376892) |
| Telephone:  (954) 525-4800 | Edward H. Trent |
| Facsimile:  (954) 525-8739 | (Fla. Bar No. 0957186) |
| | Attorneys for Plaintiffs. |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of PLAINTIFFS AUSTIN TUPLER TRUCKING, INC., ET. AL.'S RESPONSE TO COURT'S MAY 3, 2000 ORDER FOLLOWING STATUS CONFERENCE was served by facsimile and First Class United States mail this 8th day of May, 2000, upon the following:

Richard Diaz, Esq.
Richard A. Diaz, P.A.
2701 Southwest 3rd Avenue
Miami, Florida 33127-2335
Attorneys for John Doe Association,
a/k/a The Commission n/k/a Support
Dump Trucking Group, Inc., Juan
Aragones, Oscar de Leon, Reynaldo
Rodriguez, Rafael D. Jimenez, Norvel
Igarza, Alayn Hernandez, Eduardo
Rodriguez, Osmeli Jimenez, Oscar Suarez,
Julio Gomez, Rigoderto Pupo, Renier
Martinez, Geraldo Victoria, Victor
Morales, Ossie Fernandez and Daniel Balazi

Hosey Hernandez, Esq.
Hosey Hernandez, P.A.
Coconut Grove Bank Building
2701 South Bayshore Drive, Suite 602
Coconut Grove, Florida 33133
Attorneys for Support Dump Trucking
Group, Inc.

Cathleen A. Scott, Esq.
Strolla & Scott, P.A.
The Comeau Building
319 Clematis Street, Suite 801
West Palm Beach, Florida 33401
Attorneys for the Owners Assoc. of
Palm Beach and Broward County,
Oscar Suarez, Victor Morales, Jose
Matos, Ilceane Sforca, Jorge Valiente,
Daniel Balazi and Ossie Fernandez

Raul Flores, Esq.
Law Offices of Manuel F. Fente, P.A.
1110 Brickell Avenue, Seventh Floor
Miami, Florida 33131
Attorneys for Julio Gomez

Terry R. Swartz, Esq.
Sonneborn Rutter Cooney
Klingensmith & Eyler, P.A.
1545 Centrepark Drive North
West Palm Beach, Florida 33401
Attorneys for Isaac Turgeman

Individual Defendants:

Charles Luque
4701 Lyons Road, #212
Coconut Creek, Florida 33073

_____
Attorney