UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NUMBER 00-6223-Civ-Gold/Simonton

AUSTIN TUPLER TRUCKING, INC.
et al.

    Plaintiff,

v.

SUPPORT TRUCKING GROUP,
et al.,

    Defendants.
_____/



**DEFENDANTS, SUPPORT DUMP TRUCKING GROUP, INC., JUAN ARAGONES, OSCAR DE LEON, REINALDO RODRIGUEZ, RAFAEL D. JIMENEZ, NORVEL IGARZA, ALAIN HERNANDEZ, EDUARDO RODRIGUEZ, OSMELY JIMENEZ, OSCAR SUAREZ, RIGODERTO PUPO, REAINER MARTINEZ, GERALDO VICTORIA, VICTOR MORALES, JOHN DOES NO. 1-900 ("GROUP I DEFENDANTS") COMPLIANCE/RESPONSE TO <u>COURT ORDER FOLLOWING STATUS CONFERENCE DATED 5/3/00</u>**

COME NOW, Group I Defendants, by and through their undersigned counsel, and hereby file this their Compliance/Response To Court Order Following Status Conference Dated May 3, 2000, and states as follows:

1.    The Group 1 Defendants all reside in Dade County, Florida. Any and all claims affecting these Defendants, arise almost entirely, if not exclusively out of Dade County, Florida. Group I Defendants have raised a Motion to Dismiss for Improper Venue which is currently pending. Group I Defendants are all defending a currently pending Motion for Preliminary Injunction.

1



2. All Group I Defendants will appear at the preliminary injunction hearing (a total of 14 named defendants). It is expected that the direct examination of each Group I Defendant will take approximately 3-5 minutes. However, we note that some of these defendants may require a Spanish interpreter[1] which could double this estimate. Cross-examination cannot be determined nor can re-cross examination be determined by undersigned counsel. If re-direct examination is necessary, it will depend highly on the length of the cross-examination but no more than a few minutes per witness should be required.

3. The priority of Group I Defendants is to resolve their Motion to Dismiss for Improper Venue. We respectfully recommend that venue should, if not must be determined before any substantive matter is addressed.

Respectfully submitted,

_____
Richard J. Diaz
F.B.N. 0767697
2701 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-1122
Facsimile: (305) 285-0354
e-mail: rick@rjdpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ____ day of May, 2000 to Charles S. Caulkins, Esq., Fisher & Phillips

LLP, 2300 NationsBank Tower, One Financial Plaza, Ft. Lauderdale, FL 33394 and Hosey Hernandez, Esq., 2701 S. Bayshore Drive, Suite 602, Coconut Grove, FL 33133.

_____
Richard J. Diaz, Esq.

---

[1] Undersigned counsel will secure the services of a court-certified interpreter.