

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6223-CIV-GOLD/Simonton

AUSTIN TUPLER TRUCKING, INC., JUNER
HAULING CORPORATION, RETRANCA
EQUIPMENT & TRUCKING CORP.,TRUCK
BROKERAGE BY NATIONAL, INC., and
EASTMAN AGGREGATES

        Plaintiffs,

vs.

SUPPORT DUMP TRUCKING GROUP, INC.,
JUAN ARAGONES, OSCAR DE LEON,
REYNALDO RODRIGUEZ, RAFAEL D.
JIMENEZ, NORVEL IGARZA, ALAYN
HERNANDEZ, EDUARDO RODRIGUEZ,
OSMELY JIMENEZ, OSCAR SUAREZ,
JULIO GOMEZ, RIGODERTO PUPO,
RENIER MARTINEZ, GIRALDO VICTORIA,
VICTOR MORALES, JOHN DOE 1 through 300,
OWNERS ASSOCIATION OF PALM BEACH
AND BROWARD COUNTY, CHARLES LUQUE,
JORGE VALIENTE, JOSE MATOS, ISAAC
TURGEMAN, ILCEANE SFORCA, OSSIE
FERNANDEZ, and DANIEL BALAZI

        Defendants.

_____/

**NOTICE OF FILING
SUPPLEMENTAL MATERIALS
IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY
INJUNCTION**

        Plaintiffs Austin Tupler Trucking Inc., Juner Hauling Corporation, Retranca Equipment &

Trucking Corporation, Truck Brokerage by National, Inc., and Eastman Aggregates ("Plaintiffs")

hereby give notice of filing supplemental materials in support of their Motion for Preliminary

Injunction.

1.      Affidavit of Frank Villarroel dated April 26, 2000.

2.      Affidavit of Jerry Fernandez dated April 27, 2000.

3.      Affidavit of Hector Gonzalez dated April 27, 2000.

4.      Affidavit of Tony Angotti dated April 27, 2000.

5.      Affidavit of Marc Tupler dated April 28, 2000.

Respectfully submitted this 4th day of May, 2000.

By: _____

FISHER & PHILLIPS LLP                       Charles S. Caulkins
NationsBank Tower                           (Fla. Bar No. 0461946)
One Financial Plaza, Suite 2300             James C. Polkinghorn
Fort Lauderdale, Florida 33394              (Fla. Bar No. 0376892)
Telephone:      (954) 525-4800              Edward H. Trent
Facsimile:      (954) 525-8739              (Fla. Bar No. 0957186)
                                            Attorneys for Plaintiffs.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of NOTICE OF FILING SUPPLEMENTAL

MATERIALS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

was served by First Class United States mail this _4th_ day of May, 2000, upon the following:

Richard Diaz, Esq.
Richard A. Diaz, P.A.
2701 Southwest 3rd Avenue
Miami, Florida 33127-2335
Attorneys for John Doe Association,
a/k/a The Commission n/k/a Support
Dump Trucking Group, Inc., Juan
Aragones, Oscar de Leon, Reynaldo
Rodriguez, Rafael D. Jimenez, Norvel
Igarza, Alayn Hernandez, Eduardo
Rodriguez, Osmeli Jimenez, Oscar Suarez,
Julio Gomez, Rigoderto Pupo, Renier
Martinez, Geraldo Victoria, Victor
Morales, Ossie Fernandez and Daniel Balazi

Hosey Hernandez, Esq.
Hosey Hernandez, P.A.
Coconut Grove Bank Building
2701 South Bayshore Drive, Suite 602
Coconut Grove, Florida 33133
Attorneys for Support Dump Trucking
Group, Inc.

