IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AUSTIN TUPLER, INC. et al.,

                Plaintiffs,

vs.

**CASE NO.: 00-6223 CIV Gold**

Magistrate Judge Simonton

SUPPORT TRUCKING GROUP, et al,

                Defendants.

_____/

## DEFENDANTS' RESPONSE TO THE COURT'S
## ORDER FOLLOWING STATUS CONFERENCE

COMES NOW, Defendants, Owners Association of Palm Beach and

Broward County, Oscar Suarez, Victor Morales, Jose Matos, Ilceane Sforca, Jorge

Valiente, Daniel Balazi, and Ossie Fernandez, by and through their undersigned

counsel, and files this response to this Court's ORDER FOLLOWING STATUS

CONFERENCE, and states as follows:

1.  The pending Motions as it relates to the Defendants, Owners Association of Palm
    Beach and Broward County, Oscar Suarez, Victor Morales, Jose Matos, Ilceane
    Sforca, Jorge Valiente, Daniel Balazi, and Ossie Fernandez, which are located
    predominately in Palm Beach County are as follows:

    A.  Plaintiff's Motion for Injunction
    B.  Defendants' Motion to Dismiss and/or Alternative Motion for Summary
        Judgment
    C.  Defendants' Motion to Strike Plaintiff's Disputed Facts

2.  In support of the Plaintiff's Motion to Dismiss and/or Alternative Motion for
    Summary Judgment, the Defendants intend to call the following witnesses:

    A.  Daniel Balazi (direct and re-direct 40 mins.)
    B.  Carlos Marcelo (direct and re-direct 30 mins.)
    C.  Jose Matos    (direct and re-direct 40 mins.)
    D.  Eddie Perez  (direct and re-direct 20 mins.)



3.    As for the priorities of the Court's resolution, Defense counsel advises as follows:

A.    Defense counsel requests that Defendants' Motion to Dismiss and/or Alternative Motion for Summary Judgment together with Motion to Strike be considered by the Court as preliminary matters since the Motions are dispositive of the case, as it relates to the Palm Beach and Broward County Defendants.

B.    The Defendants' requests a one hour Hearing on the Motion to Dismiss and Alternative Motion for Summary Judgment, pending the number of witnesses the Plaintiffs intend to call.

C.    That the Plaintiffs' Motion for Injunction be resolved pending the outcome of the Defendants' dispositive Motions. That the injunction Motion be handled by the Court according to the County of the Defendants' residence since the facts are separate and distinct.

4.    Please be advised that in regards to the Motion for Injunction, I intend to call the following witnesses:

A.    Daniel Balazi (direct and re-direct 40 mins.)
B.    Carlos Marcelo (direct and re-direct 30 mins.)
C.    Jose Matos   (direct and re-direct 40 mins.)
D.    Eddie Perez  (direct and re-direct 20 mins.)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. mail to: **Edward Trent, Esq.,** Fisher & Phillips, LLP. 2300 Nationsbank Tower One Financial Plaza Fl. Lauderdale, Florida 33394-0005, Richard Diaz, Esquire, 2701 Southwest 3rd Avenue, Miami, Fl 33127-2335, Hosey Hernandez, Esquire, Coconut Grove Bank Building, 2701 South Bayshore Drive, Suite 602, Coconut Grove, FL 33133, Angel Ruiz, Esquire, Gomez, Del Pino & Ruiz, P.A., 1835 West Flagler Street, Miami, FL 33135, and Terry Schwartz, Esquire, Sonneborn Rutter Cooney, et al., 1545 Centrepark Drive North, West Palm Beach, FL 33401 on this _____ day of May, 2000.

STROLLA & SCOTT, P.A.
The Comeau Building
319 Clematis Street Suite 801
West Palm Beach, Florida 33401
Telephone 561-802-3132
Facsimile 561-802-3121

CATHLEEN SCOTT, ESQUIRE
Florida Bar No.: 135331

*3*



```
CASE:     0:00-cv-06410
DOCUMENT: 33
DATE:     05/10/00

CLERK:    hd
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  00-6410-CIV-GOLD
Magistrate Judge Simonton

SPECIAL PURPOSE ACCOUNTS
RECEIVABLE COOPERATIVE
CORPORATION and CANADIAN
IMPERIAL BANK OF COMMERCE, as Agent,

       Plaintiffs,

vs.

PRIME ONE CAPITAL COMPANY, L.L.C.,
SIGNATURE AUTOMOTIVE GROUP, INC.,
and THOMAS BORZILLERI, individually,

       Defendants.

_____/

## NOTICE OF APPEARANCE AS CO-COUNSEL

PLEASE NOTE the appearance of Joseph A. DeMaria of the law firm of Tew Cardenas

Rebak Kellogg Lehman DeMaria & Tague, L.L.P., 201 S. Biscayne Boulevard, 2600 Miami Center,

Miami, Florida 33131 as co-counsel for Defendants, PRIME ONE CAPITAL COMPANY, L.L.C.,

SIGNATURE AUTOMOTIVE GROUP, INC., and THOMAS BORZILLERI in the above-



TEW CARDENAS REBAK KELLOGG LEHMAN DeMARIA & TAGUE, L.L.P.
Miami Center 26th Floor, 201 South Biscayne Boulevard, Miami, Florida 33131-4336 • 305-536-1112

referenced matter.  Please forward copies of all subsequent pleadings, correspondence, etc. to undersigned counsel.

Respectfully submitted,

**TEW CARDENAS REBAK KELLOGG**
**LEHMAN DeMARIA & TAGUE, L.L.P.**
201 S. Biscayne Boulevard
Suite 2600
Miami, Florida 33131
Phone: 305/536-1112
Fax: 305/536-1116

By: _____
       Joseph A. DeMaria
       Fla Bar No. 764711

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance as Co-Counsel was mailed this 5 day of May, 2000 to all counsel on the attached Service List.

_____
       Joseph A. DeMaria

::ODMA\MHODMA\Miami;237721;1

2

## SERVICE LIST

C. Ryan Reetz, Esq.
Greenberg Traurig, P.A.
1221 Brickell Avenue
Miami, Florida 33131
Telephone: 305/579-0500
Telefax: 305/579-0717
*Counsel for Plaintiffs*

Lori LePar Roeser, Esq.,
Sidley & Austin,
Bank One Plaza
10 South Dearborn
Chicago, Illinois 60603.
Telephone: 312/853-7000
Telefax:
*Counsel for Plaintiffs*

Bruce D. Green, P.A.
600 South Andrews Avenue
Suite 400
Fort Lauderdale, Florida 33301
Telephone: 954/522-8554
Telefax: 954/522-8555
*Co-counsel for Defendants*

----------

Joseph A. DeMaria, Esq.
Tew, Cardenas Rebak Kellogg
  Lehman DeMaria & Tague, L.L.P.
201 S. Biscayne Boulevard
Miami, Florida 33131
Telephone: 305/536-1112
Telefax: 305/536-1116
*Co-counsel for Defendants*

3