UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6223-CIV-GOLD/SIMONTON

AUSTIN TUPLER TRUCKING, INC., et. al,

   Plaintiffs,

vs.

SUPPORT DUMP TRUCKING GROUP,
INC., et. al,

   Defendants.
_____/



## NOTICE OF MOTIONS TO BE CONSIDERED AT THE HEARING OF MAY 12, 2000 AND NOTICE OF HEARING TIME CHANGE

**THIS CAUSE** comes before the court after receiving the replies from the parties pursuant to the court's order of May 3, 2000 following the status conference of May 2, 2000. The parties have indicated their intent to show videos and present witnesses at the preliminary injunction hearing. Because the court only has one hour set aside for the May 12 hearing, the court only has enough time to hear the pending dispositive motions that were filed by the defendants. At the May 12 hearing, the court will discuss at greater length with the parties scheduling issues for the preliminary injunction hearing. Finally, due to a court conflict, the hearing of May 12, 2000 is hereby moved from 1:30 PM to 2 PM. The court still has set aside one hour for this hearing.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 9 day of May, 2000.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

MAY 1 1 2000

Rec'd in MIA Dkt _____



| | |
|---|---|
| Page 2 | **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF FLORIDA** |

cc:

(It shall be the responsibility of plaintiffs' counsel to ensure that any interested parties in addition to the ones listed in the service list below are notified of this hearing).

(Via Telefax)

Richard Diaz
Cathleen Scott
Edward Trent
Raul Flores
Hosey Hernandez
Terry R. Swartz

Charles Luque, pro se
4701 Lyons Road, # 212
Coconut Creek, FL 33073