UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6223-CIV-GOLD/Simonton

AUSTIN TUPLER TRUCKING, INC., JUNER
HAULING CORPORATION, RETRANCA
EQUIPMENT & TRUCKING CORP.,TRUCK
BROKERAGE BY NATIONAL, INC., and
EASTMAN AGGREGATES

        Plaintiffs,

vs.

SUPPORT DUMP TRUCKING GROUP, INC.,
JUAN ARAGONES, OSCAR DE LEON,
REYNALDO RODRIGUEZ, RAFAEL D.
JIMENEZ, NORVEL IGARZA, ALAYN
HERNANDEZ, EDUARDO RODRIGUEZ,
OSMELY JIMENEZ, OSCAR SUAREZ,
JULIO GOMEZ, RIGODERTO PUPO,
RENIER MARTINEZ, GIRALDO VICTORIA,
VICTOR MORALES, JOHN DOE 1 through 300,
OWNERS ASSOCIATION OF PALM BEACH
AND BROWARD COUNTY, CHARLES LUQUE,
JORGE VALIENTE, JOSE MATOS, ISAAC
TURGEMAN, ILCEANE SFORCA, OSSIE
FERNANDEZ, and DANIEL BALAZI

        Defendants.
_____/

**PLAINTIFFS' NOTICE OF
FILING EXHIBIT "A" TO
PLAINTIFFS AUSTIN TUPLER
TRUCKING, INC., ET. AL. AND
DEFENDANTS OWNERS
ASSOCIATION OF PALM BEACH
AND BROWARD COUNTY, OSCAR
SUAREZ, VICTOR MORALES,
JORGE VALIENTE, JOSE MATOS,
OSSIE FERNANDEZ, AND DANIEL
BALAZI'S JOINT MOTION FOR
ENTRY OF CONSENT
PERMANENT INJUNCTION**

Plaintiffs Austin Tupler Trucking, Inc., et. al. give Notice of filing Exhibit "A" to Plaintiffs

Austin Tupler Trucking, Inc., et. al. and Defendants  Owners Association of Palm Beach and

Broward County, Oscar Suarez, Victor Morales, Jorge Valiente, Jose Matos, Ossie Fernandez, and

Daniel Balazi's Joint Motion for Consent of Entry of Permanent Injunction. The attached is Exhibit "A" to the Motion and which was inadvertently omitted when the Motion was filed. The attached is the list of names and addresses of all members of the Owners Association of Palm Beach and Broward County.

Respectfully submitted this 12th day of May, 2000.

By: _____

FISHER & PHILLIPS LLP
NationsBank Tower
One Financial Plaza, Suite 2300
Fort Lauderdale, Florida 33394
Telephone:    (954) 525-4800
Facsimile:    (954) 525-8739

Charles S. Caulkins
(Fla. Bar No. 0461946)
James C. Polkinghorn
(Fla. Bar. No. 0376892)
Edward H. Trent
(Fla. Bar No. 0957186)
Attorneys for Plaintiffs.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of PLAINTIFFS' NOTICE OF FILING EXHIBIT "A"

TO PLAINTIFFS AUSTIN TUPLER TRUCKING, INC., ET. AL. AND DEFENDANTS OWNERS

ASSOCIATION OF PALM BEACH AND BROWARD COUNTY, OSCAR SUAREZ, VICTOR

MORALES, JORGE VALIENTE, JOSE MATOS, OSSIE FERNANDEZ, AND DANIEL

BALAZI'S JOINT MOTION FOR ENTRY OF CONSENT PERMANENT INJUNCTION was

served by First Class United States mail this 12th day of May, 2000, upon the following:

Richard Diaz, Esq.
Richard A. Diaz, P.A.
2701 Southwest 3rd Avenue
Miami, Florida 33127-2335
Attorneys for John Doe Association,
a/k/a The Commission n/k/a Support
Dump Trucking Group, Inc., Juan
Aragones, Oscar de Leon, Reynaldo
Rodriguez, Rafael D. Jimenez, Norvel
Igarza, Alayn Hernandez, Eduardo
Rodriguez, Osmeli Jimenez, Oscar Suarez,
Julio Gomez, Rigoderto Pupo, Renier
Martinez, Geraldo Victoria, Victor
Morales, Ossie Fernandez and Daniel Balazi

Hosey Hernandez, Esq.
Hosey Hernandez, P.A.
Coconut Grove Bank Building
2701 South Bayshore Drive, Suite 602
Coconut Grove, Florida 33133
Attorneys for Support Dump Trucking
Group, Inc.

