# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

AUSTIN TUPLER TRUCKING                            CASE #: 00-6223-CIV
                VS.                               JUDGE: Alan S. Gold
SUPPORT TRUCKING GROUP, ET. AL.                   DATE: 05/12/00 - FRIDAY

DEPUTY CLERK __Jacob M. Hasbun__          REPORTER __Joseph A. Millikan__

**MINUTES**

FILED by ___ D.C.
MAY 12 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TYPE OF PROCEEDING:

Status Conference __   Pre-Trial Conference __

Other __MOTION HEARING RE PRELIMINARY INJUNCTION__

Criminal Defendant ____

Deft's Counsel __CATHLEEN SCOTT, ESQ.__

Pltf's Counsel __EDWARD TRENT, ESQ.__

**SETTING**

DISCOVERY CUT OFF DATE: __/__/__

PRE-TRIAL MOTIONS FILED BY: __/__/__

ORAL ARGUMENT ON MOTION TO BE SET FOR: __/__/__

PRE-TRIAL CONFERENCE SET FOR: __/__/__

PRE-TRIAL STIPULATION TO BE FILED BY: __/__/__

TRIAL SET FOR: __/__/__

STATUS CONFERENCE SET FOR: __/__/__

TRIAL CONTINUED TO: __/__/__

OTHER: __MOTION HRG. HELD —__

( NOTES TO DOCKET CLERK )

94