UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6223-CIV-GOLD/Simonton


AUSTIN TUPLER TRUCKING, INC., JUNER
HAULING CORPORATION, RETRANCA
EQUIPMENT & TRUCKING CORP.,TRUCK
BROKERAGE BY NATIONAL, INC., and
EASTMAN AGGREGATES

        Plaintiffs,

vs.

SUPPORT DUMP TRUCKING GROUP, INC.,
JUAN ARAGONES, OSCAR DE LEON,
REYNALDO RODRIGUEZ, RAFAEL D.
JIMENEZ, NORVEL IGARZA, ALAYN                    **PLAINTIFFS AUSTIN TUPLER**
HERNANDEZ, EDUARDO RODRIGUEZ,                    **TRUCKING, INC., ET. AL.**
OSMELY JIMENEZ, OSCAR SUAREZ,                    **AND DEFENDANT CHARLES**
JULIO GOMEZ, RIGODERTO PUPO,                     **LUQUE'S JOINT MOTION**
RENIER MARTINEZ, GIRALDO VICTORIA,               **FOR ENTRY OF CONSENT**
VICTOR MORALES, JOHN DOE 1 through 300,          **PERMANENT INJUNCTION**
OWNERS ASSOCIATION OF PALM BEACH
AND BROWARD COUNTY, CHARLES LUQUE,
JORGE VALIENTE, JOSE MATOS, ISAAC
TURGEMAN, ILCEANE SFORCA, OSSIE
FERNANDEZ, and DANIEL BALAZI

        Defendants.

_____/

      Pursuant to Rule 65(a), Fed. R. Civ. P., 15 U.S.C. § 26 and Fla. Stat. § 542.23,  Plaintiffs

Austin Tupler Trucking Inc., Juner Hauling Corporation, Retranca Equipment & Trucking

Corporation, Truck Brokerage by National, Inc., and Eastman Aggregates ("Plaintiffs") and

Defendant Charles Luque file this Motion for Entry of Consent Permanent Injunction. As grounds, the parties state:

1.      Defendant Charles Luque is an independent owner-operator who works as an independent contractor in Palm Beach and Broward County providing dump trucking services to various truck brokerage companies, including Eastman Aggregates.

2.      As an independent contractor, the Norris-LaGuardia Act does not prohibit the entry of the requested injunction. *United States Steel Corp. v. Fraternal Association of Steelhaulers,* 431 F.2d 1046, 1049-1051 (3rd Cir. 1970).

3.      In February 2000, Defendant Charles Luque, along with the other independent owner-operators in Palm Beach and Broward County, engaged in a mass work stoppage for the purpose of obtaining higher dump truck hauling rates.

4.      The independent owner operators who engaged in the mass work stoppage in Palm Beach and Broward County formed a group called Owners Association of Palm Beach and Broward County. One of the purposes of the Association was to gain representation for the group to obtain higher hauling rates.

5.      Charles Luque became a member and was elected an officer of the Owners Association of Palm Beach and Broward County.

6.      The clerk entered a Default against Defendant Charles Luque on March 30, 2000.

7.      Defendant Charles Luque's actions caused Plaintiffs, who are truck brokers doing business in Palm Beach and Broward County, to suffer damages.

2

8.      Charles Luque acknowledges that he acted in concert with other independent owner-operators for the purpose of influencing prices paid to independent owner-operators for the provision of dump trucking services in violation of federal and state antitrust laws. *See Steelhaulers*, 431 F.2d 1046.

9.      Therefore, the parties stipulate and request that the Court enter a permanent injunction against Defendant Charles Luque prohibiting him from participating in:

a.      any activity to collectively set prices or tariffs for which a group of two or more independent owner-operators will work, including any collective gathering or agreement for the purpose of setting prices or tariffs;

b.      all roadside demonstrations and/or mass parking defined as more than two trucks and/or two people on all roadways in Dade, Broward, and Palm Beach County where the purpose, at least in part, of such demonstrations or mass parking is to influence prices paid for dump trucking services;

c.      all forms of threats, harassment or violence toward other independent truck owner-operators, truck drivers or Plaintiffs' suppliers or customers;

d.      any attempts to disrupt the normal operations of Plaintiffs' businesses, including any attempts to disrupt any jobs Plaintiffs have contracted to perform or to influence in any way the prices Plaintiffs pay on any job. Defendant Luque, however, may negotiate rates to be paid to him or any of his employees for providing dump trucking services.

    e.      all obstructions of Plaintiffs' businesses, the businesses of their suppliers and customers, their homes or property, and the homes or property of other truck drivers or independent truck owner-operators; and

    f.      all boycotts of Plaintiffs' businesses, customers, suppliers or owner-operators doing business with Plaintiffs.

10.    The parties further stipulate that upon the entry of the consent permanent injunction requested in paragraph 9 of this Motion, any remaining claims against Defendant Charles Luque set forth in the Amended Complaint, including any claims for money damages, costs and attorneys' fees contained in Counts I and II of the Amended Complaint, or any claims in Count III of the Amended Complaint be dismissed.

Respectfully submitted this _9th_ day of May, 2000.

By: _____

FISHER & PHILLIPS LLP  
NationsBank Tower  
One Financial Plaza, Suite 2300  
Fort Lauderdale, Florida 33394  
Telephone:    (954) 525-4800  
Facsimile:    (954) 525-8739  

Charles S. Caulkins  
(Fla. Bar No. 0461946)  
James C. Polkinghorn  
(Fla. Bar. No. 0376892)  
Edward H. Trent  
(Fla. Bar No. 0957186)  
Attorneys for Plaintiffs.

By: _____  
Charles Luque, Pro Se

4

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of PLAINTIFFS AUSTIN TUPLER TRUCKING,

INC., ET. AL.'S AND DEFENDANT CHARLES LUQUE'S JOINT MOTION FOR ENTRY OF

CONSENT OF PERMANENT INJUNCTION was served by First Class United States mail this

_10th_ day of May, 2000, upon the following:

Richard Diaz, Esq.
Richard A. Diaz, P.A.
2701 Southwest 3rd Avenue
Miami, Florida 33127-2335
Attorneys for John Doe Association,
a/k/a The Commission n/k/a Support
Dump Trucking Group, Inc., Juan
Aragones, Oscar de Leon, Reynaldo
Rodriguez, Rafael D. Jimenez, Norvel
Igarza, Alayn Hernandez, Eduardo
Rodriguez, Osmeli Jimenez, Oscar Suarez,
Julio Gomez, Rigoderto Pupo, Renier
Martinez, Geraldo Victoria, Victor
Morales, Ossie Fernandez and Daniel Balazi

Hosey Hernandez, Esq.
Hosey Hernandez, P.A.
Coconut Grove Bank Building
2701 South Bayshore Drive, Suite 602
Coconut Grove, Florida 33133
Attorneys for Support Dump Trucking
Group, Inc.

Cathleen A. Scott, Esq.
Strolla & Scott, P.A.
The Comeau Building
319 Clematis Street, Suite 801
West Palm Beach, Florida 33401
Attorneys for the Owners Assoc. of
Palm Beach and Broward County,
Oscar Suarez, Victor Morales, Jose
Matos, Ilceane Sforca, Jorge Valiente,
Daniel Balazi and Ossie Fernandez

_____
                                Attorney