UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6223-CIV-GOLD/Simonton

AUSTIN TUPLER TRUCKING, INC., JUNER
HAULING CORPORATION, RETRANCA
EQUIPMENT & TRUCKING CORP., TRUCK
BROKERAGE BY NATIONAL, INC., and
EASTMAN AGGREGATES

       Plaintiffs,

vs.

SUPPORT DUMP TRUCKING GROUP, INC.,
JUAN ARAGONES, OSCAR DE LEON,
REYNALDO RODRIGUEZ, RAFAEL D.
JIMENEZ, NORVEL IGARZA, ALAYN
HERNANDEZ, EDUARDO RODRIGUEZ,
OSMELY JIMENEZ, OSCAR SUAREZ,
JULIO GOMEZ, RIGODERTO PUPO,
RENIER MARTINEZ, GIRALDO VICTORIA,
VICTOR MORALES, JOHN DOE 1 through 300,
OWNERS ASSOCIATION OF PALM BEACH
AND BROWARD COUNTY, CHARLES LUQUE,
JORGE VALIENTE, JOSE MATOS, ISAAC
TURGEMAN, OSSIE FERNANDEZ, and
DANIEL BALAZI

       Defendants.

**PLAINTIFFS AUSTIN TUPLER TRUCKING, INC., ET. AL., AND DEFENDANTS OWNERS ASSOCIATION OF PALM BEACH AND BROWARD COUNTY, OSCAR SUAREZ, VICTOR MORALES, JORGE VALIENTE, JOSE MATOS, OSSIE FERNANDEZ, AND DANIEL BALAZI'S JOINT MOTION FOR ENTRY OF CONSENT PERMANENT INJUNCTION**

_____/

Pursuant to Rule 65(a), Fed. R. Civ. P., 15 U.S.C. § 26 and Fla. Stat. § 542.23, Plaintiffs Austin Tupler Trucking Inc., Juner Hauling Corporation, Retranca Equipment & Trucking Corporation, Truck Brokerage by National, Inc., and Eastman Aggregates ("Plaintiffs") and



Defendants the Owners Association of Palm Beach and Broward County, Oscar Suarez, Victor Morales, Jorge Valiente, Jose Matos, Ossie Pernandez, and Daniel Balazi ("Palm Beach Defendants") file this Motion for Entry of Consent Permanent Injunction. As grounds, the parties state:

1. The Palm Beach Defendants are all independent owner-operators who work as independent contractors in Palm Beach and/or Broward County providing dump trucking services to various truck brokerage companies.

2. As independent contractors, the Norris-LaGuardia Act does not prohibit the entry of the requested injunction. *United States Steel Corp. v. Fraternal Association of Steelhaulers*, 431 F.2d 1046, 1049-1051 (3rd Cir. 1970).

3. In February 2000, the Palm Beach Defendants, along with the other independent owner-operators in Palm Beach and Broward County, engaged in a mass work stoppage for the purpose, among other things, of obtaining higher dump truck hauling rates.

4. The independent owner-operators who engaged in the mass work stoppage in Palm Beach and Broward County formed an unincorporated group called the Owners Association of Palm Beach and Broward County, one of the Defendants in this case and a party to this Motion. One of the purposes of the Association was to gain representation for the group to obtain higher hauling rates.

5. Each of the individual Palm Beach Defendants became members of the Owners Association of Palm Beach and Broward County. Defendants Jorge Valiente and Jose Matos were elected as officers of the Owners Association of Palm Beach and Broward County and, as such, have

2

authority to act on its behalf. The other officers, Charles Luque and Ilceane Sforca have previously agreed to the entry of a similar injunction.

6. The Palm Beach Defendants' actions caused Plaintiffs, who are truck brokers doing business in Palm Beach and Broward County, to suffer damages.

7. The Palm Beach Defendants acknowledge that they acted in concert with other independent owner-operators for the purpose, among other things, of influencing prices paid to independent owner-operators for the provision of dump trucking services in ~~violation of federal and state antitrust laws~~. See ~~Steelhaulers, 431 F.~~2d 1046.

