UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6223-CIV-GOLD/SIMONTON



AUSTIN TUPLER TRUCKING, INC., et. al,

   Plaintiffs,

vs.

SUPPORT DUMP TRUCKING GROUP,
INC., et. al,

   Defendants.
_____/

### ORDER REFERRING CASE FOR MEDIATION

**THIS CAUSE** is before the court after the status conference of May 12, 2000 where the court ordered the parties to mediation before Magistrate Judge Peter R. Palermo to commence on or after June 12, 2000. Accordingly, it is

**ORDERED AND ADJUDGED** that this matter is referred to Senior United States Magistrate Judge Peter R. Palermo for the purpose of conducting a final mediation.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16 day of May, 2000.

                                     _____
                                     THE HONORABLE ALAN S. GOLD
                                     UNITED STATES DISTRICT JUDGE

cc:

Magistrate Judge Simonton

Magistrate Judge Palermo

(It shall be the responsibility of plaintiffs' counsel to ensure that all interested parties, especially unrepresented individual defendants, are served with this order.)

Edward H. Trent
Richard Diaz
Cathleen A. Scott
Terry R. Swartz
Hosey Hernandez
Angel Ruiz

Terry R. Swartz
Sonneborn, Rutter, Cooney, et. al
1545 Centrepark Drive North
P.O. Box 024486
West Palm Beach, FL 33402-4486