

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6223-CIV-GOLD/Simonton

AUSTIN TUPLER TRUCKING, INC., JUNER
HAULING CORPORATION, RETRANCA
EQUIPMENT & TRUCKING CORP.,TRUCK
BROKERAGE BY NATIONAL, INC., and
EASTMAN AGGREGATES

      Plaintiffs,

vs.

SUPPORT DUMP TRUCKING GROUP, INC.,
JUAN ARAGONES, OSCAR DE LEON,
REYNALDO RODRIGUEZ, RAFAEL D.
JIMENEZ, NORVEL IGARZA, ALAYN
HERNANDEZ, EDUARDO RODRIGUEZ,
OSMELY JIMENEZ, OSCAR SUAREZ,
JULIO GOMEZ, RIGODERTO PUPO,
RENIER MARTINEZ, GIRALDO VICTORIA,
VICTOR MORALES, JOHN DOE 1 through 300,
OWNERS ASSOCIATION OF PALM BEACH
AND BROWARD COUNTY, CHARLES LUQUE,
JORGE VALIENTE, JOSE MATOS, ISAAC
TURGEMAN, ILCEANE SFORCA, OSSIE
FERNANDEZ, and DANIEL BALAZI

      Defendants.
_____/

**PLAINTIFFS AUSTIN TUPLER TRUCKING, INC., ET. AL. AND DEFENDANT ISAAC TURGEMAN'S JOINT MOTION FOR ENTRY OF CONSENT PERMANENT INJUNCTION**

Pursuant to Rule 65(a), Fed. R. Civ. P., 15 U.S.C. § 26 and Fla. Stat. § 542.23, Plaintiffs Austin Tupler Trucking Inc., Juner Hauling Corporation, Retranca Equipment & Trucking Corporation, Truck Brokerage by National, Inc., and Eastman Aggregates ("Plaintiffs") and

Defendant Isaac Turgeman file this Motion for Entry of Consent Permanent Injunction. As grounds, the parties state:

1. Defendant Isaac Turgeman is an independent owner who works as an independent contractor in Palm Beach County providing dump trucking services to various truck brokerage companies.

2. As an independent contractor, the Norris-LaGuardia Act does not prohibit the entry of the requested injunction. *United States Steel Corp. v. Fraternal Association of Steelhaulers*, 431 F.2d 1046, 1049-1051 (3rd Cir. 1970).

3. In February 2000, Defendant Isaac Turgeman's drivers, along with other independent owner-operators in Palm Beach and Broward County, engaged in a mass work stoppage.

4. The independent owner operators who engaged in the mass work stoppage in Palm Beach and Broward County formed a group called Owners Association of Palm Beach and Broward County. One of the purposes of the Association was to gain representation for the group.

5. Isaac Turgeman became a member and was elected an officer of the Owners Association of Palm Beach and Broward County.

6. Following two days of membership in the Owners Association of Palm Beach and Broward County, Isaac Turgeman resigned and returned to hauling materials for the companies with whom he had contracted to perform such services.

7. Mr. Turgeman resigned from the Owners Association of Palm Beach and Broward County because he did not agree with the purpose of the work stoppage. The members of the Owners Association of Palm Beach and Broward County wanted to continue the work stoppage to force the brokers, including Plaintiffs, to pay higher rates. Turgeman believed the owner-operators

should have continued to work and discuss any concerns they had directly with the brokers with whom they contracted. Because Turgeman did not agree with the work stoppage, he and his employees went back to work.

8. Actions arising from the mass work stoppage caused Plaintiffs, who are truck brokers doing business in Palm Beach and Broward County, to suffer damages.

9. Therefore, the parties stipulate and request that the Court enter a permanent injunction against Defendant Isaac Turgeman prohibiting him from participating in:

    a. any activity to collectively set prices or tariffs for which a group of two or more independent owner-operators will work, including any collective gathering or agreement for the purpose of setting prices or tariffs;

    b. all roadside demonstrations and/or mass parking defined as more than two trucks and/or two people on all roadways in Dade, Broward, and Palm Beach County where the purpose, at least in part, of such demonstrations or mass parking is to influence prices paid for dump trucking services;

    c. all forms of threats, harassment or violence toward other independent truck owner-operators, truck drivers or Plaintiffs' suppliers or customers;

    d. any attempts to disrupt the normal operations of Plaintiffs' businesses, including any attempts to disrupt any jobs Plaintiffs have contracted to perform or to influence in any way the prices Plaintiffs pay on any job. Defendant Turgeman, however, may negotiate rates to be paid to him or any of his employees for providing dump trucking services.

  e. all obstructions of Plaintiffs' businesses, the businesses of their suppliers and customers, their homes or property, and the homes or property of other truck drivers or independent truck owner-operators; and

  f. all boycotts of Plaintiffs' businesses, customers, suppliers or owner-operators doing business with Plaintiffs.

10. The parties further stipulate that upon the entry of the consent permanent injunction requested in paragraph 9 of this Motion, any remaining claims against Defendant Isaac Turgeman set forth in the Amended Complaint, including any claims for money damages, costs and attorneys' fees contained in Counts I and II of the Amended Complaint, or any claims in Count III of the Amended Complaint be dismissed.

Respectfully submitted this 17th day of May, 2000.

By: _____
Charles S. Caulkins
(Fla. Bar No. 0461946)
James C. Polkinghorn
(Fla. Bar. No. 0376892)
Edward H. Trent
(Fla. Bar No. 0957186)
Attorneys for Plaintiffs.

FISHER & PHILLIPS LLP
NationsBank Tower
One Financial Plaza, Suite 2300
Fort Lauderdale, Florida 33394
Telephone: (954) 525-4800
Facsimile: (954) 525-8739

By: _____
Terry R. Swartz, Esquire
Attorneys for Isaac Turgeman.

SONNEBORN, RUTTER, COONEY,
 KLINGENSMITH & EYLER, P.A.
1545 Centrepark Drive North
Post Office Box 024486
West Palm Beach, Florida 33402-4486
Telephone: (561) 684-2000
Facsimile: (561) 684-2312

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of PLAINTIFFS AUSTIN TUPLER TRUCKING, INC., ET. AL.'S AND DEFENDANT ISAAC TURGEMAN'S JOINT MOTION FOR ENTRY OF CONSENT OF PERMANENT INJUNCTION was served by First Class United States mail this 17th day of May, 2000, upon the following:

Richard Diaz, Esq.
Richard A. Diaz, P.A.
2701 Southwest 3rd Avenue
Miami, Florida 33127-2335
Attorneys for John Doe Association,
a/k/a The Commission n/k/a Support
Dump Trucking Group, Inc., Juan
Aragones, Oscar de Leon, Reynaldo
Rodriguez, Rafael D. Jimenez, Norvel
Igarza, Alayn Hernandez, Eduardo
Rodriguez, Rigoderto Pupo, Renier
Martinez, and Geraldo Victoria

Hosey Hernandez, Esq.
Hosey Hernandez, P.A.
Coconut Grove Bank Building
2701 South Bayshore Drive, Suite 602
Coconut Grove, Florida 33133
Attorneys for Support Dump Trucking Group, Inc.

_____
Attorney