Issued by the
# UNITED STATES DISTRICT COURT

Southern DISTRICT OF Florida

FORT LAUDERDALE DIVISION

AUSTIN TUPLER TRUCKING, INC., et al

V.

SUPPORT TRUCKING GROUP, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 00-6223 CIV - GOLD

TO: Rafael Jimenez
19720 Southwest 116th Avenue
Miami, Florida 33159

MAGISTRATE
SIMONTON

FEB 15 2000

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY [name and address]

Charles S. Caulkins, Esquire
FISHER & PHILLIPS LLP
NationsBank Tower
One Financial Plaza, Suite 2300
Fort Lauderdale, Florida 33394

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox                                FEB 1 5 2000
CLERK                                          DATE

/s/ A. Jordan
DEPUTY CLERK

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant. Place where served: _____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐   Returned unexecuted: _____

☐   Other (specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                            Signature of Server

                                         _____
                                         Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

VERIFIED RETURN OF SERVICE
**UNITED STATES DISTRICT COURT**
**Southern District of Florida**

Case Number: 00-6223-CIV-GOLD

Action Date: ,

Austin Tupler Trucking Inc     Plaintiff:

vs.

Support Trucking Group     Defendant:



For: Charles S. Caulkins, Esquire
c/o Fisher & Phillips, LLP
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394

Received by Attorney Services by Kevin J. O'Connor on February 15, 2000 at 12:00 PM to be served on **RAFAEL JIMENEZ**, 19720 SW 116 Avenue, Miami, FL 33159.

I, Eduardo A. Saumell, who being duly sworn, depose and say that after a due and diligent search for Rafael Jimenez, I could not locate Rafael Jimenez within the county.

I, therefore return this writ without service upon Rafael Jimenez for the reason listed below.

*Comments:* Per Ms. Marques, she states that this is not Jimenez's Home., This a care facility for the elderly that he owns. No service per Atty.

I do hereby acknowledge that I am a Process Server CPS #780 in the county in which service was effected in accordance with Florida Statutes, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true. F.S. 92.525(2) May 5, 2000

Eduardo A. Saumell, Process Server CPS #780

**Attorney Services by Kevin J. O'Connor**
P.O. Box 741062
Boynton Beach, FL, 33474
(561) 963-0531

Our Job Serial Number: 1138

112