AO 440 (Rev. 1/90) Summons in a Civil Action

## Issued by the
## UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  Florida

FORT LAUDERDALE DIVISION

FILED BY _____ D C
00 FEB 15 AM 11:17
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

AUSTIN TUPLER TRUCKING, INC., et al

v.

SUPPORT TRUCKING GROUP, et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **CIV - GOLD**

**00 - 6223**

RUSH

TO:   Eduardo Rodriguez
      575 West 16th Street
      Hialeah, Florida 33010

MAGISTRATE JUDGE
SIMONTON

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY [name and address]

Charles S. Caulkins, Esquire
FISHER & PHILLIPS LLP
NationsBank Tower
One Financial Plaza, Suite 2300
Fort Lauderdale, Florida 33394

2-15-00
SERVED _____
D _____
PS _____
KEVIN _____   555

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clarence Maddox                           FEB 1 5 2000
CLERK                                     DATE

J. Jordan
DEPUTY CLERK

# RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]

| NAME OF SERVER (PRINT) | DATE |
|---|---|
| | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
             Date

_____
Signature of Server

_____
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

VERIFIED RETURN OF SERVICE
UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 00-6223-CIV-GOLD

Action Date: ,

Austin Tupler Trucking Inc   Plaintiff:

vs.

Support Trucking Group   Defendant:



For: Charles S. Caulkins, Esquire
c/o Fisher & Phillips, LLP
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394

Received by Attorney Services by Kevin J. O'Connor on February 15, 2000 at 12:00 PM to be served on **EDUARDO RODRIGUEZ**, 575 West 16th Street, Hialeah, FL 33010.

I, Kevin O'Connor, who being duly sworn, depose and say that after a due and diligent search for Eduardo Rodriguez, I could not locate Eduardo Rodriguez within the county.

I, therefore return this writ without service upon Eduardo Rodriguez for the reason listed below.

*Comments*: It is now the residence of Lydia Garcia, since November 1999. No service per atty.

I do hereby acknowledge that I am a Process Server CPS #995 in the county in which service was effected in accordance with Florida Statutes, and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true. F.S. 92.525(2) May 5, 2000

Kevin O'Connor, Process Server CPS #995

**Attorney Services by Kevin J. O'Connor**
P.O. Box 741062
Boynton Beach, FL, 33474
(561) 963-0531

Our Job Serial Number: 1140