06/09/2000  15:09  3852850354    RICHARD J DIAZ PA    PAGE  01





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6223-CIV-GOLD/Simonton

AUSTIN TUPLER TRUCKING, INC., JUNER
HAULING CORPORATION, RETRANCA
EQUIPMENT & TRUCKING CORP.,TRUCK
BROKERAGE BY NATIONAL, INC., and
EASTMAN AGGREGATES

        Plaintiffs,

vs.

SUPPORT DUMP TRUCKING GROUP, INC.,
JUAN ARAGONES, OSCAR DE LEON,
REYNALDO RODRIGUEZ, RAFAEL D.
JIMENEZ, NORVEL IGARZA, ALAYN
HERNANDEZ, EDUARDO RODRIGUEZ,          **JOINT STATUS REPORT**
OSMELY JIMENEZ, OSCAR SUAREZ,
JULIO GOMEZ, RIGODERTO PUPO,
RENIER MARTINEZ, GIRALDO VICTORIA,
VICTOR MORALES, JOHN DOE 1 through 300,
OWNERS ASSOCIATION OF PALM BEACH
AND BROWARD COUNTY, CHARLES LUQUE,
JORGE VALIENTE, JOSE MATOS, ISAAC
TURGEMAN, OSSIE FERNANDEZ, and
DANIEL BALAZI

        Defendants.

_____/

     Pursuant to the Court's May 16, 2000 Order, the parties provide this Joint Status Report. To

date, the parties have attempted to but have been unable to reach a settlement in this case. The case

has been scheduled for a settlement conference before the Honorable Peter R. Palermo, Senior



United States Magistrate Judge, for Wednesday, June 14, 2000. Accordingly, all issues raised in

Plaintiffs' Motion for Preliminary Injunction have not been resolved and all issues raised in the First

Amended Complaint remain at issue.

Respectfully submitted this 12th day of June, 2000.

By: _____
    Charles S. Caulkins
    (Fla. Bar No. 0461946)
    James C. Polkinghorn
    (Fla. Bar. No. 0376892)
    Edward H. Trent
    (Fla. Bar No. 0957186)
    Attorneys for Plaintiffs.

FISHER & PHILLIPS LLP
Bank of America
One Financial Plaza, Suite 2300
Fort Lauderdale, Florida 33394
Telephone:    (954) 525-4800
Facsimile:    (954) 525-8739

By: _____

RICHARD J. DIAZ, P.A.                      Richard J. Diaz, Esquire
2701 Southwest 3rd Avenue                  (Fla. Bar No. 0767697)
Miami, Florida 33129                       Attorneys for John Doe Association,
Telephone:    (305) 285-1122               a/k/a The Commission n/k/a Support
Facsimile:    (305) 285-0354               Dump Trucking Group, Inc., Juan
                                           Aragones, Oscar de Leon, Reynaldo
                                           Rodriguez, Rafael D. Jimenez, Norvel
                                           Igarza, Alayn Hernandez, Eduardo
                                           Rodriguez, Osmeli Jimenez, Oscar
                                           Suarez, Julio Gomez, Rigoderto Pupo,
                                           Renier Martinez, Geraldo Victoria,
                                           Victor Morales, Ossie Fernandez and
                                           Daniel Balazi,

2

# CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the JOINT STATUS REPORT was served by First

Class United States mail this 12th day of May, 2000, upon the following:

Richard Diaz, Esq.
Richard A. Diaz, P.A.
2701 Southwest 3rd Avenue
Miami, Florida 33127-2335
Attorneys for John Doe Association,
a/k/a The Commission n/k/a Support
Dump Trucking Group, Inc., Juan
Aragones, Oscar de Leon, Reynaldo
Rodriguez, Rafael D. Jimenez, Norvel
Igarza, Alayn Hernandez, Eduardo
Rodriguez, Osmeli Jimenez, Oscar Suarez,
Julio Gomez, Rigoderto Pupo, Renier
Martinez, Geraldo Victoria, Victor
Morales, Ossie Fernandez and Daniel Balazi

Hosey Hernandez, Esq.
Hosey Hernandez, P.A.
Coconut Grove Bank Building
2701 South Bayshore Drive, Suite 602
Coconut Grove, Florida 33133
Attorneys for Support Dump Trucking
Group, Inc.

Cathleen A. Scott, Esq.
Strolla & Scott, P.A.
The Comeau Building
319 Clematis Street, Suite 801
West Palm Beach, Florida 33401
Attorneys for the Owners Assoc. of
Palm Beach and Broward County,
Oscar Suarez, Victor Morales, Jose
Matos, Iloeane Sforca, Jorge Valiente,
Daniel Balazi and Ossie Fernandez

Terry R. Swartz, Esquire
Sonneborn, Rutter, Cooney,
  Klingensmith & Eyler, P.A.
1545 Centrepark Drive North
Post Office Box 024486
West Palm Beach, Florida 33402-4486
Attorneys for Isaac Turgeman

_____
Attorney