FILED _____ DC

00 JUN 21 AM 9: 40

CLARE... ...DDOX
CLERK ... DIST. CT.
S.D. OF ... - HIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6223-CIV-GOLD/Simonton

AUSTIN TUPLER TRUCKING, INC., JUNER
HAULING CORPORATION, RETRANCA
EQUIPMENT & TRUCKING CORP.,TRUCK
BROKERAGE BY NATIONAL, INC., and
EASTMAN AGGREGATES

       Plaintiffs,

vs.

SUPPORT DUMP TRUCKING GROUP, INC.,
JUAN ARAGONES, OSCAR DE LEON,
REYNALDO RODRIGUEZ, RAFAEL D.
JIMENEZ, NORVEL IGARZA, ALAYN
HERNANDEZ, EDUARDO RODRIGUEZ,
OSMELY JIMENEZ, OSCAR SUAREZ,
JULIO GOMEZ, RIGODERTO PUPO,
RENIER MARTINEZ, GIRALDO VICTORIA,
VICTOR MORALES, JOHN DOE 1 through 300,
OWNERS ASSOCIATION OF PALM BEACH
AND BROWARD COUNTY, CHARLES LUQUE,
JORGE VALIENTE, JOSE MATOS, ISAAC
TURGEMAN, OSSIE FERNANDEZ, and
DANIEL BALAZI

       Defendants.

_____/

**PLAINTIFFS AUSTIN TUPLER
TRUCKING, INC., ET. AL.'S
MOTION FOR ENLARGEMENT
OF TIME TO FILE
RESPONSIVE PLEADINGS TO
DEFENDANTS'
COUNTERCLAIMS AND
ENLARGEMENT OF PAGE
LIMITATION FOR ANY
RESPONSIVE PLEADINGS**

Pursuant to Rule 6(b), Fed. R. Civ. P., and Rules 7.1(A)(3) and (C)(2), S.D. Fla. L.R.

Plaintiffs Austin Tupler Trucking Inc., Juner Hauling Corporation, Retranca Equipment & Trucking

Corporation, Truck Brokerage by National, Inc., and Eastman Aggregates ("Plaintiffs") file this

Motion for Enlargement of Time to File Responsive Pleadings to Defendants' Counterclaims and

Enlargement of Page Limitation for any Responsive Pleadings.  As grounds therefore, Plaintiffs

state:

1.     Plaintiffs filed their First Amended Complaint in this case on February 24, 2000.

2.     Defendants served their 12 count counterclaim on May 31, 2000.

3.     Currently pending before this Court is Plaintiffs' Motion for Preliminary Injunction.

4.     The Court ordered the parties to engage in further settlement negotiations, including

mediation before the Honorable Peter Palermo.  The mediation took place on June 14, 2000, but was

not successful in settling the case.

5.     Plaintiffs anticipate filing a motion to dismiss and/or judgment on the pleadings

regarding the claims raised in Defendants' counterclaim.

6.     In order to properly address the 12 separate counts, Plaintiffs request an extension of

time to file their responsive pleadings until Friday, July 28, 2000.

7.     Additionally, in order to properly address the 12 separate counts, Plaintiffs request

an extension of the 20 page limitation on memorandums of law.  Plaintiffs request leave to file a

memorandum of law in support of any responsive pleadings that will not exceed 50 pages.

8.     Pursuant to Rule 7.1(A)(3), S.D. Fla. L.R., counsel for Plaintiffs has spoken with

counsel for Defendants, Richard Diaz, Esq., who does not object to the requested extension of time

or enlargement of page limitation on responsive pleadings to Defendants' counterclaim.

Accordingly, for the reasons set forth herein, Plaintiffs respectfully request the Court grant

them an extension of time to file any responsive pleadings to Defendants' counterclaim until July

28, 2000, and an enlargement of the page limitation on their memorandum of law in support of any

responsive pleadings to 50 pages.

Respectfully submitted this ⎵day of June, 2000.

By:_____

FISHER & PHILLIPS LLP
Bank of America
One Financial Plaza, Suite 2300
Fort Lauderdale, Florida 33394
Telephone:    (954) 525-4800
Facsimile:    (954) 525-8739

Charles S. Caulkins
(Fla. Bar No. 0461946)
James C. Polkinghorn
(Fla. Bar. No. 0376892)
Edward H. Trent
(Fla. Bar No. 0957186)
Attorneys for Plaintiffs.

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of PLAINTIFFS AUSTIN TUPLER TRUCKING,

INC., ET. AL.'S MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE

PLEADINGS TO DEFENDANTS' COUNTERCLAIMS AND ENLARGEMENT OF PAGE

LIMITATION FOR ANY RESPONSIVE PLEADINGS was served by First Class United States

mail this ___\T\day of June, 2000, upon the following:


Richard Diaz, Esq.
Richard A. Diaz, P.A.
2701 Southwest 3rd Avenue
Miami, Florida 33127-2335
Attorneys for John Doe Association,
a/k/a The Commission n/k/a Support
Dump Trucking Group, Inc., Juan
Aragones, Oscar de Leon, Reynaldo
Rodriguez, Rafael D. Jimenez, Norvel
Igarza, Alayn Hernandez, Eduardo
Rodriguez, Osmeli Jimenez, Oscar Suarez,
Julio Gomez, Rigoderto Pupo, Renier
Martinez, Geraldo Victoria, Victor
Morales, Ossie Fernandez and Daniel Balazi

Hosey Hernandez, Esq.
Hosey Hernandez, P.A.
Coconut Grove Bank Building
2701 South Bayshore Drive, Suite 602
Coconut Grove, Florida 33133
Attorneys for Support Dump Trucking
Group, Inc.


_____
Attorney

4