UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6223-CIV-GOLD/Simonton

AUSTIN TUPLER TRUCKING, INC., JUNER
HAULING CORPORATION, RETRANCA
EQUIPMENT & TRUCKING CORP.,TRUCK
BROKERAGE BY NATIONAL, INC., and
EASTMAN AGGREGATES

          Plaintiffs,

vs.

SUPPORT DUMP TRUCKING GROUP, INC.,
JUAN ARAGONES, OSCAR DE LEON,
REYNALDO RODRIGUEZ, RAFAEL D.
JIMENEZ, NORVEL IGARZA, ALAYN
HERNANDEZ, EDUARDO RODRIGUEZ,
OSMELY JIMENEZ, OSCAR SUAREZ,
JULIO GOMEZ, RIGODERTO PUPO,
RENIER MARTINEZ, GIRALDO VICTORIA,
VICTOR MORALES, JOHN DOE 1 through 300,
OWNERS ASSOCIATION OF PALM BEACH
AND BROWARD COUNTY, CHARLES LUQUE,
JORGE VALIENTE, JOSE MATOS, ISAAC
TURGEMAN, OSSIE FERNANDEZ, and
DANIEL BALAZI

          Defendants.
_____/



FILED by ___ D.C.
JUL 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER GRANTING PLAINTIFFS'
AUSTIN TUPLER TRUCKING,
INC., ET. AL.'S MOTION FOR** (DE 117)
**ENLARGEMENT OF TIME TO
FILE RESPONSIVE PLEADINGS
TO DEFENDANTS' COUNTER-
CLAIMS AND ENLARGEMENT
OF PAGE LIMITATION FOR
ANY RESPONSIVE PLEADINGS**

    **THIS CAUSE** came before the Court upon the Plaintiffs Austin Tupler Trucking, Inc., et. al.'s Motion for Enlargement of Time to File Responsive Pleadings to Defendants' Counterclaims and Enlargement of Page Limitation for Any Responsive Pleadings, and the Court having been



advised that counsel for the Defendants consent to the granting of the Motion, and the court being otherwise duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED:**

Plaintiffs' Motion for Enlargement of Time and Enlargement of Page Limitation is **GRANTED.** Plaintiffs shall file their response to Defendants' Counterclaim on or before Friday, July 28, 2000. Additionally, Plaintiffs' memorandum of law in support of any motions filed in response to Defendants' Counterclaim shall not exceed 50 pages.

Done and Ordered this 11 day of July, 2000, in Chambers in Dade County, Florida.

_____
UNITED STATES DISTRICT JUDGE

cc: Edward H. Trent, Esq.
    Richard Diaz, Esq.
    Hosey Hernandez, Esq.