UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6223-CIV-GOLD/Simonton

AUSTIN TUPLER TRUCKING, INC., JUNER
HAULING CORPORATION, RETRANCA
EQUIPMENT & TRUCKING CORP., TRUCK
BROKERAGE BY NATIONAL, INC., and
EASTMAN AGGREGATES

    Plaintiffs,

vs.

SUPPORT DUMP TRUCKING GROUP, INC.,
JUAN ARAGONES, OSCAR DE LEON,
REYNALDO RODRIGUEZ, RAFAEL D.
JIMENEZ, NORVEL IGARZA, ALAYN
HERNANDEZ, EDUARDO RODRIGUEZ,
OSMELY JIMENEZ, OSCAR SUAREZ,
JULIO GOMEZ, RIGODERTO PUPO,
RENIER MARTINEZ, GIRALDO VICTORIA,
VICTOR MORALES, JOHN DOE 1 through 300,
OWNERS ASSOCIATION OF PALM BEACH
AND BROWARD COUNTY, CHARLES LUQUE,
JORGE VALIENTE, JOSE MATOS, ISAAC
TURGEMAN, ILCEANE SFORCA, OSSIE
FERNANDEZ, and DANIEL BALAZI

    Defendants.
_____/



FILED by _____ D.C.
JUL 13 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**NOTICE OF STIPULATION
OF DISMISSAL OF CLAIMS
AGAINST DEFENDANT JULIO
GOMEZ**

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., Plaintiffs Austin Tupler Trucking Inc., et. al. ("Plaintiffs") and Defendant Julio Gomez by and through his attorney Raul Flores, Esq. file this

JUL 17 2000

Rec'd in MIA Dkt _____

119

Stipulation of Voluntary Dismissal With Prejudice of all claims against Julio Gomez with all parties to bear their own costs and attorneys fees.

Respectfully submitted this 5th day of May, 2000.

By: _____
Charles S. Caulkins
(Fla. Bar No. 0461946)
James C. Polkinghorn
(Fla. Bar. No. 0376892)
Edward H. Trent
(Fla. Bar No. 0957186)
Attorneys for Plaintiffs.

FISHER & PHILLIPS LLP
NationsBank Tower
One Financial Plaza, Suite 2300
Fort Lauderdale, Florida 33394
Telephone:   (954) 525-4800
Facsimile:    (954) 525-8739

By: _____
Raul Flores, Esq.
(Fla Bar No. 0085080)
Attorneys for Julio Gomez

LAW OFFICES OF MANUEL F. FENTE, P.A.
1110 Brickell Avenue, Seventh Floor
Miami, Florida 33131
Telephone:   (305) 372-1350
Facsimile:    (305) 373-5111

IT IS SO ORDERED. DONE and ORDERED in chambers in Miami, Florida, this 12 day of May, 2000.

_____
HONORABLE. ALAN S. GOLD
United States District Judge

Copies to:
  Richard Diaz, Esq.
  Hosey Hernandez, Esq
  Cathleen A. Scott, Esq.
  Raul Flores, Esq.
  Terry R. Swartz, Esq.
  Charles Luque

2

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of NOTICE OF STIPULATION OF DISMISSAL CLAIMS AGAINST DEFENDANT JULIO GOMEZ was served by First Class United States mail this 5th day of May, 2000, upon the following:

Richard Diaz, Esq.
Richard A. Diaz, P.A.
2701 Southwest 3rd Avenue
Miami, Florida 33127-2335
Attorneys for John Doe Association,
a/k/a The Commission n/k/a Support
Dump Trucking Group, Inc., Juan
Aragones, Oscar de Leon, Reynaldo
Rodriguez, Rafael D. Jimenez, Norvel
Igarza, Alayn Hernandez, Eduardo
Rodriguez, Osmeli Jimenez, Oscar Suarez,
Julio Gomez, Rigoderto Pupo, Renier
Martinez, Geraldo Victoria, Victor
Morales, Ossie Fernandez and Daniel Balazi

Hosey Hernandez, Esq.
Hosey Hernandez, P.A.
Coconut Grove Bank Building
2701 South Bayshore Drive, Suite 602
Coconut Grove, Florida 33133
Attorneys for Support Dump Trucking
Group, Inc.

Cathleen A. Scott, Esq.
Strolla & Scott, P.A.
The Comeau Building
319 Clematis Street, Suite 801
West Palm Beach, Florida 33401
Attorneys for the Owners Assoc. of
Palm Beach and Broward County,
Oscar Suarez, Victor Morales, Jose
Matos, Ilceane Sforca, Jorge Valiente,
Daniel Balazi and Ossie Fernandez

Terry R. Swartz, Esq.
Sonneborn Rutter Cooney
Klingensmith & Eyler, P.A.
1545 Centrepark Drive North
West Palm Beach, Florida 33401
Attorneys for Isaac Turgeman

Individual Defendants:

Charles Luque
4701 Lyons Road, #212
Coconut Creek, Florida 33073

_____
Attorney

3