UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6223-CIV-GOLD/SIMONTON

AUSTIN TUPLER TRUCKING, INC., et.al.,

Plaintiffs,

SUPPORT DUMP TRUCKING GROUP, INC., et al.,

Defendants.

_____/

## ORDER OF DISMISSAL OF CLAIMS AGAINST DEFENDANT JULIO GOMEZ

THIS CAUSE came before the Court upon the parties' Notice of Stipulation of Dismissal of Claims Against Defendant Julio Gomez, filed on May 8th, 2000.

THE COURT has considered the stipulation and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

ADJUDGED that this cause is DISMISSED with prejudice against Defendant, Julio Gomez, with each party bearing its own fees and costs, pursuant to Fed.R.Civ.P. 41(a) (1) (i). Further, any pending motions are DENIED as MOOT.

DONE AND ORDERED this _____ day of __July__, 2000.

_____
ALAN S. GOLD
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
    Raul Flores, Esq.
    Edward H. Trent, Esq.

JUL 1 7 2000

Rec'd in MIA Dkt _____

