UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NUMBER 00-6223-Civ-Gold/Simonton

AUSTIN TUPLER TRUCKING, INC.
et al.

    Plaintiff,

v.

SUPPORT TRUCKING GROUP,
et al.,

    Defendants.
_____/



## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS, ALAIN HERNANDEZ AND RAFAEL JIMENEZ

COME NOW, Richard J. Diaz, Esq., and Hosey Hernandez, Esq., counsel for Defendants, ALAIN HERNANDEZ and RAFAEL JIMENEZ, and file their Motion to Withdraw as Counsel for Defendants, Alain Hernandez and Rafael Jimenez and state:

    1.    Undersigned counsel received letters from Defendants, Alain Hernandez and Rafael Jimenez, dated July 6, 2000 and July 7, 2000 respectively discharging undersigned counsel. Attached hereto as composite Exhibit "A" is a copy of those letters.

    2.    Undersigned counsel seeks an order from this Court discharging it from representing Defendants, Alain Hernandez and Rafael Jimenez, in this matter.

121

WHEREFORE, Richard J. Diaz, Esq. and Hosey Hernandez, Esq., co-counsel for Defendants, respectfully requests this Honorable Court enter an order granting the relief requested herein.

Respectfully submitted,

_____
Hosey Hernandez
F.B.N. 852716
2701 S. Bayshore Drive
Suite 602
Miami, FL 33133
Telephone: (305) 859-2222
Facsimile: (305) 858-6097

_____
Richard J. Diaz
F.B.N. 0767697
2701 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-1122
Facsimile: (305) 285-0354
e-mail: rick@rjdpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 25th day of July, 2000 to Ed Trent, Esq., Fisher & Phillips LLP, 2300 NationsBank Tower, One Financial Plaza, Ft. Lauderdale, FL 33394.

By: _____
Richard J. Diaz

mswd\sdtg\mot2with\mvg\4768

2

July 6, 2000

RICHARD DIAZ & JOSEY HERNANDEZ
2701 S.W. 3rd Ave.
Miami, Fl 33129-2355

Dear Mr. Diaz and Mr. Hernandez:

I do not approve the law suit that you have going against the different truck brokers on my behalf. Therefore, accept this letter as a termination of my involvement on this law suit. I do not want you to represent me on any legal matters.

Sincerely,

*[signature]*

ALAIN HERNANDEZ
12401 W. Okeechobee Rd. #34
Hialeah Gardens, Fl 33016

Thank you.

Ex. A

JUL 12

July 7, 2000

RICHARD DIAZ AND JOSEY HERNANDEZ
2701 S.W. 3rd Ave.
Miami, Fl 33129-2355

Mr. Richard Diaz and Mr. Josey Hernandez:

I, Rafael Jimenez, do not want your law firm to represent me on any legal matter, now or in the future.

Thank you.

*[signature]*

RAFAEL JIMENEZ
19720 SW 116 Ave.
Miami, Fl 33157

cc: Ed. Trent, Fisher & Phillips LLP