UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6223-CIV-GOLD/SIMONTON

AUSTIN TUPLER TRUCKING, INC.,

        Plaintiff,

vs.

SUPPORT TRUCKING GROUP, et al.,

        Defendant.
_____/


FILED by _____ D.C.
JUL 3 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER SETTING TELEPHONIC STATUS CONFERENCE AND HEARING DATE

A telephonic status conference is hereby set before the Honorable Alan S. Gold, at the United States District Court, Courtroom Ten, Tenth Floor, 301 North Miami Avenue, Miami, Florida, on **August 25, 2000 at 4:30 p.m.** Counsel for Plaintiff shall coordinate and initiate the telephone conference on the above date and time. The parties shall be prepared to argue all pending pretrial motions. **Please notify the court immediately at (305) 523-5580 of any disposition or settlement of this case.**

DONE AND ORDERED in chambers at Miami, Florida, this 31 day of July, 2000.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

copies furnished to:
**U.S. Magistrate Judge Andrea Simonton**
**Charles Caulkins, Esq. & James Polkinghorn, Esq.**
NationsBank Tower
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394
**Richard Diaz, Esq.**
2701 S.W. 3rd Ave.,
Miami, FL 33127-2335