UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NUMBER 00-6223-Civ-Gold/Simonton

AUSTIN TUPLER TRUCKING, INC.
et al.

    Plaintiff,

v.

SUPPORT TRUCKING GROUP,
et al.,

    Defendants.
_____/

DEFENDANTS, JOHN DOE ASSOCIATION A/K/A THE COMMISSION, N/K/A SUPPORT DUMP TRUCKING GROUP, INC., JUAN ARAGONES, OSCAR DE LEON, RENIER MARTINEZ, AND JOHN DOES NUMBER 1 - 900'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF, AUSTIN TUPLER TRUCKING, INC.'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM

    COME NOW, Defendants, John Doe Association, a/k/a The Commission n/k/a Support Dump Trucking Group, Inc., Juan Aragones, Oscar de Leon, Renier Martinez, ("Group 1 Defendants") and John Does Number 1-900[1] and file their Unopposed Motion For Extension of Time to File Response to Austin Tupler Trucking, Inc.'s Motion to Dismiss Defendants' Counterclaim. In support thereof, they state as follows:

    1.    Plaintiff filed a Motion to Dismiss Defendants' Counterclaim.

1



2. Undersigned counsel has been in a federal criminal trial in the Southern District of Florida before the Honorable Patricia Seitz in the matter of U.S. v. Miguel Vega, case number 99-583-Cr-Seitz since early July, 2000.

3. A response/memorandum of law is being prepared. However, undersigned counsel requests a five (5) day extension to complete same.

4. Edward Trent, Esq., counsel for the Plaintiff has no objection to the granting of this motion.

WHEREFORE, Defendants, John Doe Association, a/k/a The Commission n/k/a Support Dump Trucking Group, Inc., Juan Aragones, Oscar de Leon, Renier Martinez, ("Group 1 Defendants") and John Does Number 1-900 respectfully request this Honorable Court grant a 5 day extension to file Defendants' Response to Plaintiff's Motion to Dismiss Counterclaim.

Respectfully submitted,

Richard J. Diaz
F.B.N. 0767697
2701 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-1122
Facsimile: (305) 285-0354
e-mail: rick@rjdpa.com

---

[1] We anticipate that once a full identification of the John Does is established, they will be formally named and served as parties to this action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 11th day of August, 2000 to Edward Trent, Esq., Fisher & Phillips LLP, 2300 NationsBank Tower, One Financial Plaza, Ft. Lauderdale, FL 33394 and Hosey Hernandez, Esq., 2701 S. Bayshore Drive, Suite 602, Coconut Grove, FL 33133.

Richard J. Diaz, Esq.