# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

JUDGE ALAN S. GOLD                                      COURTROOM 10 - TENTH FLOOR

FILED by ___ D.C.
AUG 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| 25 Aug 2000 4:30 PM | 4:45 PM | TELEPHONIC CONFERENCE | 00-6223-CIV |

AUSTIN TUPLER TRUCKING,
(Charles Caulkins, Esq. & James Polkinghorn, Esq.)

v.

SUPPORT TRUCKING GROUP, et al.
(Richard Diaz, Esq.)

Re: Settlement (Mediated before Palermo 6-14-00)

Counsel for Plaintiff shall initiate call

**SETTLEMENT HEARING HELD.**

126/sg