UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NUMBER 00-6223-Civ-Gold/Simonton

FILED by _____ D.C.

SEP 0 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

AUSTIN TUPLER TRUCKING, INC.
et al.

    Plaintiff,

v.

SUPPORT TRUCKING GROUP,
et al.,

    Defendants.
_____/

## ORDER GRANTING DEFENDANTS, JOHN DOE ASSOCIATION A/K/A THE COMMISSION, N/K/A SUPPORT DUMP TRUCKING GROUP, INC., JUAN ARAGONES, OSCAR DE LEON, RENIER MARTINEZ, AND JOHN DOES NUMBER 1 - 900'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF, AUSTIN TUPLER TRUCKING, INC.'S MOTION TO DISMISS DEFENDANTS' <u>COUNTERCLAIM</u>

THIS CAUSE came before the Court on Defendants, John Doe Association a/k/a The Commission, n/k/a Support Dump Trucking Group, Inc., Juan Aragones, Oscar De Leon, Renier Martinez and John Does 1-900's Unopposed Motion for Extension of Time to File Response to Plaintiff, Austin Tupler Trucking, Inc.'s Motion to Dismiss Defendants' Counterclaim and the Court, having reviewed the motion and being duly advised,

    ORDERS AND ADJUDGES:



1. That said motion [D.E. 125] is granted.

DONE AND ORDERED this ___5___ day of ___Sept___, 2000.

_____
United States District Judge

cc: Richard J. Diaz, Esq.
    Edward Trent, Esq.