UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6223-CIV-GOLD/SIMONTON

AUSTIN TUPLER TRUCKING, INC., et. al,

    **Plaintiffs,**

vs.

SUPPORT DUMP TRUCKING GROUP,
INC., et. al,

    **Defendants.**
_____/



FILED by _____ D.C.
SEP 0 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER FOLLOWING STATUS CONFERENCE

**THIS CAUSE** is before the court after the status conference of August 25, 2000. As discussed at the status conference, the court shall first issue an order on the pending motion to dismiss the counterclaim. After the order on the motion to dismiss is issued, the court shall hold a status conference to discuss further with the parties whether it will be necessary to establish a briefing schedule and hold a hearing on the pending motion for preliminary injunction.

Defendant's motion to withdraw as counsel (DE # 121) is granted. Counsel is directed to file with the court within 10 days of this order the now unrepresented defendants' mailing addresses, and counsel is directed to serve the defendants with a copy of this order.

Defendant's motion to extend time to respond to motion to dismiss counterclaim (DE # 125) is granted *nunc pro tunc*.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5 day of September, 2000.

SEP - 8 2000

Rec'd in MIA Dkt _____

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:

Magistrate Judge Simonton

Edward H. Trent
Richard Diaz
Cathleen A. Scott
Terry R. Swartz
Hosey Hernandez
Angel Ruiz