UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NUMBER 00-6223-Civ-Gold/Simonton

AUSTIN TUPLER TRUCKING, INC.
et al.

    Plaintiff,

v.

SUPPORT TRUCKING GROUP,
et al.,

    Defendants.
_____/

## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, REYNALDO RODRIGUEZ

COME NOW, Richard J. Diaz, Esq., and Hosey Hernandez, Esq., counsel for Defendant, REYNALDO RODRIGUEZ, and file their Motion to Withdraw as Counsel for Defendant, Reynaldo Rodriguez and state:

1.    Undersigned counsel received a letter from Defendant, Reynaldo Rodriguez dated August 18, 2000 discharging undersigned counsel. Attached hereto as Exhibit "A" is a copy of that letter.

2.    Undersigned counsel seeks an order from this Court discharging it from representing Defendant, Reynaldo Rodriguez, in this matter.

WHEREFORE, Richard J. Diaz, Esq. and Hosey Hernandez, Esq., co-counsel for Defendants, respectfully requests this Honorable Court enter an order granting the relief requested herein.

1

Respectfully submitted,

*signature*                                *signature*

Hosey Hernandez                            Richard J. Diaz
F.B.N. 852716                              F.B.N. 0767697
2701 S. Bayshore Drive                     2701 S.W. 3rd Avenue
Suite 602                                  Miami, FL 33129
Miami, FL 33133                            Telephone: (305) 285-1122
Telephone: (305) 859-2222                  Facsimile: (305) 285-0354
Facsimile: (305) 858-6097                  e-mail: rick@rjdpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 7th day of September, 2000 to Ed Trent, Esq., Fisher & Phillips LLP, 2300 NationsBank Tower, One Financial Plaza, Ft. Lauderdale, FL 33394.

By: *signature*
Richard J. Diaz

mswd\sdtg\mot2with\mvg\4768

August 18, 2000

Attorney Richard Diaz
and Josey Hernandez
2701 SW 3rd Ave.
Miami, Fl  33129-2355


Mr. Diaz and Mr. Hernandez:


According to my beliefs, all the problems with the truck brokers have been resolved.

Please Mr. Diaz and Hernandez, I do not want to be involved in any legal matter against any brokers.

I do not want you to represent me in any legal matter.

Thank you.


Reynaldo Rodriguez
2769 West 71 Place
Hialeah, Fl  33016

cc: Ed Trent, Fisher & Phillips, LLP

*[signature]*