UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NUMBER 00-6223-Civ-Gold/Simonton

AUSTIN TUPLER TRUCKING, INC.
et al.

    Plaintiff,

v.

SUPPORT TRUCKING GROUP,
et al.,

    Defendants.
_____/

## NOTICE OF COMPLIANCE WITH ORDER FOLLOWING STATUS CONFERENCE

COME NOW, Richard J. Diaz, Esq., and Hosey Hernandez, Esq. and file their Notice of Compliance with Order Following Status Conference and provide the addresses for the now unrepresented defendants as follows:

1. Alain Hernandez, 12401 W. Okeechobee Road, Number 34, Hialeah Gardens, FL 33016

2. Rafael Jimenez, 19720 S.W. 116th Avenue, Miami, FL 33157.

The undersigned also gives notice to this Court that copies of this Court's Order Following Status Conference dated September 3, 2000 were mailed to the aforementioned unrepresented Defendants.

                                          Respectfully submitted,

Hosey Hernandez
F.B.N. 852716
2701 S. Bayshore Drive
Suite 602
Miami, FL 33133
Telephone: (305) 859-2222
Facsimile: (305) 858-6097

Richard J. Diaz
F.B.N. 0767697
2701 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-1122
Facsimile: (305) 285-0354
e-mail: rick@rjdpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ___ day of September, 2000 to Ed Trent, Esq., Fisher & Phillips LLP, 2300 NationsBank Tower, One Financial Plaza, Ft. Lauderdale, FL 33394.

By: _____
Richard J. Diaz

mswd\sdtg\not-complw-order\mvg\4768

2