UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NUMBER 00-6223-Civ-Gold/Simonton

AUSTIN TUPLER TRUCKING, INC.
et al.

    Plaintiff,

v.

SUPPORT TRUCKING GROUP,
et al.,

    Defendants.
_____/



## NOTICE OF VACATION

PLEASE TAKE NOTICE that the undersigned attorney hereby files this Notice with the Court and all Counsel of Record in this matter that the offices of the undersigned will be closed from Monday, December 25, 2000 through Friday, December 29, 2000 for the Christmas holidays. Counsel will be unavailable for any hearing, depositions or other proceedings in this matter and respectfully requests that such matters not be scheduled during this period.

                                      Respectfully submitted,

1

Richard J. Diaz
F.B.N. 0767697
2701 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-1122
Facsimile: (305) 285-0354
e-mail: rick@rjdpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this ____ day of October, 2000 to Ed Trent, Esq., Fisher & Phillips LLP, 2300 NationsBank Tower, One Financial Plaza, Ft. Lauderdale, FL 33394 and Hosey Hernandez, Esq., 2701 S. Bayshore Drive, Suite 602, Miami, FL 33133.

By: _____
Richard J. Diaz

mswd\sdtg\not-vacation\mvg\4768