UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



CASE NUMBER 00-6223-Civ-Gold/Simonton

AUSTIN TUPLER TRUCKING, INC.
et al.

    Plaintiff,

v.

SUPPORT TRUCKING GROUP,
et al.,

    Defendants.
_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT, REYNALDO RODRIGUEZ

THIS CAUSE came before the Court upon Richard J. Diaz, Esq. and Hosey Hernandez, Esq.'s Motion to Withdraw as Counsel for Defendant, Reynaldo Rodriguez, and the Court having reviewed the motion and being otherwise fully advised in the premises, hereby

**ORDERS AND ADJUDGES that:**

1. Richard J. Diaz, Esq. and Hosey Hernandez, Esq.'s Motion to Withdraw as Counsel for Defendant, Reynaldo Rodriguez is _granted_.

2. Defendant, Reynaldo Rodriguez, shall have _20_ days to obtain

new counsel or shall proceed pro se and all future pleadings, etc. shall be mailed to the following address: 2769 W. 71st Place, Hialeah, FL 33016.

DONE AND ORDERED in Chambers this 24 day of Oct, 2000.

ALAN GOLD
UNITED STATES DISTRICT JUDGE

cc: Richard J. Diaz, Esq.
Hosey Hernandez, Esq.
Edward Trent, Esq.
Reynaldo Rodriguez