UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6223-CIV-GOLD/SIMONTON

AUSTIN TUPLER TRUCKING, INC., et. al,

      Plaintiffs,

vs.

SUPPORT DUMP TRUCKING GROUP,
INC., et. al,

      Defendants.

_____/

```
FILED by        D.C.

   JAN 19 2001

  CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. · MIAMI
```

## NOTICE SETTING TELEPHONIC STATUS CONFERENCE

THIS CAUSE is before the court *sua sponte*. The parties are hereby notified that a

telephonic conference to discuss the status of the pending motion to dismiss the counterclaim

(DE #122) and motion for preliminary injunction (DE #44) has been set before the

Honorable Alan S. Gold at the United States District Courthouse, Courtroom Ten, Tenth

Floor, 301 North Miami Avenue, Miami, Florida, on **Friday, January 26, 2001, at 8:45**

**a.m.** The court shall initiate the call. **Please notify the court immediately at (305) 523-**

**5580 of any disposition or settlement of this case.** The plaintiff shall initiate and

coordinate the call.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this ___ day of January,
2001.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Simonton
James C. Polkinghorn, Charles Simon Caulkins, Edward Trent: Via Fax (305) 525-8739
Terry R. Swartz: Via Fax (561) 684-2312
Cathleen Ann Scott: Via Fax (561) 802-3132