# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**JUDGE ALAN S. GOLD**  COURTROOM 10 - TENTH FLOOR

FILED by ___ D.C.
JAN 26 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **26 Jan 2001** 8:45 AM | 8:45 AM | TELEPHONIC STATUS CONFERENCE | 00-6223-CIV<br><br>AUSTIN TUPLER TRUCKING, (James Polkinghorn, Esq.)<br><br>v.<br><br>SUPPORT TRUCKING,<br><br>Re: Status of case and Prelim. Inj.<br>(C)<br>(Counsel for Plaintiff to initiate call) |

STATUS CONFERENCE HELD.
MOTION TO DISMISS + MOTION FOR PRELIMINARY INJ. PENDING.