UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6223-CIV-GOLD/SIMONTON

FILED by _GW_ D.C.

MAR 2 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

AUSTIN TUPLER TRUCKING, INC., et. al,

    Plaintiffs/Counter-Defendants,

vs.

SUPPORT DUMP TRUCKING GROUP,
INC., et. al,

    Defendants/Counter-Plaintiffs.
_____/

## ORDER ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

**THIS CAUSE** is before the court upon the plaintiffs' motion for preliminary injunction (DE #44), which was filed on March 30, 2000. The plaintiffs' motion sought to enjoin the defendants from engaging in a work stoppage. In September of 2000, the court entered a consent permanent injunction as to defendants Osmely Jimenez, Alayn Hernandez, and Reynaldo Rodriguez. Additionally, the work stoppage that was the subject of the plaintiffs' motion for a preliminary injunction has now ceased, and no named defendants are participating in a work stoppage. In light of these circumstances, the plaintiffs' motion for preliminary injunction (DE #44) is now moot and therefore denied as to the remaining defendants. The plaintiffs may renew their motion in the event of a change in circumstances.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20 day of March, 2001.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

143

cc:

Magistrate Judge Simonton
Charles S. Caulkins, Esq.
James C. Polkinghorn, Esq.
Edward H. Trent, Esq.
Richard J. Diaz, Esq.