**NON-COMPLIANCE OF S.D. fla. L.R. 5d (B)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

FILED BY ___

2001 APR -9 PM 2: 11

CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

CASE NUMBER 00-6223-Civ-Gold/Simonton

AUSTIN TUPLER TRUCKING, INC.
et al.

    Plaintiff,

v.

SUPPORT TRUCKING GROUP,
et al.,

    Defendants.
_____/

## DEFENDANTS, SUPPORT DUMP TRUCKING GROUP, INC., ET. AL.'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

COME NOW, Defendants, SUPPORT DUMP TRUCKING GROUP, INC., et. al. by and through undersigned counsel, and hereby file this their Motion for Extension of Time to File Amended Complaint. In support thereof, they state as follows:

1. On March 21, 2001, this Court signed an Order Granting Plaintiff's Motion to Dismiss Defendant's Counterclaim Without Prejudice.

2. This Order granted Defendants twenty days from the date of the Order to file an amended complaint, or up to and including April 10, 2001.

APR 11 2001

Rec'd in M.A. Dkt _____

1

145

3. Undersigned counsel is currently in trial in the United States District Court, before the Honorable Judge King, in case-styled <u>United States v. Gonzalez</u>. This trial is expected to last two more weeks.

4. Undersigned counsel therefore requests an additional 20 days in which to file an Amended Complaint, or up to an including April 30, 2001.

WHEREFORE, Defendants respectfully request that this Court grant an extension of 20 days, or up to an including April 30, 2001 to file an Amended Complaint.

I HEREBY CERTIFY that I have conferred with the counsel for the Plaintiffs in this cause in an effort to resolve the issues raised in this motion prior to filing but have been unsuccessful in resolving them as of the filing of this Motion.

Respectfully submitted,

_____
Richard J. Diaz
F.B.N. 0767697
2701 S.W. 3rd Avenue
Miami, FL 33129
Telephone: (305) 285-1122
Facsimile: (305) 285-0354
e-mail: rick@rjdpa.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 4th day of April, 2001 to Charles S. Caulkins, Esq., Fisher & Phillips LLP, 2300 NationsBank Tower, One Financial Plaza, Ft. Lauderdale, FL 33394 and Hosey Hernandez, Esq., 2701 S. Bayshore Drive, Suite 602, Coconut Grove, FL 33133.

Richard J. Diaz, Esq.