UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



CASE NUMBER 00-6223-Civ-Gold/Simonton

AUSTIN TUPLER TRUCKING, INC.
et al.

    Plaintiff,

v.

SUPPORT TRUCKING GROUP,
et al.,

    Defendants.
_____/

### ORDER GRANTING DEFENDANTS, SUPPORT DUMP TRUCKINGGROUP, INC.'S, ET. AL., MOTION FOR <u>EXTENSION OF TIME TO FILE AMENDED COMPLAINT</u>

**THIS CAUSE** having come before this Court on Defendant's Motion for Extension of Time to File Amended Complaint, and the Court having heard argument of counsel, and being otherwise fully advised on the premises, it is hereby,

**ORDERED AND ADJUDGED** that Defendants' Motion is Granted.

Defendants shall have up to an including April 30, 2001 to file an Amended Complaint.

DONE AND ORDERED in Miami-Dade County, this 11 day of April, 2001.

                                         UNITED STATES DISTRICT JUDGE

copies furnished to:
    Charles S. Caulkins, Esq.
    James C. Pokinghorn, Esq.
    Edward H. Trent, Esq.
    Richard J. Diaz, Esq.