UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6223-CIV-GOLD/SIMONTON

AUSTIN TUPLER TRUCKING, INC.,

        Plaintiff,

vs.

SUPPORT TRUCKING GROUP, et al.,

        Defendant.        /

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

A telephonic status conference regarding a trial date and deadlines is hereby set before the Honorable Alan S. Gold, at the United States District Court, Courtroom Ten, Tenth Floor, 301 North Miami Avenue, Miami, Florida, on **May 25, 2001 at 11:30 a.m.** Counsel for Plaintiff shall coordinate and initiate the telephone conference on the above date and time. **Please notify the court immediately at (305) 523-5580 of any disposition or settlement of this case.**

DONE AND ORDERED in chambers at Miami, Florida, this 16 day of May, 2001.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

copies furnished to: **(via telefax to counsel)**
**U.S. Magistrate Judge Andrea Simonton**
**Charles Caulkins, Esq. & James Polkinghorn, Esq. (954) 525-8739**
NationsBank Tower
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394
**Richard Diaz, Esq. (305) 285-0354**
2701 S.W. 3rd Ave.,
Miami, FL 33127-2335