FILED by ___ D.C.
MAY 25 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **25** 11:30 AM | 12:00 PM | TELEPHONIC STATUS CONFERENCE | 00-6223-CIV<br><br>AUSTIN TUPLER TRUCKING,<br>(James Polkinghorn, Esq.)<br><br>v.<br><br>SUPPORT TRUCKING,<br><br>Re: Trial dates and deadlines<br><br>(Counsel for Plaintiff to coordinate and initiate call) |

STATUS CONF. HELD.

COURT REPORTER: JOSEPH MILLIKAN.