UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6223-CIV-GOLD/SIMONTON

FILED BY_____ D.C.

01 JUN -4 PM 1:0

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.- MIAMI

AUSTIN TUPLER TRUCKING, INC., et. al,

    **Plaintiffs,**

vs.

SUPPORT DUMP TRUCKING GROUP,
INC., et. al,

    **Defendants.**

_____/

### ORDER

This matter came before the Court for status conference on the 25th day of May,

2001. The Court having discussed the status of the case and reviewed the court file, it is hereby,

ORDERED AND ADJUDGED:

1. The parties' shall resubmit their responses regarding dates set forth in Appendix I of the

Court's Order Requiring Compliance with Rule 16.1, dated February 17, 2000, [DE 27], within

ten (10) days of the date of this Order.

DONE AND ORDERED, in chambers, at Miami-Dade County, Florida on this 29 day

of May, 2001.

_____
**THE HONORABLE ALAN S. GOLD**
**UNITED STATES DISTRICT JUDGE**

cc:    **(Via telefax to counsel)**
**U.S. Magistrate Judge Andrea Simonton**
**Charles Caulkins, Esq. & James Polkinghorn, Esq. (954) 525-8739**
NationsBank Tower-One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394
**Richard Diaz, Esq. (305) 285-0354**
2701 S.W. 3rd Ave.
Miami, FL 33127-2335

