UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NUMBER 00-6223-Civ-Gold/Simonton

AUSTIN TUPLER TRUCKING, INC.
et al.

    Plaintiffs,

v.

SUPPORT DUMP TRUCKING GROUP,
et al.,

    Defendants.
_____/



## NOTICE OF COMPLIANCE WITH ORDER FOLLOWING STATUS CONFERENCE ON THE 25TH DAY OF MAY, 2001

COME NOW, Defendants, Support Dump Trucking Group, et al., and file their Notice of Compliance with Order Following Status Conference on the 25th day of May, 2001 and provide their response regarding dates set forth in Appendix I of the Court's Order Requiring Compliance with Rule 16.1, dated February 17, 2000.

 

Respectfully submitted,

_____      _____
Hosey Hernandez                             Richard J. Diaz
F.B.N. 852716                                 F.B.N. 0767697
2701 S. Bayshore Drive                  2701 S.W. 3rd Avenue
Suite 602                                         Miami, FL 33129
Miami, FL 33133                           Telephone: (305) 285-1122
Telephone: (305) 859-2222          Facsimile: (305) 285-0354
Facsimile: (305) 858-6097            e-mail: rick@rjdpa.com

NON-COMPLIANCE OF S.D. fla. L.R. 5.1;1A;2

1

## APPENDIX I

| | DATE | ACTION |
|---|---|---|
| By | December 15, 2001 | All non-dispositive pretrial motions (including motions pursuant to Fed.R.Civ.P. 14, 15, 18 through 22, and 42 motions) shall be filed. Any motion to amend or supplement the pleadings filed pursuant to Fed.R.Civ.P. 15(a) or 15(d) shall comport with S.D.Fla.L.R. 15.1 and shall be accompanied by the proposed amended or supplemental pleading and a proposed order as required |
| By | January 1, 2002 | Plaintiff shall furnish opposing counsel with a written list containing the names and addresses of all expert witnesses intended to be called at trial and only those expert witnesses listed shall be permitted to testify. |
| By | March 1, 2002 | Defendant shall furnish opposing counsel with a written list containing the names and addresses of all expert witnesses intended to be called at trial and only those expert witnesses listed shall be permitted to testify. |
| By: | March 3, 2002 | The parties shall comply with S.D.Fla.L.R. 16.1 K concerning the exchange of expert witness summaries and reports. This date shall supercede any other date in local rule 16.1 K. |
| By | May 1, 2002 | All expert discovery shall be completed. |
| By | July 1, 2002 | All non-expert discovery shall be completed. |
| By | September 1, 2002 | All dispositive pretrial motions and memoranda of law must be filed. **If any party moves to strike an expert affidavit filed in support of a motion for summary judgment** [for reasons stated in *Daubert v. Merrill Dow Pharmaceuticals, Inc.* 509 U.S. 579, 125 L.Ed. 2d 469, 113 S.Ct. 2786 (1993) and *Kumho Tire Company, Ltd. v. Carmichael,* \_U.S.\_, 119 S.Ct. 1167, 143 L.Ed.2d 238 (1999)], **the motion to strike shall be filed with that party's responsive memorandum.** |
| By | December 1, 2002 | Mediation shall be completed. |

By January 1, 2003                    **Pretrial Stipulation and *Motions in Limine*.**
                                      The joint pretrial stipulation shall be filed
                                      pursuant to S.D.Fla.L.R. 16.1(E). In
                                      conjunction with the Joint Pretrial Stipulation,
                                      the parties shall file their motions in limine.

By January 15, 2003                   Proposed pretrial conference date

By February 15, 2003                  Proposed trial date