UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6223-CIV-GOLD/SIMONTON



AUSTIN TUPLER TRUCKING, INC.,

        Plaintiff,

vs.

SUPPORT TRUCKING GROUP, et al.,

        Defendant.                          /

## ORDER SETTING SECOND TELEPHONIC STATUS CONFERENCE

A telephonic status conference regarding the parties *Joint Scheduling Reports*, [DE 151 & DE 152] is hereby set before the Honorable Alan S. Gold, at the United States District Court, Courtroom Ten, Tenth Floor, 301 North Miami Avenue, Miami, Florida, on **June 28, 2001 at 9:30 a.m.** Counsel for Plaintiff shall coordinate and initiate the telephone conference on the above date and time. **Please notify the court immediately at (305) 523-5580 of any disposition or settlement of this case.**

DONE AND ORDERED in chambers at Miami, Florida, this ___17___ day of June, 2001.

                                              THE HONORABLE ALAN S. GOLD
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to: **(via telefax to counsel)**
**U.S. Magistrate Judge Andrea Simonton**
**Charles Caulkins, Esq. & James Polkinghorn, Esq. (954) 525-8739**
NationsBank Tower
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394
**Richard Diaz, Esq. (305) 285-0354**
2701 S.W. 3rd Avenue
Miami, FL 33129-2335
**Hosey Hernandez, Esq. (305) 858-6097**
2701 S. Bayshore Drive, Suite 602
Miami, FL 33133