JUDGE ALAN S. GOLD COURTROOM 10 - TENTH FLOOR




FILED by _____ D.C.
JUN 28 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| 28 Jun 2001 9:30 AM | 9:45 AM | **TELEPHONIC STATUS CONFERENCE** | 00-6223-CIV<br><br>AUSTIN TUPLER TRUCKING,<br>(James Polkinghorn, Esq. or Charles Caulkins 954-525-4800)<br><br>v.<br><br>SUPPORT TRUCKING,<br>(Richard Diaz, Esq. 305-285-1122)<br>Hoscy Hernandez, Esq. 305-859-2222)<br>Re: Clarification of JSRs filed, see DE 151 & 152]<br><br>(Counsel for Plaintiff to coordinate and initiate call) |

STATUS CONF. HELD.