UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6223-CIV-GOLD/SIMONTON

AUSTIN TUPLER TRUCKING, INC.,

        Plaintiff,

vs.

SUPPORT TRUCKING GROUP, et al.,

        Defendant.                    /

FILED by ___
JUN 29 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER REFERRING DISCOVERY
## MOTIONS TO MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636 and the Magistrate Judge Rules of the Local Rules of the Southern District of Florida, all discovery pretrial motions in the above-captioned cause, except all motions for extension of time which could affect the dates set forth in the Court's pretrial order, are hereby referred to United States Magistrate Judge Andrea M. Simonton to take all necessary and proper action as required by law.

If the Magistrate Judge determines that any referred motion may affect the dates set forth in the Court's pretrial order, notice shall be given to the undersigned as quickly as practicable so that this Court may dispose of the motion, or upon a showing of compelling circumstances, adjust deadlines as necessary.

**Motions for extension of time are to be filed with the Court and shall not be granted absent compelling circumstances**. Counsel shall send a copy of discovery motions or responsive pleadings directly to the Magistrate Judge at the same time that the motion or pleading is filed with the Court.

This referral shall expire on the date of the pretrial conference. Upon expiration, all matters pending before the United States Magistrate Judge shall remain before the Magistrate Judge for resolution, and all new matters shall be filed for consideration by the undersigned.



DONE and ORDERED in Chambers at Miami, Florida, this __ day of June, 2001.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

Copies furnished:
Judge Alan S. Gold
U.S. Magistrate Judge Simonton
**Charles Caulkins, Esq. & James Polkinghorn, Esq. (954) 525-8739**
NationsBank Tower
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394
**Richard Diaz, Esq. (305) 285-0354**
2701 S.W. 3rd Avenue
Miami, FL 33129-2335
**Hosey Hernandez, Esq. (305) 858-6097**
2701 S. Bayshore Drive, Suite 602
Miami, FL 33133

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.