UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6223-CIV-GOLD/SIMONTON

AUSTIN TUPLER TRUCKING, INC.,

        Plaintiff,

vs.

SUPPORT TRUCKING GROUP, et al.,

        Defendant.                       /



FILED by _____ D.C.

JUN 2 9 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## ORDER REQUIRING COMPLETION OF FORM CONSENTING TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE FOR FINAL DISPOSITION

In light of the advantages offered by trial before a magistrate judge, such as an earlier, specially-set trial date, the parties are strongly urged to consider consenting to magistrate jurisdiction for trial and other related matters. Therefore, within 20 days of this order, counsel shall, after conferring with their respective clients, complete and submit for filing with the Clerk's office, their copies of the attached form entitled "Consent to Jurisdiction by A United States Magistrate Judge For Final Disposition."

**DONE** and **ORDERED** in Chambers at Miami, Florida, this ___ day of June, 2001.

_____
ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

**Copies furnished:**
Judge Alan S. Gold
**Charles Caulkins, Esq. & James Polkinghorn, Esq. (954) 525-8739**
NationsBank Tower
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394
**Richard Diaz, Esq. (305) 285-0354**
2701 S.W. 3rd Avenue
Miami, FL 33129-2335
**Hosey Hernandez, Esq. (305) 858-6097**
2701 S. Bayshore Drive, Suite 602
Miami, FL 33133

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.

1



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6223-CIV-GOLD/SIMONTON

AUSTIN TUPLER TRUCKING, INC.,

          **Plaintiff,**

vs.

SUPPORT TRUCKING GROUP, et al.,

          **Defendant.** /

## CONSENT TO JURISDICTION BY A UNITED STATES
## MAGISTRATE JUDGE FOR FINAL DISPOSITION

      In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party to the above-captioned civil matter, by and through undersigned counsel, hereby voluntarily consents to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto:

1. Motions for Costs      Yes ___    No ___
2. Motions for Attorney's Fees      Yes ___    No ___
3. Motions for Sanctions      Yes ___    No ___
4. Motions to Dismiss      Yes ___    No ___
5. Motions for Summary Judgment      Yes ___    No ___
6. Jury or Non-Jury Trial on Merits      Yes ___    No ___
7. Other _____      Yes ___    No ___

_____          _____
(date)           (Signature) Attorney for _____

Copies furnished to:
**Judge Alan S. Gold**
**U.S. Magistrate Judge Andrea Simonton**
**Charles Caulkins, Esq. & James Polkinghorn, Esq. (954) 525-8739**
NationsBank Tower
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394
**Richard Diaz, Esq. (305) 285-0354**
2701 S.W. 3rd Avenue
Miami, FL 33129-2335
**Hosey Hernandez, Esq. (305) 858-6097**
2701 S. Bayshore Drive, Suite 602
Miami, FL 33133

1