UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6223-CIV-GOLD/SIMONTON

FILED by _____ D.C.

JUL - 3 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

AUSTIN TUPLER TRUCKING, INC.,

       Plaintiff,

vs.

SUPPORT TRUCKING GROUP, et al.,

       Defendant.       /

## ORDER DIRECTING PARTIES TO MEDIATION

    Trial in this case has been set for the two-week trial period beginning **January 27, 2003.**
Pursuant to Fed.R.Civ.P. 16 and Southern District Local Rule 16.2, it is hereby,

    **ORDERED AND ADJUDGED** as follows:

    1.    All parties are required to participate in mediation. The mediation shall be completed
no later than **December 2, 2002.**

    2.    Plaintiff's counsel, or another attorney agreed upon by all counsel of record and any
unrepresented parties, shall be responsible for scheduling the mediation conference. The parties are
encouraged to avail themselves of the services of any mediator on the List of Certified Mediators,
maintained in the office of the Clerk of this Court, but may select any other mediator. The parties
shall agree upon a mediator within fifteen days from the date hereof. If there is no agreement, lead
counsel shall promptly notify the Clerk in writing and the Clerk shall designate a mediator from the
List of Certified Mediators, which designation shall be made on a blind rotation basis.

    3.    A place, date and time for mediation convenient to the mediator, counsel of record,
and unrepresented parties shall be established. The lead attorney shall complete a Designation of
Mediator pursuant to this Order and file same with the Court.

    4.    The appearance of counsel and each party or representatives of each party with full
authority to enter into a full and complete compromise and settlement is mandatory. If insurance

