UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6223-CIV-GOLD/SIMONTON

01 JUL -9 AM 11: 59

CLA~~ ~~~~~UDOX
CLERK U S DIST. CT.
S.D. OF FLA - MIA

AUSTIN TUPLER TRUCKING, INC.,

      **Plaintiff,**

vs.

SUPPORT TRUCKING GROUP, et al.,

        **Defendant.**       /

## CONSENT TO JURISDICTION BY A UNITED STATES
## MAGISTRATE JUDGE FOR FINAL DISPOSITION

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party to the above-captioned civil matter, by and through undersigned counsel, hereby voluntarily consents to have a United States Magistrate Judge decide the following matters and issue a final order or judgment with respect thereto:

| | | | |
|---|---|---|---|
| 1. | Motions for Costs | Yes ___ | No ✓ |
| 2. | Motions for Attorney's Fees | Yes ___ | No ✓ |
| 3. | Motions for Sanctions | Yes ___ | No ✓ |
| 4. | Motions to Dismiss | Yes ___ | No ✓ |
| 5. | Motions for Summary Judgment | Yes ___ | No ✓ |
| 6. | Jury or Non-Jury Trial on Merits | Yes ___ | No ✓ |
| 7. | Other _____ | Yes ___ | No ✓ |

7/5/01
(date)

(Signature) Attorney for _____ Plaintiffs

Copies furnished to:
**Judge Alan S. Gold**
**U.S. Magistrate Judge Andrea Simonton**
**Charles Caulkins, Esq. & James Polkinghorn, Esq. (954) 525-8739**
NationsBank Tower
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394
**Richard Diaz, Esq. (305) 285-0354**
2701 S.W. 3rd Avenue
Miami, FL 33129-2335
**Hosey Hernandez, Esq. (305) 858-6097**
2701 S. Bayshore Drive, Suite 602
Miami, FL 33133

1

161