# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

JUDGE ALAN S. GOLD                    COURTROOM 10 A TENTH FLOOR

   

### Calendar

| Start | End | Category | Description |
|---|---|---|---|
| 1:30 PM (2:00) | 1:45 PM | | 00-6223-CIV (TSC) AUSTIN TUPLER TRUCKING, (James Polkinghorn, Esq. 954-525-4800) v. SUPPORT TRUCKING, (Richard Diaz, Esq. 305-285-1122) Hosey Hernandez, Esq. 305-859-2222) Re: Status of remaining claims (Court to initiate call) |

STATUS CONFERENCE HELD.