UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6223-CIV-GOLD/SIMONTON

AUSTIN TUPLER TRUCKING, INC.,

        Plaintiff,

vs.

SUPPORT TRUCKING GROUP, et al.,

        Defendant.       /



FILED by _____ D.C.

JAN 2 8 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER SETTING FOURTH TELEPHONIC STATUS CONFERENCE

A telephonic status conference regarding the parties remaining claims and the status of this case, is hereby set before the Honorable Alan S. Gold, at the United States District Court, Courtroom Ten, Tenth Floor, 301 North Miami Avenue, Miami, Florida, on **February 11, 2002 at 8:45 a.m.** The Court shall coordinate and initiate the telephonic conference on the above date and time. **Please notify the court immediately at (305) 523-5580 of any disposition or settlement of this case.**

DONE AND ORDERED in chambers at Miami, Florida, this ___ day of January, 2002.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

Copies furnished to:
**U.S. Magistrate Judge Andrea Simonton**
**James Polkinghorn, Esq. (954) 525-8739**
NationsBank Tower
One Financial Plaza, Suite 2300
Ft. Lauderdale, FL 33394
**Richard Diaz, Esq. (305) 285-0354**
2701 S.W. 3rd Avenue
Miami, FL 33129-2335
**Hosey Hernandez, Esq. (305) 858-6097**
2701 S. Bayshore Drive, Suite 602
Miami, FL 33133

