UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6223-CIV-GOLD/SIMONTON

FILED by _____ D.C.

FEB 14 2002

CLARENCE MADDOX
C.D. U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CLOSED CIVIL CASE

AUSTIN TUPLER TRUCKING, INC., et. al,

   Plaintiffs/Counter-Defendants,

vs.

SUPPORT DUMP TRUCKING GROUP,
INC., et. al,

   Defendants/Counter-Plaintiffs.
_____/

## ORDER DISMISSING AND CLOSING CASE

**THIS CAUSE** is before the court upon notice by the parties that they have settled this case. All pending motions are now MOOT. This case is hereby DISMISSED and CLOSED. Within 60 days of this dismissal order, either party may petition the court to reinstate this case, but only upon a showing of good cause as to why the settlement was not consummated.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12 day of February, 2002.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT JUDGE

cc:

Magistrate Judge Simonton
James C. Polkinghorn, Esq.; 2300 One Financial Plaza; Ft. Lauderdale, FL 33394
Hosey Hernandez; 2701 S. Bayshore Dr., Ste. 602; Coconut Grove, FL 33133
Richard J. Diaz, Esq.; 2701 SW 3d Ave.; Miami, FL 33127-2335

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.