UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 00-6223-CIV-GOLD/Simonton

AUSTIN TUPLER TRUCKING, INC., JUNER
HAULING CORPORATION, RETRANCA
EQUIPMENT & TRUCKING CORP., TRUCK
BROKERAGE BY NATIONAL, INC., and
EASTMAN AGGREGATES

      Plaintiffs,
vs.

SUPPORT DUMP TRUCKING GROUP, INC.,
JUAN ARAGONES, OSCAR DE LEON,
REYNALDO RODRIGUEZ, RAFAEL D.
JIMENEZ, NORVEL IGARZA, ALAYN
HERNANDEZ, EDUARDO RODRIGUEZ,
OSMELY JIMENEZ, OSCAR SUAREZ,
JULIO GOMEZ, RIGODERTO PUPO,
RENIER MARTINEZ, GIRALDO VICTORIA,
VICTOR MORALES, JOHN DOE 1 through 300,
OWNERS ASSOCIATION OF PALM BEACH
AND BROWARD COUNTY, CHARLES LUQUE,
JORGE VALIENTE, JOSE MATOS, ISAAC
TURGEMAN, ILCEANE SFORCA, OSSIE
FERNANDEZ, and DANIEL BALAZI

      Defendants.
_____/

## NOTICE OF ADDRESS CHANGE

Please take notice that, effective February 22, 2002, Fisher & Phillips, LLP will be moving to the following address:

    Fisher & Phillips, LLP
    450 East Las Olas Boulevard
    Suite 800
    Fort Lauderdale, Florida 33301

The telephone and facsimile numbers will not change.

Date: February /4, 2002

FISHER & PHILLIPS LLP
2300 One Financial Plaza
Fort Lauderdale, Florida 33394
Telephone: (954) 525-4800
Facsimile: (954) 525-8739

By: _____
James C. Polkinghorn
(Fla. Bar No. 0376892)
Stacy L. Gordon
(Fla. Bar No. 0533696)
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on this date I caused a true and correct copy of the foregoing NOTICE OF ADDRESS CHANGE to be served on the following individual by depositing same in the United States Mail, First Class, postage prepaid:

Richard Diaz, Esq.
Richard A. Diaz, P.A.
2701 Southwest 3rd Avenue
Miami, Florida 33127-2335
Attorneys for Support Dump Trucking Group, Inc., Juan Aragones, Oscar De Leon, Rafael D. Jimenez, Alayn Hernandez, and Renier Martinez

Hosey Hernandez, Esq.
Hosey Hernandez, P.A.
Coconut Grove Bank Building
2701 South Bayshore Drive, Suite 602
Coconut Grove, Florida 33133
Attorneys for Support Dump Trucking Group, Inc.

Date: February 14, 2002