Cathleen A. Scott, Esq.
Strolla & Scott, P.A.
The Comeau Building
319 Clematis Street, Suite 801
West Palm Beach, Florida 33401
Attorneys for the Owners Assoc. of
Palm Beach and Broward County,
Oscar Suarez, Victor Morales, Jose
Matos, Ileeane Sforca, Jorge Valiente,
Daniel Balazi and Ossie Fernandez

Raul Flores, Esq.
Law Offices of Manuel F. Fente, P.A.
1110 Brickell Avenue, Seventh Floor
Miami, Florida 33131
Attorneys for Julio Gomez

Terry R. Swartz, Esq.
Sonneborn Rutter Cooney
Klingensmith & Eyler, P.A.
1545 Centrepark Drive North
West Palm Beach, Florida 33401
Attorneys for Isaac Turgeman

Individual Defendants:

Charles Luque
4701 Lyons Road, #212
Coconut Creek, Florida 33073

_____
Attorney

MIAMI
(305) 949-4148

HOMESTEAD
(305) 374-0261



**AUSTIN**

**TUPLER** *TRUCKING*

**INC.**

6570 S.W. 47th COURT
DAVIE, FLORIDA 33314
PHONE (954) 583-0801
FAX (954) 583-0844

BOYNTON BEACH
(561) 732-3602

BOCA RATON
(561) 243-0133

April 26, 2000

At 9:50 AM  I received a call from Juan Aragones from Support Dump Trucking Group, claiming that we were running a very cheap job out of White Rock Quarries going to Walmart at 8000 NW 95 St., in Hialeah Gardens.

I told Mr. Aragones that we have been doing that job for more than eight months and as we had agreed with our owner-operators, we already increased the rate on this particular job and we haven't had any problems since.  How come he now realizes that the job is cheap.  At that time Mr. Aragones told me that we had not increased the price by 15% as agreed. I told him that we had not agreed to a 15% increase because that was price fixing. I told him not to stop the job.  I also told him that the fuel price had decreased by 15 to 20 cents and if they had done this job for the last month and a half, why wouldn't they do it now that fuel was cheaper.

At that time Mr. Aragones told me that there were no trucks on that job because they had already stopped "voluntarily".  Immediately I called White Rock Quarries and there were 8 trucks on the job instead of the 25 trucks that were running the job earlier.

_____
Franklin Villarroel, Head Dispatcher

_____
Notary Public

OFFICIAL NOTARY SEAL
ARMANDO RUIZ
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC561105
MY COMMISSION EXP. JUNE 21 2000



MIAMI
(305) 949-4148

HOMESTEAD
(305) 374-0261

BOYNTON BEACH
(561) 732-3602

BOCA RATON
(561) 243-0133

AUSTIN

**TUPLER** TRUCKING

INC.

6570 S.W. 47th COURT
DAVIE, FLORIDA 33314
PHONE (954) 583-0801
FAX (954) 583-0844

April 27, 2000

Mr. Aragones from Support Dump Trucks showed up at American Engineering's Walmart job, at 8000 NW 95 St. Hialeah Gardens, to stop trucks from working. He entered the job site and was told by a representative of Mursten Construction, the General Contractor, that he was trespassing and he could not tell the truckers inside the job not to work. He refused to move until he was told that the police had been called and then moved his van to the entrance of the job.

Upon my arrival, I spoke with him and asked him what the problem was. He said that the job was too cheap and it should pay $1.60 per ton. He also said the Overland trucks working on the other side of the project had been increased to $46.00 a load and that we should do the same.

He also said in front of other truckers that we were not abiding by the agreement that we signed, indicating that the prices were going to be increased by at least 15%. I asked him to bring this paper and show it to the truckers because that was not what it said, as a matter of fact it does not even indicates any percentage increase.

Hialeah Gardens Police Dept. arrived and after a brief talk with him he left the site.

Hialeah Gardens Case #00-22651
Van description : Late 1980 Dodge Ram van, faded gray, Tag#TGA 72E
Tape of conversation attached.

_____
Jerry Fernandez, Field Supervisor

_____
Notary Public

OFFICIAL NOTARY SEAL
ARMANDO RUIZ
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC561105
MY COMMISSION EXP. JUNE 21,2000



MIAMI
(305) 949-4148

HOMESTEAD
(305) 374-0261

BOYNTON BEACH
(561) 732-3602

BOCA RATON
(561) 243-0133

**AUSTIN**

**TUPLER** TRUCKING

**INC.**

6570 S.W. 47th COURT
DAVIE, FLORIDA 33314
PHONE (954) 583-0801
FAX (954) 583-0844

April 27, 2000

At 9:50 AM I went to the job site of American Engineering, Walmart at 8000 NW 95 St. Hialeah Gardens, drove into the job site and saw seven to ten trucks parked, loaded. I asked them what the problem was. They replied that the job was too cheap. Then I saw Juan Aragones with Support Dump Truck group next to them. I took several pictures.