Cathleen A. Scott, Esq.
Strolla & Scott, P.A.
The Comeau Building
319 Clematis Street, Suite 801
West Palm Beach, Florida 33401
Attorneys for the Owners Assoc. of
Palm Beach and Broward County,
Oscar Suarez, Victor Morales, Jose
Matos, Ileane Sforca, Jorge Valiente,
Daniel Balazi and Ossie Fernandez

Terry R. Swartz, Esquire
Sonneborn, Rutter, Cooney,
  Klingensmith & Eyler, P.A.
1545 Centrepark Drive North
Post Office Box 024486
West Palm Beach, Florida 33402-4486
Attorneys for Isaac Turgeman

_____
Attorney

3

Victor Morales
3859 Victoria Drive
West Palm Beach, FL 33406

Louis Gallina
421 NE 10th Terrace
Boca Raton, FL 33432

Carlos Perez
10021 West Okeechobee Road #102
Hialeah Gardens, FL 33016-0000

Ilceane G. Sforca
8268 Boca Rio Drive
Boca Raton, FL 33433

Jeffrey Henry
840 SE 3rd , PO Box 1764
Belle Glade, FL 33430

Abelardo Azeman
8162 Southern Blvd.
West Palm Beach, FL 33411

Humberto Alfonzo
3947 Persiri Lane
Lake Worth, FL 33461

Jorge Alvarez
5666 Forest Hill Blvd.
Lake Worth, FL 33415

Carlos Amaro
2020 Longwood Road
West Palm Beach, FL 33409

Daniel Balazi
13465 88th Place N.
West Palm Beach, FL 33412

Oscar Suarez
1840 Fairview Villas #4
West Palm Beach, FL 33406

Jorge G. Chaves
170 NE 30th Court
Pompano Beach, FL 33064

Adolfo Cum
1663 NE Miami Gardens #140
Miami, FL 33179

Daniel Vallario
9787 Majorca Place
Boca Raton, FL 33434

Renaldo Abrev
4197 Happinnes Street
West Palm Beach, FL 33406

Ynnidr Alfonzo
3947 Persiri Lane
Lake Worth, FL 33461

Nowel Alfonzo
3947 Persiri Lane
Lake Worth, FL 33461

Regino Alvarez
816 N 23rd Ave
Lake Worth, FL 33460

Robert Baldwin Jr.
1508 NW Ave D APT D#3
Belle Glade, FL 33430

Moise Baucicaut
1830 Edgewater Drive
Boynton Beach, FL 33435

EXHIBIT____A____

Rafael Becerra
3913 Cherokee Ave
West Palm Beach, FL 33409

Francisco N. Bernal
3713 Henry Ave
West Palm Beach, FL 33405

Orlando Sanches Bonilla
2111 North Flagler Drive Apt #8
West Palm Beach, FL 33407