8. Therefore, the parties stipulate and request that the Court enter a permanent injunction against the Palm Beach Defendants including the Owners Association of Palm Beach and Broward County and its members, prohibiting them from participating in:

    a. any activity to collectively set prices or tariffs for which a group of two or more independent owner-operators will work, including any collective gathering or agreement for the purpose of setting prices or tariffs;

    b. all roadside demonstrations and/or mass parking defined as more than two trucks and/or two people on all roadways in Dade, Broward, and Palm Beach County where the purpose, at least in part, of such demonstrations or mass parking is to influence prices paid for dump trucking services;

    c. all forms of threats, harassment or violence toward other independent truck owner-operators, truck drivers or Plaintiffs' suppliers or customers;

3

d.  any attempts to disrupt the normal operations of Plaintiffs' businesses, including any attempts to disrupt any jobs Plaintiffs have contracted to perform or to influence in any way the prices Plaintiffs pay on any job, however, each individual Defendant may negotiate rates to be paid to him/her individually or any of his/her employees for providing dump trucking services; but not on behalf of any other owner-operator.

e.  all obstructions of Plaintiffs' businesses, the businesses of their suppliers and customers, their homes or property, and the homes or property of other truck drivers or independent truck owner-operators; and

f.  all boycotts of Plaintiffs' businesses, customers, suppliers or owner-operators doing business with Plaintiffs.

9. The Owners Association of Palm Beach and Broward County shall provide a copy of the injunction to all of its members set forth on the membership list attached to this Motion. Further, any membership in the Owners Association of Palm Beach and Broward shall be conditioned on the members abiding by the terms of the permanent injunction.

10. The parties further stipulate that upon the entry of the consent permanent injunction requested in paragraph 8 of this Motion, any remaining claims against the Palm Beach Defendants set forth in the Amended Complaint, including any claims for money damages, costs and attorneys' fees against the Palm Beach Defendants contained in Counts I and II of the Amended Complaint, or any claims in Count III of the Amended Complaint be dismissed.

4

11. Finally, the parties stipulate that upon entry of the consent permanent injunction requested in paragraph 8 of this Motion, the Palm Beach Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment and Motion to Strike Untimely Statement of Disputed Facts be denied as moot.

Respectfully submitted this 11th day of May, 2000.

By: /s/ Edward H. Trent

| | |
|---|---|
| FISHER & PHILLIPS LLP | Charles S. Caulkins |
| NationsBank Tower | (Fla. Bar No. 0461946) |
| One Financial Plaza, Suite 2300 | James C. Polkinghorn |
| Fort Lauderdale, Florida 33394 | (Fla. Bar. No. 0376892) |
| Telephone: (954) 525-4800 | Edward H. Trent |
| Facsimile: (954) 525-8739 | (Fla. Bar No. 0957186) |
| | Attorneys for Plaintiffs. |

By: /s/ Cathleen A. Scott

| | |
|---|---|
| Strolla & Scott, P.A. | Cathleen A. Scott, Esquire |
| The Comeau Building | (Fla. Bar No. 135331) |
| 319 Clematis Street, Suite 801 | Attorneys for the Owners Assoc. of |
| West Palm Beach, Florida 33401 | Palm Beach and Broward County, |
| Telephone: (561) 802-3132 | Oscar Suarez, Victor Morales, Jose |
| Facsimile: (561) 802-3121 | Matos, Ilceane Sforca, Jorge Valiente, |
| | Daniel Balazi and Ossie Fernandez. |

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of PLAINTIFFS AUSTIN TUPLER TRUCKING, INC., ET. AL.'S AND DEFENDANT ISAAC TURGEMAN'S JOINT MOTION FOR ENTRY OF CONSENT OF PERMANENT INJUNCTION was served by First Class United States mail this 11th day of May, 2000, upon the following:

Richard Diaz, Esq.
Richard A. Diaz, P.A.
2701 Southwest 3rd Avenue
Miami, Florida 33127-2335
Attorneys for John Doe Association,
a/k/a The Commission n/k/a Support
Dump Trucking Group, Inc., Juan
Aragones, Oscar de Leon, Reynaldo
Rodriguez, Rafael D. Jimenez, Norvel
Igarza, Alayn Hernandez, Eduardo
Rodriguez, Osmeli Jimenez, Oscar Suarez,
Julio Gomez, Rigoderto Pupo, Renier
Martinez, Geraldo Victoria, Victor
Morales, Ossie Fernandez and Daniel Balazi

Hosey Hernandez, Esq.
Hosey Hernandez, P.A.
Coconut Grove Bank Building
2701 South Bayshore Drive, Suite 602
Coconut Grove, Florida 33133
Attorneys for Support Dump Trucking
Group, Inc.

_____
Attorney

6