The general manager of the job ( Mursten Construction) told Aragones to leave the property. Mr. Aragones took his van Tag#TGK 72E, Dodge Ram Van to the outside of the property and continued to stop  and speak to the truckers. He had about seven trucks still lined up outside the property, all empty. I took pictures while this was taken place. The Hialeah Gardens Police was called. After they spoke to Mr. Aragones, he left the site.

At 12:40PM, Rafael Gonzales, another Tupler Supervisor, called in that Juan Aragones was back at the job site stopping trucks. I went back to video tape him in action.

Hector Gonzales
Miami-Dade Sales Coordinator

Notary Public

OFFICIAL NOTARY SEAL
ARMANDO RUIZ
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC561105
MY COMMISSION EXP. JUNE 21,2000



MIAMI
(305) 949-4148

HOMESTEAD
(305) 374-0261

BOYNTON BEACH
(561) 732-3602

BOCA RATON
(561) 243-0133

AUSTIN

**TUPLER** *TRUCKING*

INC.

6570 S.W. 47th COURT
DAVIE, FLORIDA 33314
PHONE (954) 583-0801
FAX (954) 583-0844

April 27, 2000

About 10:30 AM someone began stopping the trucks coming out of American Engineering's Walmart job, 8000 NW 95 St. Hialeah Gardens. I got there at 11:20 AM. As I was pulling up, the Hiealeah Gardens Police were just arriving. When I got out of my truck , Mr. Aragones was stopping a truck that was coming out of the job. There were about 5 trucks that had stopped and were parked on the road in front of the job. Mr. Aragones had a small crowd of drivers in front of the job. He was telling the truckers that this job was too cheap. He told them that it was better to park than to work here.

The police made him leave but about half an hour later he was back. Every time a truck pulled out of the job, he pulled them over. It was creating an obstacle for the normal traffic. People had to go around the trucks and Mr. Aragones. Eventually he left again. That's when I left.

Tony Angotti
Palm Beach Sales Coordinator

Notary Public

OFFICIAL NOTARY SEAL
ARMANDO RUIZ
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC561105
MY COMMISSION EXP. JUNE 21 2000

MIAMI
(305) 949-4148

HOMESTEAD
(305) 374-0261

BOYNTON BEACH
(561) 732-3602

BOCA RATON
(561) 243-0133



AUSTIN

**TUPLER** TRUCKING

INC.

6570 S.W. 47th COURT
DAVIE, FLORIDA 33314
PHONE (954) 583-0801
FAX (954) 583-0844

April 28, 2000

At 8:30 this morning I went to American Engineering Walmart Job at 8000 NW 95th Street, Hialeah Gardens. I observed hector Gonzalez, one of our field supervisors, talking with Hialeah Gardens police and witnessed Mr. Aragones and Oscar De Leon stopping trucks and talking to them. Hector showed the police and myself pictures of trucks being stopped in the middle of the road blocking traffic.

Oscar talked to me about prices. I told him that we have a federal lawsuit against him and his organization and that he should be talking to his attorney and not me. That we are living up to our end of the agreement raising all the prices and that he should not be stopping the drivers from making a living. He told me that he wasn't stopping them from working that he was trying to give information about prices.

I explained to him that we have 20 to 40 trucks sitting everyday, that the price of fuel has dropped 15 cents and that he was preventing the drivers from paying their mortgage, car, dump truck. He said that he was not stopping anybody from working.

I told him that he was intimidating the drivers. I spoke to 2 police officers from Hialeah Gardens and to Sergeant J.L. Orlando, he said that it was OK to stop the trucks on the side of the road. We have video and pictures showing him stopping trucks and blocking the road and physically blocking the entrance of the job.

I also explained that the trucks are given the price before going to the job. They are free to accept it or stay home and that Oscar and Aragones were intimidating the truckers from working. They are also taking pictures of the trucks that are working and threatening them.

The police said that if they block or stop traffic to call them again.

Marc Tupler, Vice President

Notary Public

OFFICIAL NOTARY SEAL
ARMANDO RUIZ
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. CC561105
MY COMMISSION EXP. JUNE 21,2000