Richard Brotherton
10131 Marlin Circle
Boca Raton Circle, FL 33428

Agustin Caldera
4787 Saratoga Road
West Palm Beach, FL 33415

Jorge Canaverd
12785 Peconic Court
Wellington, FL 33414

Frank Carmona
3361 Pot-O-Gold Street
West Palm Beach, FL 33406

Jesus C. Orf
4739 Cambridge Street
West Palm Beach, FL 33463

Nelson Luis Coeltto
1821 NE 39th Street
Pompano Beach, FL 33064

Pablo Cane
4631 Belvedere Road
West Palm Beach, FL 33415

Luau Berge's
5416 Gene Circle, Summit Pine
West Palm Beach, FL 33415

William H. Bolivar
6590 Kimberly Blvd
N. Lauderdale, FL 33068

Jose R. Botero
22124 Aquila Street
Boca Raton, FL 33428

Ricardo Brunet
6200 NW 10th Street
Margate, Fl 33063

Wilson Camille
502 Ibis
Delray Beach, FL 33444

Carlos Corona
18647 46th Court North
Loxahatchee, FL 33470

Roberto Ceciliano
190 SE 7th Street #02
Deerfield Beach, FL 33441

Luis C. Cespedes
1936 Sandra Lane
West Palm Beach, Fl 33406

Luis Cordido
2011 Renaissance Blvd, # 204
West Palm Beach, FL 33025

Frank Cotietta
11035 62nd Lane
West Palm Beach, FL 33407

Pedro Dauila
3171 Egremont D
West Palm Beach, FL 33405

Rogue Alberto DeTrana
17225 Fost North
Loxahatchee, FL 33470

Jose A. Diaz
5690 Green Island Drive
Lake Worth, FL 33463

Helio Dobzinski
5150 Canal Circle South
Lake Worth, FL 33467

Miguel Escobar
2311 Eastcoast Ave. North Apt 5
Lake Worth, FL 33460

Rolando Fanjul
2904 Laura Lane
West Palm Beach, FL 33406

Rufino Fernandez
840 NE 23rd Street
Belle Glade, FL 33430

Emilio Fernandez
476 Cheyenne Drive
Lantana, FL 33462

Wilfredo Ferreino
4823 Cambridge Street
Lake Worth, FL 33463

Luis D. Garcia
735 Gotham Court # 1
West Palm Beach, FL 33405

Etzer Derilus
100 Oriole Court
Royal Palm Beach, FL 33411

Jose Luis Diaz
3961 Pot-O-Gold Street
West Palm Beach, FL 33406

Gerardo Diaz
958 Sumter Road East
West Palm Beach, FL 33415

April Eastman
901 Waterview Drive
Palm Springs, FL 33461

Enrique L. Falcon
5321 Canon Way C
West Palm Beach, FL 33415

Usuany Fernandez
201 Saratoga Blvd
Royal Palm Beach, FL 33411

Fausto Fernandez
1036 Vanderenter Street
West Palm Beach, FL 33405

Rafael E. Fernandos
12904 68th Street
Royal Palm Beach, FL 33412

Hermes Gallano
224 Poe Drive
Palm Springs, FL 33461

Luis A. Garcia
5894 Longbow Lane # 1
West Palm Beach, FL 33415

Oscar Garcia
1780 16th Ave North
Lake Worth, FL 33460

Oscar M. Garcia
1780 16th Ave North
Lake Worth, FL 33460

Gustado P. Gomez
248 Woodland Road
Palm Springs, FL 33461

Julio C. Gonzalez
6657 Columbia Ave.
Lake Worth, FL 33467

Enrique Gonzalez
2791 Florida Mango Road
Lake Worth, FL 33461

Cesar Gonzalez
6657 Columbia Ave.
Lake Worth, FL 33467

Pedro Gonzalez
4160 Pank Lane
West Palm Beach, FL 33406

Leonardo Gracia
860 Royal Palm Beach Blvd.
Royal Palm Beach, FL 33411

Pablo Hernandez
200 Bonnie Blvd. #124
Lake Worth, FL 33461

Julio Hernandez
4414 Constantlhe Circle
Lake Worth, FL 33463

Jeff R. Garcia
219 Neva Drive
West Palm Beach, FL 33415

Humberto Sena
2275 Tena Lane
West Palm Beach, FL 33415

Rafael Gomez
1410 Forsythe Road
West Palm Beach, FL 33405

Arnaldo Gonzalez
5601 Coconut Road
West Palm Beach, FL 33413

Tomas Gonzalez
3890 Park Lane
West Palm Beach, FL 33406

Orestes S. Gonzalez
5601 Coconut Road
West Palm Beach, FL 33413

Francisco A. Garcia
860 Royal Palm Beach Blvd.
Royal Palm Beach, FL 33411

Jose A. Gutierrez
534 Shady Pine Way A-2
West Palm Beach, FL 33415

Michael Gutiennez
414 Winters Street
West Palm Beach, FL 33405

Pedro M. Hernandez
2903 Apalachee Road
West Palm Beach, FL 33406

Frankel Honorat
1093 SW 25th Place
Boynton Beach, FL 33426

Roberto Hernandez
611 Macy # A
West Palm Beach, FL 33405

Will A. Hernandez
5089 Breckenridge Place # 23
West Palm Beach, FL 33417

Marvine Holloway Jr.
15330 Ocean Breeze Lane
Wellington, FL 33414

Mohammed Gargnm

Coconut Creek, FL

Igor Joe Husarenko
2850 NW 112th Ave.
Coral Springs, FL 33065

Roberto Inglesias
1780 16th Ave North
Lake Worth, FL 33460

Osmeli Jimenes
2624 Riverside Drive
Coral Springs, FL 33065

Rodrique Joseph
419 Minnesota Street
Lantana, FL 33462

Keneco Trucking Inc.
PO Box 2825
Belle Glade, FL 33438

Carlos Labrador
450 NW 14th Street
Boca Raton, FL 33432

Juan Lantigua
817 Macys Street
West Palm Beach, FL 33405

Gustavo Leiva
8325 Waterway Drive
West Palm Beach, FL 33406

Mario Lossety
Haverhill
West Palm Beach, FL 33417

Miguel H. Lemos
906 Island Shores Drive
West Palm Beach, FL 33413

Gerardo Leon
1004 Green Street
West Palm Beach, FL 33405

Charles Luque
4701 Lyons Road Lot 212
Coconut Creek, FL

Cedric P. McArthur
5460 Culb Circle
West Palm Beach, FL 33415

Eddie McTheney
211 S. Swinton Ave #9
Delray Beach, FL 33444

Carlos J. Marcelo
1005 11th Ave. NW
Lake Worth, FL 33460

A.B. Marrero
6308 16th Way South
West Palm Beach, FL 33406

Norberto Marrero
2682 Kentucky Street
West Palm Beach, FL 33406

Lazaro R. Martinez
4396 Nicla Way
Greenacres, FL 33463

Ricardo Martinez
4278 73rd Road #367
Riviera Beach, FL 33404

Angel Matos
2 NE Ave F
Belle Glade, FL 33430

Juan Matos
2 NE Ave F
Belle Glade, FL 33430

Ruben Mendez
1491 NW 4th Ave
Boca Raton, FL 33432

Pedro E. Mejias
11544 66th North
West Palm Beach, FL 33407

Homildo Meister
412 Revere Road
West Palm Beach, FL 33405

Teddy Moody
1950 North Congress Ave #J-111
West Palm Beach, FL 33401

Eduardo Morales
430 Beech Road
West Palm Beach, FL 33409

Enrique Moreno
6054 Wauconda Way East
Lake Worth, FL 33463

Jose A. Matos
5648 Albert Road
West Palm Beach, FL 33415

Osualdo Mendez
1491 NW 4th Ave
Boca Raton, FL 33432

Enrique Moreno
6054 Wookonda Road
Lake Worth, FL 33467

Rene Monteagudo
4308 Forest Lane
West Palm Beach, FL 33406

Raul Nigtal
3362 Boutwell Road
Lake Worth, FL 33461

Julio Otano, Jr.
105 Madrid Street
Royal Pam Beach, FL 33411

Marc Edouard
329 Elaine Circle East
West Palm Beach, FL 33407

Gelasio Pace
3587 North Monte Drive
West Palm Beach, FL 33406

Juan B. del Paz
750 Locus Street
West Palm Beach, FL. 33405

Carlos Perez
7105 Wellington Road
West Palm Beach, FL 33401

Edison W. Perez
8325 Waterway Drive
West Palm Beach, FL 33406

Martha Perez
2838 Apalachee Road
West Palm Beach, FL 33406

Osualdo Pena
631 Roclad Drive
West Palm Beach, FL 33405

Pedro Rolando Ramirez
2682 Summit Blvd
West Palm Beach, FL 33406

Rolando R. Ramos
1507 Wyndcliff Drive
Wellington, FL 33414

Balnauth Ramsaroop
1205 Wabasso Drive
West Palm Beach, FL 33409

Enrique Raposo
5188 Cannon Way
West Palm Beach, FL 33415

Juan Reyes
1367 Summit Run Circle
West Palm Beach, FL 33415

Miguel A. Reyes
3153 Dolan Road
West Palm Beach, FL 33406

Luis Rivero
910 NE 20th Street
Belle Glade, FL 33430

Maximo B. Rodriguez
3913 Cherokee Ave
West Palm Beach, FL 33409

Oneyda R. Rodrigues

Raul Rodriguez
2080 Bond Drive
West Palm Beach, FL 33415

Mario Rodrigues
10670 Shady Pond Lane
Boca Raton, FL 33428

Rolando Rodriguez
3362 Boutwell Road
Lake Worth, FL 33461

Jose Rodriguez
Star Route Box 93
Canal Point, FL 33438

Rafael Rodriguez
421 Ardmore Road
West Palm Beach, FL 33401

Nestor Rodriguez
309 Enfield Court
West Palm Beach, FL 33415

James Sanchez
10913 Fillmora Drive
Boynton Beach, FL 33437

Orlando Sanchez
3846 North 7th Street
Lake Worth, FL 33461

Luis Santamoria
4157 Gun Club Road
West Palm Beach, FL 33406

Luiz R. Sforca
8268 Boca Rio Drive
Boca Raton, FL 33433

Rolando Silva
3560 Gulfstream Road
Lake Worth, FL 33461

Michael Soltes
3 Grange Place
Boynton Beach, FL 33426

Patrick N. St Hilaire
1300 13th Street
West Palm Beach, FL 33401

Geraldo Souza
510 NE 34th Street
Pompano Beach, FL 33064

Maximo Terrero
665 Snead Circle
West Palm Beach, FL 33413

Yorgen Torres
5907 Kumquat Road
West Palm Beach, FL 33413

Ishak M. Turgeman
2520 Egret Lake Drive
West Palm Beach, FL 33413

Gustavo Valle
4282 Kent Ave
Lake Worth, FL 33461

Ricardo Vega
2353 Wabasso
West Palm Beach, FL 33409

Jorge Rvergara
7917 Lakewood Cove Court
Lake Worth, FL 33467

Rafael Angel Torralbo
1769 Shadetree Way # E
West Palm Beach, FL 33406-6589

Ledesma Viera
6600 Garden Ave
West Palm Beach, FL 33405

Jorgue L. Viera
6600 Garden Ave
West Palm Beach, FL 33405

Douglas Woodberry Sr.
1382 Sailboat Circle
Wellington, FL 33414

R. Yamin
935 Sunrise Ave
Palm Beach, FL 33480

Luis Zamora
736 Rod Lane
West Palm Beach, FL 33405

Jose Rodriguez
3402 Summer Street
Lake Worth, FL 33461